Vincent M. DeOrchis (VMD-6515)
William E. Lakis (WL-9355)
Olivier D. L. DuPont (OD-2817)
**DEORCHIS WIENER & PARTNERS, LLP**
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700



Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ZIM INTEGRATED SHIPPING SERVICES, LTD.,

                        Plaintiff,

- against -

BELCO RESOURCES, INC., SINOCHEM
JIANGSU CORPORATION, NANJING HUABIN
FOREIGN TRADE & ECONOMICS CO., LTD.,
HUABANG INTERNATIONAL, INC.,
SINOTRANS NINGBO INTERNATIONAL
FORWARDING AGENCY CO., LTD.,
JOHN DOE 1-10,

                        Defendants.
-------------------------------------------------------------X

Judge Berman

'07 CIV 5861
Case No._____

DISCLOSURE OF INTERESTED
PARTIES PURSUANT TO
FED. R. CIV. P. 7.1

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure of the United States District Courts, the undersigned counsel for Plaintiff certify upon information and belief that the following are corporate parents, subsidiaries, or affiliates which may be publicly held:

                Alhoutyam Ltd.
                Galmarine Ltd.
           M. Dizengoff & Co. Ltd.
              Hadarim Haifa
    International Forwarding Co. of Israel Ltd.
               Layam Co. Ltd.
       Zim Passenger Lines (1970) Ltd.

Kedem Land Bridge Co. Ltd.
Sela Technologies Ltd.
Worldwide
Astromar S.A. MADRIED
GSI Cargo Systems (U.K.) Ltd.
GSI Cargo Systems Inc. New York
Astramaris Schiffahrtskontor GmbH Hamburg
Astramaris Shipping & Forwarding Agencies B.V.
Rotterdam
Globe Star Shipping PTY
Melbourne
Hellastir Piraeus
Marseilles Consignation S.A. Marseilles
Seven Star Containers Afretamento Ltd./Sao Paulo
Star Agenzia Maritima (Genoa) S.R.L. Genoa
Star Shipping Agencies Ltd. London
Star Shipping Agencies S.A. Antwerp
Star Shipping Agencies, Singapore
Zim Inter Americas Service
Zim Integrated Shipping Services, Ltd.
Zim-Israeli Navigation Co. (Canada) Ltd.
Star East Africa Co. Ltd.
Ass. Marine Charterers Inc.
Haverton Shipping Ltd.

Dated: New York, New York
June 20, 2007

DeOrchis Wiener & Partners, LLP
Attorneys for Plaintiff

By: /S/    Vincent M. De Orchis
Vincent M. De Orchis, Esq. (VMD-6515)
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700
Our file no.: 1236-689

W:\1236-689\Legals\Zim Haifa Rule 7 1 Disclosure 062007.Doc 6/20/07-