Joseph A. Vogel (JV-5533)
KRAVET & VOGEL, LLP
1040 Avenue of the Americas, Suite 1101
New York, New York 10018-3703
212-997-7634

*Attorneys for Garnishee Standard Chartered Bank*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

ZIM INTEGRATED SHIPPING SERVICES, LTD.,

         Plaintiff,

         -against-

BELCO RESOURCES, INC., SINOCHEM JIANGSU CORPORATION, NANJING HUABIN FOREIGN TRADE & ECONOMICS CO., LTD., HUABANG INTERNATIONAL, INC., SINOTRANS NINGBO INTERNATIONAL FORWARDING AGENCY CO., LTD., JOHN DOE 1-10,

         Defendants.
-------------------------------------------------------x

07 CIV 5861 (RMB)

ANSWER OF GARNISHEE STANDARD CHARTERED BANK IN RESPONSE TO MARITIME ATTACHMENT AND GARNISHMENT

TO THE MARSHALL OF THE SOUTHERN DISTRICT OF NEW YORK:

    In compliance with Rule B(3)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, and in reference to that certain Process of Maritime Attachment and Garnishment, dated June 21, 2007, as initially served upon garnishee STANDARD CHARTERED BANK, One Madison Avenue, New York, New York 10010 and again thereafter; garnishee STANDARD CHARTERED BANK, by its attorneys Kravet & Vogel, LLP, as its verified answer does hereby state that on the date of service upon garnishee of another copy of the aforementioned Process of Maritime Attachment and Garnishment, and as of the date of this response, STANDARD CHARTERED BANK, New York Branch, had no property or assets in its

#1144                                1

possession or custody owing or belonging to the defendants, except for the following three (3) wire transfers which have been restrained pending further court order pursuant to the aforesaid Process of Maritime Attachment and Garnishment:

Wire No. 1:

| | |
|---|---|
| Transaction Reference: | 20070621-00029255 |
| Sender Reference Number: | 653 4007098D |
| Wire Transfer Request Received (NY): | June 21, 2007 |
| Value Date: | June 25, 2007 |
| Amount of Wire: | US$26,100.00 |
| Amount Restrained: | US$26,100.00 |
| Originator: | Akzo Nobel Endustri Ve Otomobil Boyalari San Ve Tic As Kemalpasa MH. Kemalpasa Cad 25 .Km Kemalpasa Izmir Turkiye |
| Originator's Bank: | Yapi Ve Kredi Bankasi A.S. FX/MM Operations Istanbul, Turkey |
| Beneficiary: | Sinochem Jiangsu Corporation |
| Beneficiary Bank: | Bank of China Jiangsu Br. 148 South Zhongshan Rd Nanjing, China |

Wire No. 2:

| | |
|---|---|
| Transaction Reference: | 20070622-00053346 |
| Sender Reference Number: | 070622081503XI00 |
| Wire Transfer Request Received (NY): | June 22, 2007 |
| Value Date: | June 22, 2007 |
| Amount of Wire: | US$1,800.00 |
| Amount Restrained: | US$1,800.00 |
| Originator: | Sarchem Laboratories Inc. PO Box 506 Navesink, NJ 07752- |
| Originator's Bank: | Commerce Bank N.A. 1701 Route 70 East Cherry Hill, NJ 08034 |
| Beneficiary: | Sinochem Jiangsu Corporation Shangmao Century Plaza 49 Zhonbgshan S Rd. Nanjing 210005, China |
| Beneficiary Bank: | Bank of China |

|  |  |
|---|---|
|  | Jiangsu Branch |
|  | 148 Zhongshan Nanlu |
|  | Nanjing, China |

<u>Wire No. 3</u>:

| | |
|---|---|
| Transaction Reference: | 20070626-00057274 |
| Sender Reference Number: | 0249912011110157 |
| Wire Transfer Request Received (NY): | June 26, 2007 |
| Value Date: | June 27, 2007 |
| Amount of Wire: | US$1,821.00 |
| Amount Restrained: | US$1,821.00 |
| Originator: | Sociedad Quimica Mer Cantil SA |
|  | Doc. ID. 20101105998 |
|  | Av. Las Camelias 820 302 |
|  | Lima Peru |
| Originator's Bank: | Banco Continental |
|  | Avda Republica De Panama 3065 |
|  | San Isidro |
|  | Lima 27, Peru |
| Beneficiary: | Sinochem Jiangsu Corporation |
|  | 49 Zhongshan South Road |
|  | Nanjing 210005 |
|  | China |
| Beneficiary Bank: | Bank of China |
|  | (Jiangsu Branch) |
|  | 148 Zhong Shan Nan Road |
|  | Nanjing, CN |

Dated:    New York, New York
          July _3_, 2007

                                    KRAVET & VOGEL, LLP

                                    By: _____
                                        Joseph A. Vogel (JV-5533)

                                    1040 Avenue of the Americas, Suite 1101
                                    New York, New York 10018-3703
                                    212-997-7634
                                    *Attorneys for Garnishee Standard Chartered Bank*

#1144                               3

TO:   DeOrchis, Wiener & Partners, LLP
      61 Broadway, 26th Floor
      New York, New York 10006
      212-344-4700

      *Attorneys for Plaintiff*

## VERIFICATION

STATE OF NEW YORK           )
                            )ss.:
COUNTY OF NEW YORK          )

      JAYSON JARUSHEWSKY, being duly sworn, deposes and states as follows: I am an Executive Vice President and Head of Legal –The Americas, for Standard Chartered Bank, and have reviewed the contents of the forgoing Answer of Garnishee Standard Chartered Bank in Response to Maritime Attachment and Garnishment and know the contents thereof and that the same are true as to my own personal knowledge, except as to those matters stated to be upon information and belief, and as to those matters I believe them to be true. I base my information upon personal knowledge and a review of the Bank's files relating to this matter.

JAYSON JARUSHEWSKY

Sworn to before me this
_3rd_ day of July 2007

Notary Public

CHARLENE SUMPTER
Notary Public, State of New York
No. 01SU5042463
Qualified in New York County
Commission Expires April 24, ~~2007~~ 2011

#1144                                   5