## DECLARATION OF SERVICE BY FEDERAL EXPRESS

NADINE OTERO, declares that:

I am not a party to this action, am over 18 years of age, and reside in Queens, New York. I am a legal secretary for DeOrchis, Wiener & Partners, LLP, the attorneys for the within named Plaintiff, with offices at 61 Broadway, 26th Floor, New York, New York 10006.

On July 6, 2007, I served upon:

SINOTRANS NINGBO INTERNATIONAL FORWARDING AGENCY CO., LTD.
5th Floor Sinotrans Mansion
69 Jie Fang South Road
Ningbo, Zhejiang Province
P.R. China
Attn: Legal Department
Federal Express Airbill No. 8577 9978 6504

a true copy of the following documents:

*Summons, Complaint, Orders of Maritime Attachment and Substitute Service of Process, Writ of Attachment, Cover Letter with Notification of Hearing (40 pages)*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2007

_____
NADINE OTERO

## DECLARATION OF SERVICE BY FEDERAL EXPRESS

NADINE OTERO, declares that:

I am not a party to this action, am over 18 years of age, and reside in Queens, New York. I am a legal secretary for DeOrchis, Wiener & Partners, LLP, the attorneys for the within named Plaintiff, with offices at 61 Broadway, 26th Floor, New York, New York 10006.

On July 6, 2007, I served upon:

> HUABANG INTERNATIONAL, INC.
> Room B-33, 8F Centre Commercial Building
> 54 Dashani Street
> Ningbo, Zhejiang Province, P.R. China
> Attn: Legal Department
> Federal Express Airbill No. 8577 9978 6515

a true copy of the following documents:

*Summons, Complaint, Orders of Maritime Attachment and Substitute Service of Process, Writ of Attachment, Cover Letter with Notification of Hearing (39 pages)*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2007

_____
NADINE OTERO

## DECLARATION OF SERVICE BY FEDERAL EXPRESS

NADINE OTERO, declares that:

I am not a party to this action, am over 18 years of age, and reside in Queens, New York. I am a legal secretary for DeOrchis, Wiener & Partners, LLP, the attorneys for the within named Plaintiff, with offices at 61 Broadway, 26th Floor, New York, New York 10006.

On July 6, 2007, I served upon:

> NANJING HUABIN FOREIGN TRADE AND ECONOMICS CO., LTD.
> 5-6F
> 51W Hankou Road
> Nanjing 210024
> Jiangsu Province, P.R. China
>
> Attn: Legal Department
> Federal Express Airbill No. 8577 9978 6559

a true copy of the following documents:

> *Summons, Complaint, Orders of Maritime Attachment and Substitute Service of Process, Writ of Attachment, Cover Letter with Notification of Hearing (39 pages)*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2007

_____
NADINE OTERO

## DECLARATION OF SERVICE BY FEDERAL EXPRESS

NADINE OTERO, declares that:

I am not a party to this action, am over 18 years of age, and reside in Queens, New York. I am a legal secretary for DeOrchis, Wiener & Partners, LLP, the attorneys for the within named Plaintiff, with offices at 61 Broadway, 26th Floor, New York, New York 10006.

On July 6, 2007, I served upon:

> Sinochem Jiangsu Corporation
> 28F Shangmao Century Plaza
> 49 Zhongshan South Road,
> Nanjing 210005, P.R. China
> Attn: Legal Department
> Federal Express Airbill No. 8577 9978 6526

a true copy of the following documents:

*Summons, Complaint, Orders of Maritime Attachment and Substitute Service of Process, Writ of Attachment, Cover Letter with Notification of Hearing (39 pages)*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2007

_____
NADINE OTERO

## DECLARATION OF SERVICE BY FEDERAL EXPRESS

NADINE OTERO, declares that:

I am not a party to this action, am over 18 years of age, and reside in Queens, New York. I am a legal secretary for DeOrchis, Wiener & Partners, LLP, the attorneys for the within named Plaintiff, with offices at 61 Broadway, 26th Floor, New York, New York 10006.

On July 6, 2007, I served upon:

> Belco Resources, Inc.
> 146 Roundabout Ct.
> P.O. Box 8164
> Rocky Mount, NC 27804
>
> Attn: James Wendling, President
> Federal Express Airbill No. 8618 8702 6626

a true copy of the following documents:

*Summons, Complaint, Orders of Maritime Attachment and Substitute Service of Process, Writ of Attachment, Cover Letter with Notification of Hearing (39 pages)*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2007

_____
NADINE OTERO

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

ZIM INTEGRATED SHIPPING SERVICES, LTD.,

V.

BELCO RESOURCES, INC., ET AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**'07 CIV 5861**
**Judge Berman**

TO: (Name and address of Defendant)

SINOTRANS NINGBO INTERNATIONAL FORWARDING AGENCY CO.,
LTD., 5th Floor Sinotrans Mansion, 69 Jie Fang South Road, Ningbo,
Zhejiang Province, P.R. China

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DEORCHIS WIENER & PARTNERS, LLP
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700

an answer to the complaint which is served on you with this summons, within ___90___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    JUN 2 0 2007

CLERK  /s/ Marcos Quintero                           DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                    Date                             *Signature of Server*

                                     _____
                                     *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

ZIM INTEGRATED SHIPPING SERVICES, LTD.,

V.

BELCO RESOURCES, INC., ET AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CIV 5861**
**Judge Berman**

TO: (Name and address of Defendant)

NANJING HUABIN FOREIGN TRADE & ECONOMICS CO., LTD. : 5-6F, 51W Hankou Road, Nanjing 210024, Jiangsu Province, P.R. China, P.R. China

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DEORCHIS WIENER & PARTNERS, LLP
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700

an answer to the complaint which is served on you with this summons, within ___90___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    JUN 2 0 2007
CLERK                                                 DATE

*[signature: Marcos Quintero]*

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL | SERVICES | TOTAL | $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                            Date                             *Signature of Server*

                                                 _____
                                                 *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

ZIM INTEGRATED SHIPPING SERVICES, LTD.,

**SUMMONS IN A CIVIL ACTION**

V.

BELCO RESOURCES, INC., ET AL.

CASE NUMBER: **07 CIV 5861**

**Judge Berman**

TO: (Name and address of Defendant)

HUABANG INTERNATIONAL, INC., Room B-33, 8F Centre Commercial Building, 54 Dashani Street, Ningbo, Zhejiang Province, P.R. China

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DEORCHIS WIENER & PARTNERS, LLP
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700

an answer to the complaint which is served on you with this summons, within _____90_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK  *[signature: Marcos Quintero]*

DATE  JUN 2 0 2007

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                 *Signature of Server*

                                  _____
                                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern                District of                New York

ZIM INTEGRATED SHIPPING SERVICES, LTD.,

**SUMMONS IN A CIVIL ACTION**

V.

BELCO RESOURCES, INC., ET AL.

CASE NUMBER:

**07 CIV 5861**

**Judge Berman**

TO: (Name and address of Defendant)

BELCO RESOURCES, INC., 146 Roundabout Ct., P.O. Box 8164
Rocky Mount, NC 27804

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DEORCHIS WIENER & PARTNERS, LLP
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                              JUN 2 0 2007

CLERK  *Marcos Quintero*                         DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
                          Date                         *Signature of Server*

                                                     _____
                                                     *Address of Server*

_____

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

ZIM INTEGRATED SHIPPING SERVICES, LTD.,

V.

BELCO RESOURCES, INC., ET AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CIV 5861

Judge Berman

TO: (Name and address of Defendant)

SINOCHEM JIANGSU CORPORATION: 28F Shangmao Century Plaza,
49 Zhongshan South Road, Nanjing 210005, Jiangsu Province, P.R.
China

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DEORCHIS WIENER & PARTNERS, LLP
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700

an answer to the complaint which is served on you with this summons, within _____90_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                                       JUN 2 0 2007

CLERK                                                                     DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                Date              *Signature of Server*

                                  _____
                                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.