# DeOrchis, Wiener & Partners, LLP

*Florida Office:*
8751 W. Broward Blvd., Ste. 203
Ft. Lauderdale, FL 33324
(954) 652-0100

*Attorneys at Law and Proctors in Admiralty*
61 Broadway, 26th Floor
New York, New York 10006-2802

*New Jersey Office:*
1495 Morris Avenue
Union, NJ 07083
(973) 467-4740

*Connecticut Office:*
24 Hoyt Street
Stamford, CT ~~~~

Telephone: (212) 344-4700
Facsimile: (212) 422-5299
www.marinelex.com

*Massachusetts Office:*
2355 Main Street, P.O. 186
S. Chatham, MA 02659
(508) 432-2121

**MEMO ENDORSED**

July 19, 2007

*6 to discuss on 7/27/07*

Judge Richard M. Berman
United States District Court
Southern District of new York
40 Centre Street, Courtroom 706
New York, NY 10007

    Re:    Zim American Integrated Shipping Services Ltd. v. Belco Resources, Inc. et al.
            Docket no. 07 Civ. 5861 (RMB)(GWG)
            Our File: 1236-689

**SO ORDERED:**
Date: 7/23/07    Richard M. Berman
Richard M. Berman, U.S.D.J.

Your Honor,

    We are attorneys representing ZIM INTEGRATED SHIPPING SERVICES, LTD., in the above captioned matter for a Rule B maritime attachment and garnishment.

    We filed yesterday a second complaint for ZIM INTEGRATED SHIPPING SERVICES, LTD., SET SHIPPING, LTD., SETH SHIPPING, LTD. and KORON MARITIME, INC., against more than one hundred shippers, consignees, assignees or holders of bills of lading for declaratory relief in an action which is closely related to the above captioned matter. A courtesy copy of the complaint and its exhibits has been handed to Your Honor's chambers yesterday.

    We believe that both actions should be joined for disclosures purposes in order to effectuate good administration of justice and that the scheduling conference should be common to both actions.

    We consequently request that the initial pre-trial conference set for July 27, 2007 at 9:30 a.m. in the first action 07-cv-5861 be rescheduled to October 18, 2007 so as to allow the numerous defendants in the second action residing abroad and in the United States to respond by an answer within the time provided under Rule 4(d)(3) (rule relative to waiver of service).

    However, we must inform Your Honor that we have been contacted on July 17 by counsel for Belco Resources, Inc. who would like to be heard by Your Honor as soon as possible to move to set aside the Rule B Attachment against its client.



RECEIVED
JUL 23 2007
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/07

Judge Richard M. Berman
July 19, 2007
Page 2

    We have not yet been contacted by any other defendants' counsels although we have duly advised on July 5 all the defendants of the above mentioned pre-trial conference.

    We thank Your Honor for his attention in this matter

                                   Respectfully Submitted,

                                   DeORCHIS, WIENER & PARTNERS, LLP

                                 By
                                      Vincent M. DeOrchis

TO:    <u>Via Facsimile: 646-328-0121 and Mail</u>
         William R. Bennett, III
         Bennett, Giuliano, McDonnelle & Perrone, LLP
         225 West 34th Street
         Suite 402
         New York, New York 10122

W:\1236-689\Corres\berman, judge richard 071907.vmd.doc-npo

# Bennett, Giuliano, McDonnell & Perrone, LLP

| | | |
|---|---|---|
| **New Jersey Office:**<br>201 Littleton Road<br>P.O. Box 513<br>Morris Plains, NJ 07950<br>Tel. (973) 387-0486<br>Fax (973) 796-2864 | **225 West 34th Street, Suite 402**<br>**New York, New York 10122**<br><br>Telephone: (646) 328-0120<br>Telefax:    (646) 328-0121<br>www.bgmplaw.com | **Florida Office:**<br>6615 West Boynton Beach Blvd.<br>No. 351<br>Boynton Beach, FL 33437<br>Tel.  (561) 337-8816<br>Fax. (561) 337-4653 |



William R. Bennett, III, *Partner*
wbennett@bgmplaw.com

July 20, 2007

Judge Richard M. Berman
United States District Court
Southern District of New York
40 Centre Street, Courtroom 706
New York, New York 10007

      Re:  Zim American Integrated Shipping Services Ltd.
         v. Belco Resources, Inc. et al.
         <u>Docket No.: 07 Civ. 5861 (RMB) (GWG)</u>
         Our File:  D687

Dear Judge Berman:

  We represent Belco Resources, Inc. ("Belco"), a defendant in the referenced matter, and write to request, for the reasons noted below, that the July 27, 2007 pre-trial conference scheduled for 9:30 a.m. not be adjourned at this time.

  Plaintiff has attached funds belonging to Belco that were part of a wire transfer being facilitated by Wachovia Bank. It appears that the funds were located in New York at the time. However, as a result of the service of the Rule B writ of attachment, Wachovia Bank has restrained funds outside the district. The attachment of funds by Wachovia Bank outside the district is not permitted under Rule B. We have contacted Wachovia Bank and plaintiff's counsel and advised them of this error. To date, Wachovia Bank has not released the accounts outside the district and are of the belief that its restraint of funds outside of New York is proper. We have asked Wachovia Bank to reconsider its position. Accordingly, we request that the conference not be adjourned should we not be able to come to an agreement with Wachovia Bank to release the funds and require Court intervention.

                Very truly yours,

                William R. Bennett, III

/bm

Judge Richard M. Berman
July 20, 2007
Part 2

cc: **Via Fax (212) 442-5299**
Vincent DeOrchis, Esq.
DeOrchis, Weiner & Partners, LLP

**Via Fax (215) 670-6907**
Ms. Elaine Chermak
Wachovia Bank

Z:\Documents\All Files\D687 Sinochem\Letters\JudgeBerman-ccDeOrchis&Chermak-ReNoAdjPTC-072007.doc