Vincent M. DeOrchis (VMD-6515)
William E. Lakis (WL-9355)
Olivier D. L. DuPont (OD-2817)
**DeOrchis Wiener & Partners, LLP**
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ZIM INTEGRATED SHIPPING SERVICES,
LTD.,

                                    Plaintiff,

Case No. 07cv5861 (RMB)

  - against -

BELCO RESOURCES, INC., SINOCHEM
JIANGSU CORPORATION, NANJING HUABIN
FOREIGN TRADE & ECONOMICS CO., LTD.,
HUABANG INTERNATIONAL, INC.,
SINOTRANS NINGBO INTERNATIONAL
FORWARDING AGENCY CO., LTD.,
JOHN DOE 1-10,

**ORDER APPOINTING SPECIAL
PROCESS SERVER TO SERVE *EX
PARTE* ORDER FOR PROCESS OF
MARITIME ATTACHMENT**

                                      Defendants.
------------------------------------------------------------X

       An application having been made by counsel for Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

       NOW, good cause having been shown, it is hereby

       **ORDERED**, that Vincent M. DeOrchis, or any other partner, associate, agent or paralegal of DeOrchis, Wiener & Partners, LLP be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Maritime Attachment and Garnishment pursuant

to Rule B of the Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims of the Federal Rules and Civil Procedure upon any garnishee(s) who may hold tangible or intangible property belonging to, claimed by or being held for the defendants, BELCO RESOURCES, INC., SINOCHEM JIANGSU CORPORATION, NANJING HUABIN FOREIGN TRADE & ECONOMICS CO., LTD., HUABANG INTERNATIONAL, INC., SINOTRANS NINGBO INTERNATIONAL FORWARDING AGENCY CO., LTD., and the Order of Maritime Attachment and Information Subpoena may be served by way of facsimile transmission as provided by the Ex Parte Order for Process of Maritime Attachment.

Dated: New York, New York
June **21**, 2007

A CERTIFIED COPY
J. MICHAEL McMAHON,    CLERK

BY _____
DEPUTY CLERK

_RMB_____
U.S.D.J.

Richard M. Berman

2