UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ZIM INTEGRATED SHIPPING SERVICES, LTD.,

          Plaintiff,

- against -

BELCO RESOURCES, INC., SINOCHEM JIANGSU CORPORATION, NANJING HUABIN FOREIGN TRADE & ECONOMICS CO., LTD., HUABANG INTERNATIONAL, INC., SINOTRANS NINGBO INTERNATIONAL FORWARDING AGENCY CO., LTD., JOHN DOE 1-10,

          Defendants.

07-CV-05861 (RMB)

**NOTICE OF RESTRICTED APPEARANCE PURSUANT TO FED. R. CIV. P. SUPP. ADMIRALTY R. E(8)**

---

SIR:

    PLEASE TAKE NOTICE that the defendant, SINOCHEM JIANGSU CORPORATION, hereby appears in the above action pursuant to Fed. R. Civ. P. Supp. Admiralty R. E(8), "Restricted Appearance," and that the undersigned has been retained as attorneys for said defendant and demands that a copy of the Complaint and all papers in this action be served upon the undersigned at the office address stated below.

Dated: New York, New York
      July 26, 2007

                                LOVELLS LLP
                                Attorneys for Defendant
                                Sinochem Jiangsu Corporation

                By: _____
                                Edward T. Schorr (ES 0290)
                                Derek J. Craig (DC 0999)
                                Eric Z. Chang (EC 9755)
                                Matthew J. Galvin (MG 0701)
                                590 Madison Avenue
                                New York, New York 10022
                                (212) 909-0600

TO:   Vincent M. DeOrchis
       William Edward Lakis
       DeOrchis, Wiener & Partners, LLP
       61 Broadway
       26th Floor
       New York, NY 10006