UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
ZIM INTEGRATED SHIPPING
SERVICES, LTD.

              Plaintiff,

              07 CV 5861 (RMB)
- against -              ECF CASE

BELCO RESOURCES, INC. et al,

              RESTRICTED APPEARANCE
             Defendants.
------------------------------------------------------X

      PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure E(8) of the Supplemental Rules for Certain Admiralty and Maritime Claims, the Defendant, Nanjing Huabin Foreign Trade & Economics Co. Ltd., hereby appears pursuant to Rule E (8), "Restricted Appearance" in the above-captioned action and that the undersigned has been retained as attorneys for said Defendant and demands that a copy of all pleadings and papers in this action be served upon the undersigned at the office address stated below.

Dated: New York, New York
       July 26, 2007

                                    Respectfully,
                                    TISDALE LAW OFFICES,

              By: _____
                      Lauren C. Davies (LD 1980)
                      Thomas L. Tisdale (TT 5263)
                      11 West 42nd Street, Suite 900
                      New York, NY 10036
                      Tel.: 212. 354.0025
                      Fax: 212.869.0067
                      ldavies@tisdale-law.com
                      ttisdale@tisdale-law.com