William R. Bennett, III (WB 1383)
Bennett, Giuliano, McDonnell & Perrone, LLP
Attorneys for Defendants Belco Resources, Inc.
225 West 34th Street, Suite 402
New York, New York 10122
Telephone:    (646) 328-0120
Facsimile:    (646) 328-0121
wbennett@bgmplaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ZIM INTEGRATED SHIPPING SERVICES, LTD.,                07-CV-05861 (RMB)

                   Plaintiff,                                                                          **NOTICE OF RESTRICTED**
                                                                         **APEARANCE PURSUANT**
    - against -                                                                                           **TO FED. R. CIV. P. SUPP.**
                                                                          **ADMIRALTY R. E (8)**

BELCO RESOURCES, INC., SINOCHEM JIANGSU
CORPORATION, NANJING HUABIN FOREIGN TRADE
& ECONOMICS CO., LTD., HUABANG INTERNATIONAL,
INC., SINOTRANS NINGBO INTERNATIONAL
FORWARDING AGENCY CO., LTD., JOHN DOE 1-10,
                   Defendants.
-----------------------------------------------------------------X
SIR:

       PLEASE TAKE NOTICE that the defendant BELCO RESOURCES, INC., hereby appears in the above action pursuant to Fed.R.Civ.P. Supp. Admiralty R. E (8) (Restricted Appearance), that the undersigned has been retained as counsel for said defendant and that said counsel demands that a copy of the Complaint and all papers in this action be served upon the undersigned's office.

Dated: New York, New York
          August 1, 2007

                                              Bennett, Giuliano, McDonnell & Perrone, LLP
                                              Attorneys for Defendant Belco Resources, Inc.

                                              *[signature]*
                                              William R. Bennett, III

TO:   Vincent M. De Orchis
      William Edward Lakis
      DeOrchis, Wiener & Partners, LLP
      61 Broadway
      26th Floor
      New York, NY 10006

      Derek Craig, Esq.
      Larells, LLP
      590 Madison Ave.
      New York, NY 10022

      Thomas L. Tisdale
      Tisdale Law Offices
      11 West 42nd Street, Suite 980
      New York, NY 10036