

# Lovells

Lovells LLP
590 Madison Avenue
New York NY 10022

Tel: +1 212 909 0600
Fax: +1 212 909 0660

August 14, 2007

Our ref NYMJG2/121368.1
Matter ref W1988/00022

The Honorable Judge Richard M. Berman
United States District Court
for the Southern District of New York
40 Centre Street
New York, NY 10007



MEMO ENDORSED

BY FEDEX

RE: *ZIM INTEGRATED SHIPPING SERVS., LTD. V. BELCO RES., INC. ET AL*, CASE NO. 07-CV-05861

Dear Judge Berman:

We represent defendant Sinochem Jiangsu Corporation ("Sinochem") in the above-captioned matter. We write to respectfully request that the deadline for Sinochem to enter a response or otherwise move with regard to the complaint in the above-captioned matter be extended to October 1, 2007. Although the docket currently reflects July 26, 2007 as the date upon which an answer is due, Sinochem and the plaintiff, Zim Integrated Shipping Services, Ltd., have already agreed to extend this deadline until September 1, 2007, and the plaintiff has advised us that they would not oppose this request. This request is the first such request to the Court. Our firm is in the process of obtaining facts relating to the complaint from the People's Republic of China ("China") including facts concerning the related criminal investigation ongoing in China, and this extension will serve to facilitate this process.

Respectfully submitted,

Edward T. Schorr

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/07

Application granted. Answer to be submitted no later than 10/1/07.

SO ORDERED:
Date: 8/15/07     Richard M. Berman
                  Richard M. Berman, U.S.D.J.

Lovells LLP is a limited liability partnership registered in England and Wales with registered number OC323639. Registered office and principal place of business Atlantic House, Holborn Viaduct, London EC1A 2FG. The word "partner" is used to refer to a member of Lovells LLP, or an employee or consultant with equivalent standing and qualifications.

Lovells LLP and its affiliated businesses have offices in: Alicante Amsterdam Beijing Brussels Chicago Dubai Dusseldorf Frankfurt Hamburg Ho Chi Minh City Hong Kong London Madrid Milan Moscow Munich New York Paris Prague Rome Shanghai Singapore Tokyo Warsaw    Associated offices: Budapest Zagreb

Lawyers(USA) Solicitors Rechtsanwälte Avocats Advocaten Notarissen Avvocati Abogados

CC:   DeOrchis, Wiener & Partners LLP
      Attorneys for ZIM AMERICAN INTEGRATED SHIPPING SERVICES LTD.
      Attn: Vincent M. DeOrchis
      61 Broadway, 26th Floor
      New York, NY 10006-2802

CC:   Bennett, Giuliano, McDonnell & Perrone
      Attorneys for BELCO RESOURCES, INC.
      Attn: William R. Bennett, III, Esq.
      225 West 34th Street
      Suite 402
      New York, NY 10122-0402
      Tel: (646) 328-0120
      Fax: (646) 328-0121

CC:   Tisdale & Lennon, LLC
      Attorneys for NANJING HUABIN FOREIGN TRADE & ECONOMICS CO., LTD.
      Attn: Lauren C. Davies, Esq.
      11 West 42nd St., Suite 900
      New York, NY 10036
      Tel: (212) 354-0025
      Fax: (212) 869-0067

CC:   HUABANG INTERNATIONAL, INC., d/b/a DRAGONTRANS SHIPPING LTD.
      Attn: Mr. Robin Du, General Manager
      8F Centre Commercial Building (Room B-33)
      54 Dashani Street
      Ningbo, Zhejiang Province,
      P.R.C.
      Tel: +86 (0)574 8719 6068
      Fax: +86(0)574 8719 6058

CC:   SINOTRANS NINGBO INTERNATIONAL FORWARDING AGENCY CO., LTD.
      69 Jie Fang South Road,
      5th Floor Sinotrans Mansion
      Ningbo, Zhejiang Province,
      P.R.C.
      Tel: 011-86-574-87321070
      Fax: 011-86-574-87321309