# Bennett, Giuliano, McDonnell & Perrone, LLP

| **New Jersey Office:** | 225 West 34th Street, Suite 402 | **Florida Office:** |
|---|---|---|
| 201 Littleton Road | New York, New York 10122 | 6615 West Boynton Beach Blvd. |
| P.O. Box 513 | | No. 351 |
| Morris Plains, NJ 07950 | | Boynton Beach, FL 33437 |
| Tel. (973) 387-0486 | Telephone: (646) 328-0120 | Tel. (561) 337-8816 |
| Fax (973) 796-2884 | Telefax: (646) 328-0121 | Fax. (561) 337-4653 |

www.bgmplaw.com

## MEMO ENDORSED

William R. Bennett, III, *Partner*
wbennett@bgmplaw.com

August 16, 2007

[RECEIVED AUG 17 2007 CHAMBERS OF RICHARD M BERMAN U.S.D.J.]

Judge Richard M. Berman
United States District Court
Southern District of New York
40 Centre Street, Courtroom 706
New York, New York 10007

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 8/20/07]

Re:   Zim American Integrated Shipping Services Ltd.
       v. Belco Resources, Inc. et al.
       Docket No.:   07 Civ. 5861 (RMB) (GWG)
       Our File:   D687

Dear Judge Berman:

We represent defendant Belco Resources, Inc. ("Belco"), in the above-captioned matter. We write to respectfully request, similar to the request of Sinochem, that the deadline for Belco to enter a response or otherwise move with regard to the complaint in the above-captioned matter be extended to October 1, 2007. Plaintiff has advised us that they would not oppose this request.

Respectfully submitted,

William R. Bennett, III

/bm

cc:   DeOrchis, Weiner & Partners, LLP
      Attorneys for ZIM AMERICAN INTEGRATED
      SHIPPING SERVICES LTD.
      Attn:   Vincent DeOrchis, Esq.
      61 Broadway, 26th Floor
      New York, NY 10006-2802
      Tel.:   (212) 344-4700
      Fax:   (212) 422-5299

---

**Deadline for all Defendants to Answer is Extended to 10/01/07.**

SO ORDERED:
Date: 8/20/07

Richard M. Berman, U.S.D.J.