# DeOrchis, Wiener & Partners, LLP

*Florida Office:*
8751 W. Broward Blvd., Ste. 203
Ft. Lauderdale, FL 33324
(954) 652-0100

*Connecticut Office:*
24 Hoyt Street
Stamford, CT 06905
(203) 323-9120

*Attorneys at Law and Proctors in Admiralty*

61 Broadway, 26th Floor
New York, New York 10006-2802

Telephone: (212) 344-4700
Facsimile: (212) 422-5299
www.marinelex.com

*New Jersey Office:*
1495 Morris Avenue
Union, NJ 07083
(973) 467-4740

*Massachusetts Office:*
2355 Main Street, P.O. 186
S. Chatham, MA 02659
(508) 432-2121

September 12, 2007

**FILED ELECTRONICALLY AND BY PERSONAL DELIVERY**

Judge Richard M. Berman
United States District Court
Southern District of new York
40 Centre Street, Courtroom 706
New York, NY 10007

    Re:    Zim American Integrated Shipping Services Ltd. v. Belco Resources, Inc. et al.
             Docket no. 07 Civ. 5861 (RMB)(GWG)
             Our File: 1236-689

Dear Judge Berman:

    We are attorneys representing ZIM INTEGRATED SHIPPING SERVICES, LTD., in the above captioned matter for a Rule B maritime attachment and garnishment and we file the present letter application to request from the Court the issuance of two proposed amended orders of the Court and the authorization to amend the summonses as a result of the filing of our first amended complaint.

    We filed the first amended complaint without leave of the Court today against all five defendants in this action pursuant to Fed. R. C. P. Rule 15(a) (attached hereto is the first amended verified complaint and its supporting affidavit). The amended complaint reflects notably changes in the names of two Chinese defendants, adds a sixth cause of action for punitive damages, and seeks joint and several liability of all defendants on all six causes of action. The amount of estimated damages suffered by the plaintiff remains unchanged but we make it clear that we are seeking the full amount of damages as against each and everyone of the defendants.

    As a result of the filing of the first amended complaint, we respectfully request that the Court:

1. allows us to amend the summonses pursuant to Fed. R. C. P. Rule 4(a) to reflect the changes in the names of two defendants;
2. issues the proposed amended order of maritime attachment and garnishment attached hereto;
3. issues the proposed amended order of substitute process server attached hereto;

Judge Richard M. Berman
September 12, 2007
Page 2


Upon issuance of the amended orders by Your Honor, we intend to serve the amended orders and the verified complaint on all garnishees.

We thank Your Honor for his attention in this matter.

Respectfully Submitted,

DEORCHIS, WIENER & PARTNERS, LLP

By _____

Vincent M. DeOrchis

TO:  Lovells, LLP
     Derek John Craig, Esq.
     590 Madison Avenue
     New York, NY 10022
     Attorney for Defendant Sinochem Jiangsu Corporation

   Tisdale Law Offices
   Lauren Cozzolino Davies, Esq.
   11 West 42nd Street
   New York, NY 10022
   Attorney for Defendant Nanjing Huabin Foreign Trade & Economics Co., Ltd.

   William R. Bennett, III
   Bennett, Giuliano, McDonnelle & Perrone, LLP
   225 West 34th Street
   Suite 402
   New York, NY 10122
   Attorney for Defendant Belco Resources, Inc.

   Defendant Sinotrans Ningbo International
   Forwarding Agency Co., Ltd.
   69 Jie Fang South Road,
   5th Floor Sinotrans Mansion
   Ningbo, Zhejiang Province, P.R. China

   Defendant Huabang International, Inc.,
   d/b/a Dragontrans Shipping Ltd.
   Mr. Robin Du, General Manager
   8F Centre Commercial Building (Room B-33)

Judge Richard M. Berman
September 12, 2007
Page 3

        54 Dashani Street
        Ningbo, Zhejiang Province,
        P.R. China

W:\1236-689\Corres\berman, judge richard 091107.odld.doc