Vincent M. DeOrchis (VMD-6515)
William E. Lakis (WL-9355)
Olivier D. L. DuPont (OD-2817)
**DeOrchis Wiener & Partners, LLP**
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ZIM INTEGRATED SHIPPING SERVICES,
LTD.,

Case No. 07-civ-5861 (RMB)

                                    Plaintiff,

        - against -

BELCO RESOURCES, INC., SINOCHEM
JIANGSU CORPORATION (FORMERLY
KNOWN AS SINOCHEM JIANGSU IMPORT
& EXPORT CORPORATION), NANJING
HUABIN FOREIGN TRADE & ECONOMICS
CO., LTD., DRAGONTRANS SHIPPING LTD.
d/b/a HUABANG INTERNATIONAL, INC.,
SINOTRANS NINGBO INTERNATIONAL
FORWARDING AGENCY CO., LTD.,
JOHN DOE 1-10,

**AMENDED ORDER APPOINTING
SPECIAL PROCESS SERVER TO
SERVE *EX PARTE* ORDER FOR
PROCESS OF
MARITIME ATTACHMENT**

                                    Defendants.
------------------------------------------------------------X

        An application having been made by counsel for Plaintiff for an Amended Order

Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil

Procedure,

        **NOW**, good cause having been shown, it is hereby

**ORDERED**, that Vincent M. DeOrchis, or any other partner, associate, agent or paralegal of DeOrchis, Wiener & Partners, LLP be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims of the Federal Rules and Civil Procedure upon any garnishee(s) who may hold tangible or intangible property belonging to, claimed by or being held for the defendants BELCO RESOURCES, INC., SINOCHEM JIANGSU CORPORATION (FORMERLY KNOWN AS SINOCHEM JIANGSU IMPORT & EXPORT CORPORATION), NANJING HUABIN FOREIGN TRADE & ECONOMICS CO., LTD., DRAGONTRANS SHIPPING LTD. d/b/a HUABANG INTERNATIONAL, INC., SINOTRANS NINGBO INTERNATIONAL FORWARDING AGENCY CO., LTD., and the Order of Maritime Attachment and Information Subpoena may be served by way of facsimile transmission as provided by the Ex Parte Order for Process of Maritime Attachment.

Dated:  New York, New York
           September ___, 2007


_____
                              **U.S.D.J.**