# DeOrchis, Wiener & Partners, LLP

| | | |
|---|---|---|
| *Florida Office:*<br>8751 W. Broward Blvd., Ste. 203<br>Ft. Lauderdale, FL 33324<br>(954) 652-0100 | *Attorneys at Law and Proctors in Admiralty*<br>61 Broadway, 26th Floor<br>New York, New York 10006-2802 | 1495 Morris Avenue<br>Union, NJ 07083<br>(973) 467-4740 |
| *Connecticut Office:*<br>24 Hoyt Street<br>Stamford, CT 06905<br>(203) 323-9120 | Telephone: (212) 344-4700<br>Facsimile: (212) 422-5299<br>www.marinelex.com | *Massachusetts Office:*<br>2355 Main Street, P.O. 186<br>S. Chatham, MA 02659<br>(508) 432-2121 |

September 12, 2007

**RECEIVED SEP 13 2007 CHAMBERS OF RICHARD M. BERMAN U.S.D.J.**

**USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 9/14/07**

**FILED ELECTRONICALLY AND BY PERSONAL DELIVERY**

**MEMO ENDORSED**

Judge Richard M. Berman
United States District Court
Southern District of new York
40 Centre Street, Courtroom 706
New York, NY 10007

    Re:    Zim American Integrated Shipping Services Ltd. v. Belco Resources, Inc. et al.
            Docket no. 07 Civ. 5861 (RMB)(GWG)
            Our File: 1236-689

Dear Judge Berman:

      We are attorneys representing ZIM INTEGRATED SHIPPING SERVICES, LTD., in the above captioned matter for a Rule B maritime attachment and garnishment and we file the present letter application to request from the Court the issuance of two proposed amended orders of the Court and the authorization to amend the summonses as a result of the filing of our first amended complaint.

      We filed the first amended complaint without leave of the Court today against all five defendants in this action pursuant to Fed. R. C. P. Rule 15(a) (attached hereto is the first amended verified complaint and its supporting affidavit). The amended complaint reflects notably changes in the names of two Chinese defendants, adds a sixth cause of action for punitive damages, and seeks joint and several liability of all defendants on all six causes of action. The amount of estimated damages suffered by the plaintiff remains unchanged but we make it clear that we are seeking the full amount of damages as against each and everyone of the defendants.

      As a result of the filing of the first amended complaint, we respectfully request that the Court:

1. allows us to amend the summonses pursuant to Fed. R. C. P. Rule 4(a) to reflect the changes in the names of two defendants;
2. issues the proposed amended order of maritime attachment and garnishment attached hereto;
3. issues the proposed amended order of substitute process server attached hereto;

Judge Richard M. Berman
September 12, 2007
Page 2

Upon issuance of the amended orders by Your Honor, we intend to serve the amended orders and the verified complaint on all garnishees.

We thank Your Honor for his attention in this matter.

           Respectfully Submitted,

           DEORCHIS, WIENER & PARTNERS, LLP

           By _____
              Vincent M. DeOrchis

TO:  Lovells, LLP
    Derek John Craig, Esq.
    590 Madison Avenue
    New York, NY 10022
    Attorney for Defendant Sinochem Jiangsu Corporation

    Tisdale Law Offices
    Lauren Cozzolino Davies, Esq.
    11 West 42nd Street
    New York, NY 10022
    Attorney for Defendant Nanjing Huabin Foreign Trade & Economics Co., Ltd.

    William R. Bennett, III
    Bennett, Giuliano, McDonnelle & Perrone, LLP
    225 West 34th Street
    Suite 402
    New York, NY 10122
    Attorney for Defendant Belco Resources, Inc.

    Defendant Sinotrans Ningbo International
    Forwarding Agency Co., Ltd.
    69 Jie Fang South Road,
    5th Floor Sinotrans Mansion
    Ningbo, Zhejiang Province, P.R. China

    Defendant Huabang International, Inc.,
    d/b/a Dragontrans Shipping Ltd.
    Mr. Robin Du, General Manager
    8F Centre Commercial Building (Room B-33)

>54 Dashani Street
>Ningbo, Zhejiang Province,
>P.R. China

W:\1236-689\Corres\berman, judge richard 091107.odld.doc

> Application Granted
>
> SO ORDERED:
> Date: 9/14/07  /s/ Richard M. Berman
> Richard M. Berman, U.S.D.J.