# Lovells

RECEIVED
SEP 21 2007
CHAMBERS OF
RICHARD M BERMAN
U S D J

Lovells LLP
590 Madison Avenue
New York NY 10022
Tel: +1 212 909 0600
Fax: +1 212 909 0660

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-24-07

September 19, 2007

BY: FEDEX

Our ref NYMJG2/124295/3

**MEMO ENDORSED**

Hon. Richard Berman
United States District Judge
United States District Court
 for the Southern District of New York
40 Centre Street
New York, NY 10007

Re:   *ZIM INTEGRATED SHIPPING SERVS., LTD. V. BELCO RESOURCES, INC. ET AL.*, CASE NO. 07-CIV-5861(RMB)

Your Honor:

We represent Sinochem Jiangsu Corporation ("Sinochem Jiangsu"), one of the defendants in the above-captioned case filed by plaintiff Zim Integrated Shipping Services, Ltd. ("Zim"). In accordance with Your August 15, 2007 order that Sinochem Jiangsu respond to the complaint by October 1, 2007, we intend to file a motion to dismiss the complaint on that date.[1] Pursuant to your individual practices, Sinochem Jiangsu hereby requests a pre-motion conference to discuss its proposed motion.

Although we are continuing to prepare our motion papers, we presently intend to move on some or all of the following grounds: (i) Zim's factual allegations do not support the claims; (ii) Zim has failed to allege facts implicating Sinochem Jiangsu, and has further failed to plead its claims with the requisite specificity; (iii) Zim's factual allegations do not support its invocation of the Carriage of Goods at Sea Act; (iv) several of Zim's claims are duplicative of

---

[1] On September 12, 2007, after the Court set October 1, 2007 as the date by which Sinochem Jiangsu would respond to the complaint, Zim filed its First Amended Complaint.

Lovells LLP is a limited liability partnership registered in England and Wales with registered number OC323639. Registered office and principal place of business Atlantic House, Holborn Viaduct, London EC1A 2FG. The word 'partner' is used to refer to a member of Lovells LLP, or an employee or consultant with equivalent standing and qualifications.

Lovells LLP and its affiliated businesses have offices in: Alicante Amsterdam Beijing Brussels Chicago Dubai Dusseldorf Frankfurt Hamburg Ho Chi Minh City Hong Kong London Madrid Milan Moscow Munich New York Paris Prague Rome Shanghai Singapore Tokyo Warsaw   Associated offices: Budapest Zagreb

Lawyers(USA) Solicitors Rechtsanwälte Avocats Advocaten Notarissen Avvocati Abogados

Hon. Richard Berman            2            September 19, 2007

its breach of contract claim; (v) the documents incorporated by reference to the complaint do not support Zim's claims; and (vi) the Complaint should be dismissed due to forum non conveniens.

    We are generally available to appear for a conference with the Court between now and October 1, 2007, with the exception of September 27 and 28 (due to the holidays).

Respectfully submitted,

*Edward Schorr*

Edward T. Schorr

cc:     Vincent M. DeOrchis, Esq.
          William R. Bennett, III, Esq.
          Lauren Cozzolino Davies Esq.
          Mr. Robin Du
          Sinotrans Ningbo International

> No motions absent a conference (if other dfts are moving, motion needs to be consolidated, pld). We can discuss on 10/1/07 @ 10:15 A.M. Pl to respond to this letter with 2-3 pp letter by 9/27/07 @ NOON.
> SO ORDERED:
> Date: 9/24/07  *Richard M. Berman*
> Richard M. Berman, U.S.D.J.

*Lovells*