DeOrchis, Wiener & Partners, LLP

*Attorneys at Law and Proctors in Admiralty*

61 Broadway, 26th Floor
New York, New York 10006-2802

Telephone: (212) 344-4700
Facsimile: (212) 422-5299
www.marinelex.com

*Florida Office:*
8751 W. Broward Blvd., Ste. 203
Ft. Lauderdale, FL 33324
(954) 652-0100

*Connecticut Office:*
24 Hoyt Street
Stamford, CT 06905
(203) 323-9120

*New Jersey Office:*
1495 Morris Avenue
Union, NJ 07083
(973) 467-4740

*Massachusetts Office:*
2355 Main Street, P.O. 186
S. Chatham, MA 02659
(508) 432-2121

MEMO ENDORSED

September 25, 2007

Conference adjourned to 10/18/07 @ 9:15 A.M.

SO ORDERED:
Date: 9/27/07 Richard M. Berman
Richard M. Berman, U.S.D.J.

Via Federal Express
Airbill No. 8600 9798 9617

Judge Richard M. Berman
United States District Court
Southern District of New York
40 Centre Street, Courtroom 706
New York, NY 10007

Re: Zim Integrated Shipping Services v. Belco Resources, Inc. et al.
Docket no. 07 Civ. 5861 (RMB)(GWG)
Our File: 1236-689

Dear Judge Berman:

We are attorneys representing plaintiff ZIM INTEGRATED SHIPPING SERVICES, LTD., in the above captioned matter and we file the present letter in response to defendant SINOCHEM JIANGSU CORPORATION's letter application for a pre-motion conference.

Although the grounds set forth in defendant's application in support of its motion to dismiss do not strike us as having any merit, we do not object to its request for a pre-motion hearing to file a motion to dismiss.

Plaintiff requests, however, a rescheduling of the conference set for October 1, 2007 pursuant to your Order to October 10, 2007 at 10:15 a.m., or to such other date as the Court may deem convenient. Defendant SINOCHEM JIANGSU CORPORATION advises us that it has no objection to Plaintiff's scheduling request.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/27/2007

We thank Your Honor for his attention in this matter.




Respectfully Submitted,

DEORCHIS, WIENER & PARTNERS, LLP

By V.M. DeOrchis

Vincent M. DeOrchis

TO: Lovells, LLP
Edward Schorr, Esq.
Derek John Craig, Esq.
Hillel Parness, Esq.
590 Madison Avenue
New York, NY 10022
Attorney for Defendant Sinochem Jiangsu Corporation

Tisdale Law Offices
Lauren Cozzolino Davies, Esq.
11 West 42nd Street
New York, NY 10022
Attorney for Defendant Nanjing Huabin Foreign Trade & Economics Co., Ltd.

William R. Bennett, III
Bennett, Giuliano, McDonnelle & Perrone, LLP
225 West 34th Street
Suite 402
New York, NY 10122
Attorney for Defendant Belco Resources, Inc.

Defendant Sinotrans Ningbo International
Forwarding Agency Co., Ltd.
69 Jie Fang South Road,
5th Floor Sinotrans Mansion
Ningbo, Zhejiang Province, P.R. China

Defendant Huabang International, Inc.,
d/b/a Dragontrans Shipping Ltd.
Mr. Robin Du, General Manager
8F Centre Commercial Building (Room B-33)
54 Dashani Street
Ningbo, Zhejiang Province,
P.R. China