Vincent M. DeOrchis (VMD-6515)
William E. Lakis (WL-9355)
Olivier D. L. DuPont (OD-2817)
**DeOrchis Wiener & Partners, LLP**
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700

Attorneys for Plaintiff

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ZIM INTEGRATED SHIPPING SERVICES, LTD.,

                      Plaintiff,

- against -

BELCO RESOURCES, INC., SINOCHEM JIANGSU CORPORATION (FORMERLY KNOWN AS SINOCHEM JIANGSU IMPORT & EXPORT CORPORATION), NANJING HUABIN FOREIGN TRADE & ECONOMICS CO., LTD., DRAGONTRANS SHIPPING LTD. d/b/a HUABANG INTERNATIONAL, INC., SINOTRANS NINGBO INTERNATIONAL FORWARDING AGENCY CO., LTD., JOHN DOE 1-10,

                      Defendants.
------------------------------------------------------------X

Case No. 07-civ-5861 (RMB)

**ORDER FOR LEAVE TO FILE ORIGINAL SECOND AMENDED VERIFIED COMPLAINT AND RULE B ATTACHMENT**

      Whereas by Order dated October 18, 2007, Plaintiff was directed to file an amended complaint by October 25, 2007;

      Whereas on October 25, 2007, Plaintiff served on all Defendants the Second Amended Verified Complaint and Rule B Attachment;

      Whereas on October 26, 2007, Plaintiff mailed electronically a copy of the above mentioned Second Amended Verified Complaint and Rule B Attachment to the Clerk of

the United States District Court for the Southern District of New York for the purpose of filing its pleadings;

Whereas on November 2, 2007, the clerk of the United States District Court for the Southern District of New York advised Plaintiff that it had not received an original of the Second Amended Verified Complaint and Rule B Attachment by regular mail and that the filing of same was subject to a Court order;

For all of the above reasons, Plaintiff hereby respectfully requests leave of the Court to file an original of the Second Amended Verified Complaint and Rule B Attachment with the clerk of the United States District Court for the Southern District of New York.

IT IS on this __6th__ day of November 2007:

**ORDERED** that Plaintiff's request for leave to file an original Second Amended Verified Complaint and Rule B Attachment with the clerk of the United State District Court for the Southern District of New York is granted.



U.S.D.J.

