NEGOTIABLE UNLESS CONSIGNED "TO ORDER"

B/L No.

Shipper

BELCO RESOURCES, INC.
146 ROUNDABOUT CT
P.O. BOX 8164
ROCKY MOUNT, NC 27804
TEL:(252)442 0700

**AIR SEA WORLDWIDE LOGISTICS LTD.**

港 捷 國 際 貨 運 有 限 公 司

as    the    Carrier

HONG KONG

Consignee (if "To Order" so indicate)

TO ORDER OF SHIPPER

RECEIVED by the Carrier the Goods as specified below in apparent good order and condition unless otherwise stated, to be transported to such place as agreed, authorised or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this Bill of Lading to which the Merchant agrees by accepting this Bill of Lading, any local privileges and customs notwithstanding.

The particulars given below are stated by the shipper and the weight, measure, quantity, condition, contents and value of the Goods are unknown to the Carrier.

Notify Party (No claim shall attach for failure to notify)

ING. JOHNNY RODRIGUEZ
TEL:506-537 2474
FAX:506-537 2121

For delivery of goods please apply to:
AIR SEA WORLDWIDE COSTA RICA, S.A.
SAN FRANCISCO DE GOICOCHEA (CALLE BLANCOS),DE
LA ESCUELA CLAUDIO CORTEZ,50 METROS AL
OESTE,MANO IZQUIERDA,EN OFICENTRO EL SOLAR,LA
ABADIA, OFICINA #1 Y #2
TEL:(506)257-2690/8234/7536
Fax:(506)256-1478
Ctc: Mr.Jose Riazo

| Pre-Carriage by | Place of receipt |
|---|---|

| Ocean vessel/Voy. No. | |
|---|---|
| MSC TOKYO | 0527R |

Port of loading

QINGDAO

Port of discharge

PUERTO CALDERA,COSTA RICA

Place of delivery

PUERTO CALDERA,COSTA RICA

| Container No.    Seal No.<br>Marks and Numbers | Number of Containers or packages | Kind of packages; description of goods | Gross weight KGS | Measurement CBM |
|---|---|---|---|---|
| CITESA<br>BI. 9557/1-500 | 500DRUMS | CALCIUM CHLORIDE<br>COMPOUND FOR WATER TREATMENT<br><br>SHIPPER'S LOAD,COUNT & SEAL<br>CY/CY | 21400KGS | 20CBM |
| MSCU6574867/2702222 | | ORIGINAL | | |
| | | FREIGHT PREPAID | | |
| | | 0 7 JUL 2005 | | 0 7 JUL 2005 |

Particulars furnished by shipper

Total number of Containers or other packages or units received by the Carrier (in words)

SAY: ONE (20'GP*1) CONTAINER ONLY.

| Freight and charges | Prepaid | Collect |
|---|---|---|
| AIR SEA WORLD LT QINGDAO BRANCH | | |

Excess value declaration as per Clause 11.4

In WITNESS whereof one (1) original Bill of Lading has been signed if not otherwise stated below, the same being accompanied the other(s), if any, to be void. If required by the Carrier one (1) original Bill of Lading must be surrendered duly endorsed in exchange for the Goods or delivery order.

Freight payable at

QINGDAO CHINA

Number of Original B(s)/L

ONE EE

Place and date of issue

QINGDAO CHINA    2005-7-7

CARRIER: AIR SEA WORLDWIDE LOGISTICS LTD.

LADEN ON BOARD THE VESSEL

Date

2005-7-7



**Belco Resources, inc.**
1629 Gold Rock Rd.
P.O. Box 8164
Rocky Mount, NC 27804
Tel. (252)442-0700 / Fax (252)442-0787

To Fax. No.: 01-00
Date:   8/20/04
From:   Natalie Gupton
Msg. #

## Please deliver to:

Geng Xiaoning

## Company:

Sinochem Jiangsu I & E Corp.

**PURCHASE ORDER**

Herewith, Please accept our order for the following in reference to our order number BI.   9579

## RE: Purchase Order Number BI.9579

| Quantity | U/M | Part # | Description | Price | Extended Cost |
|----------|-----|--------|-------------|-------|---------------|
| 20 | MT | | Calcium Hypochlorite 70% | $1,075.0000 | $21,500.00 |

Packing Information
45 Kg blue plastic drums
DRUM MARKINGS: Calcium Hypochlorite Granular 70% with Belco  Label
PLEASE INCLUDE  LOT NUMBER, FABRICATION DATE &
EXPIRATION DATE
Manufactured for: Belco Resources, Inc.
PO Box 8164
Rocky Mount, NC
Tel: 252-442-0700/ Fax: 252-442-0787
E-mail: BelcoRes@aol.com /
www.BelcoResources.com

Shipping Marks
PROQUIRSA
REP-190-04
CIF Port Quetzal, Guatemala
BI.9579 / 1-500

Payment Terms: 60 days net B/L
Ship Date :   IMMEDIATELY

Ship To:
**CIF Port Quetzal, Guatemala**

Shipping Instructions:

## Please adhere to the following requirement(s):

1 : Please do not include any priced literature with shipment. Do not send any documents with shipment.
NO CHINESE markings, characters or statement of Chinese Origin on drums or any other packaging.

2 : Your commercial Invoice, ocean B/L, packing list certificate of analysis and certificate of insurance are to be sent to our office after shipment.

3 : Please arrange for  immediate shipment on first available vessel. Once  available please provide us with shipping details;
ETD, ETA and vessel name.
Kindly confirm acceptance of this purchase order by return fax.

4 :

We thank you for your assistance in making this order possible.  Should you have any questions, please contact us at the numbers listed above.

Thank you and best regards,

Natalie Gupton

Shipper
NANJING HUABIN FOREIGN TRADE & ECONOMICS CO.,LTD.




**NIPPON YUSEN KAISHA**

Consignee
BELCO RESOURCES, INC.
SUNSET TOWERS,146 ROUNDABOUT COURT.
ROCKY MOUNT,NC 27804
TEL:(252)442 0700

## BILL OF LADING

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise indicated herein, the Goods, or the container(s) or package(s) said to contain the cargo herein mentioned, to be carried subject to all the terms and conditions provided for on the face and back of this Bill of Lading by the vessel stated herein, or any substitute at the Carrier's option and/or other means of transport, from the place of receipt or the port of loading to the port of discharge or the place of delivery shown herein and there to be delivered unto order or assigns.

If required by the Carrier, this Bill of Lading duly endorsed must be surrendered in exchange for the Goods or delivery order.

In accepting this Bill of Lading, the Merchant agrees to be bound by all the stipulations, exceptions, terms and conditions on the face and back hereof, whether written, typed, stamped or printed, as fully as if signed by the Merchant, any local custom or privilege to the contrary notwithstanding, and agrees that all agreements or freight engagements for and in connection with the carriage of the Goods are superseded by this Bill of Lading.

In witness whereof, the undersigned, on behalf of Nippon Yusen Kaisha, the Master and the owner of the Vessel, has signed the number of Bill(s) of Lading stated under, all of this tenor and date, one of which being accomplished, the others to stand void. (Terms continued on back hereof)

Notify Party
BELCO RESOURCES, INC.
SUNSET TOWERS,146 ROUNDABOUT COURT.
ROCKY MOUNT,NC 27804
TEL:(252)442 0700

| Pre-carriage by 82E44 | Place of Receipt |
| --- | --- |
| OOCL JAPAN   QINGDAO   CY | Port of Loading |
| Ocean Vessel 1   Voy. No. | |
| INABA | BUSAN |
| Port of Discharge | Place of Delivery |
| PUERTO GUETZAL | PUERTO GUETZAL   CY |

Container No. ; Seal No. ; Marks & Nos. | No. of Contai-| Kind of Packages ; Description of Goods.

Final Destination (for the Merchant's reference only)

Gross weight (KGS) | Measurement (M3)

"SHIPPER'S LOAD & COUNT"

HIPOCLORITO DE CALCIO
CIF PUERTO GUETZAL
1-500

TGHU2143292 CN4556825

1 CONTAINER

CALTCUM CHLORIDE
HIPOCLORITO DE CALCIO
70% GRANULAR
SODIUM PROCESSED

500 DRUMS

"FREIGHT PREPAID"

21,400 | 20.000

ONE (1) CONTAINER ONLY

| TOTAL NUMBER OF CONTAINERS OR PACKAGES (IN WORDS) | | | | | |
| --- | --- | --- | --- | --- | --- |
| FREIGHT & CHARGES "FREIGHT AS ARRANGED" | Revenue Tons | Rate | Per | Prepaid | Collect |

08:31

| Ex. Rate | Prepaid at GINGDAO | Payable at DESTINATION | Place of B(s)L. Issue GINGDAO | Dated |
| --- | --- | --- | --- | --- |
| ICS | Total Prepaid in Local Currency | Number of Original B(s)/L. THREE (3) | NIPPON YUSEN KAISHA | |
| B o L | | Laden on Board the Vessel | | |

USA STANDARD FORM A



146 Roundabout Ct.
P.O. Box 8164
Rocky Mount, NC 27804
Tel. (252)442-0700 / Fax (252)442-0787

To Fax No.: OT-26    86-258-524-4460
Page:        1    of
Date:        2/2/05
From:        Natalie Gupton
Msg. #

## Please deliver to:

Geng Xiaoning

## Company:

Sinochem Jiangsu I & E Corp.

**PURCHASE ORDER**

Herewith, Please accept our order for the following in reference to our order number BI. 9634

## RE: Purchase Order Number BI.9634

| Quantity | U/M | Part # | Description | Price | Extended Cost |
|----------|-----|--------|-------------|-------|---------------|
| 40 | MT | | Calcium Hypochlorite Granular 70% | $1,220.0000 | $48,800.00 |

Packing Information
40 Kg plastic drums with labels

45    blue -

Shipping Marks
DUISA
Calcium Hypochlorite Granular 70%
CIF Acajutla Port, El Salvador
BI.9634 / 1-
PO# 13289

Payment Terms:  Net 60 days B/L date
Ship Date :    Immediately

Ship To:
**CIF Acajutla Port, El Salvador**

## Shipping Instructions:

DRUM MARKINGS: Calcium Hypochlorite 70% Granular with Belco
abel
Manufactured for: Belco Resources, Inc.
PO Box 8164
Rocky Mount, NC
Tel: 252-442-0700/ Fax: 252-442-0787

## Please adhere to the following requirement(s):

- Please do not include any priced literature with shipment.  Do not send any documents with shipment.
  **NO CHINESE markings**, characters or statement of Chinese Origin on drums or any other packaging.
- Your commercial Invoice, ocean B/L, packing list certificate of analysis and certificate of insurance are to be sent to our office after shipment.
- Please arrange for immediate shipment to the port of Acajutla, El Salvador and advise once material is available. Once available please provide us with shipping details: ETD, ETA and vessel name.
  Kindly confirm acceptance of this purchase order by return fax.
- :

We thank you for your assistance in making this order possible.  Should you have any questions, please contact us at the numbers listed above.

Thank you and best regards,

Shipper

BELCO RESOURCES, INC.
P O BOX 8164
ROCKY MOUNT, NC 27804



Consignee

DUISA S.A. DE C.V.
29 C.O.#730, COL. LA RABIDA
SAN SALVADOR, 2439
EL SALVADOR

**BILL OF LADING**
**COPY NON-NEGOTIABLE**

Notify Party

SAME AS CONSIGNEE
TEL: 503 226 0137

| Pre-carriage by | 21W17 | Place of Receipt | |
| Ocean Vessel SHANGHAI EXPRESS 004 | Voy. No. | Port of Loading QINGDAO CY | |
| Port of Discharge IBUKI | BUSAN Place of Delivery | | Final Destination (for the Merchant's reference only) |

| Container No. ; Seal No.; Marks & Nos. | No. of Container Kind of Packages ; ners or P'kgs. | Description of Goods | Gross Weight (KGS) | Measurement (M3) |
|---|---|---|---|---|
| ACAJUTLA | "SHIPPER'S LOAD & COUNT" 2 CONTAINERS | | | |
| 1000DRUMS DUISA CAL HIPO GRAN 70% MIN CIF ACAJUTLA PORT, EL SALVADOR BL 9634/1-1000      1,000 DRUMS PO#13289 | CALCIUM CHLORIDE COMPOUND FOR WATER TREATMENT "FREIGHT PREPAID" | | 42,800 | 40.000 |
| NYKU2454188  CN4653708 TNU2622573  CN4615183 | | | | |

TOTAL NUMBER OF CONTAINERS TWO (2) CONTAINERS ONLY
OR PACKAGES (IN WORDS)

FREIGHT & CHARGES
"FREIGHT AS ARRANGED"

| | Revenue Tons | Rate | Per | Prepaid | Collect |
|---|---|---|---|---|---|

| Ex. Rate | Prepaid at | | Payable at | Place of B(s)/L. Issue | Dated |
| CS /L | QINGDAO Total Prepaid in Local Currency | DESTINATION | Number of Original B(s)/L | QINGDAO | 05/07/200? |
| | | THREE (3) Laden on Board the Vessel | | NIPPON YUSEN KAISHA | |

**Belco Resources, Inc.**
146 Roundabout Ct.
P.O. Box 8164
Rocky Mount, NC 27804
Tel. (252)442-0700 / Fax (252)442-0787

| | | |
|---|---|---|
| Page: | 1 | of | 1 |
| Date: | 2/22/05 | |
| From: | Sulmar Weaver | |
| Msg. # | | |

## Please deliver to:

Geng Xiaoning

**Company:**
Sinochem Jiangsu I & E Corp.

**"PURCHASE ORDER"**

Herewith, Please accept our order for the following in reference to our order number Bl.  9642

## RE: Purchase Order Number Bl.9642

| Quantity | U/M | Part # | Description | Price | Extended Cost |
|---|---|---|---|---|---|
| 10 | MT | | Calcium Hypochlorite Granular 70% | $1,220.0000 | $48,800.00 |
| | | | "CORRECTED" | | |

### Packing Information

**40** Kg plastic blue drums with
Belco labels / markings
P&H
DRUM MARKINGS: **Calcium Hypochlorite 70%**
Manufactured for: Belco Resources, Inc.
　　　　PO Box 8164
　　　　Rocky Mount, NC 27804
　　　　Tel: 252-442-0700/ Fax: 252-442-0787
　　E-mail: BelcoRes@aol.com / www.BelcoResources.com

### Shipping Marks

DUISA
Calcium Hypochlorite Granular 70%
CIF Acajutla Port, El Salvador
Bl.9642 / 1-
PO# 13355

**Payment Terms:** Net 60 days B/L date
**Ship Date :**　Immediately

**Ship To:**
**CIF Acajutla Port, El Salvador**

### Shipping Instructions:

DRUM MARKINGS: **Calcium Hypochlorite 70% Granular** with Belco
Label
Manufactured for: Belco Resources, Inc.
　　　　PO Box 8164
　　　　Rocky Mount, NC
　　　　Tel: 252-442-0700/ Fax: 252-442-0787

### Please adhere to the following requirement(s):

☒ : Please do not include any priced literature with shipment.  Do not send any documents with shipment.
　**NO CHINESE markings**, characters or statement of Chinese Origin on drums or any other packaging.
☒ : Your commercial Invoice, ocean B/L, packing list certificate of analysis and certificate of insurance are to be sent to our
　office after shipment.
☒ : Please arrange for immediate shipment to the port of Acajutla, El Salvador and advise once material is available. Once
　available please provide us with shipping details; ETD, ETA and vessel name.
　Kindly confirm acceptance of this purchase order by return fax.
☒ :

We thank you for your assistance in making this order possible.  Should you have any questions, please contact us
at the numbers listed above.

Thank you and best regards,

*Sulmar Weaver*

B/L NYKS457988689

RESOURCES, INC.
OX 8164
CKY MOUNT, NC 27804



**BILL OF LADING**
**COPY NON-NEGOTIABLE**

Consignee

DUISA S.A. DE C.V.
29 C.0.#730,COL LA RABIDA
SAN SALVADOR,2439
EL SALVADOR

Notify Party

DUISA S.A. DE C.V.
29 C.0.#730,COL LA RABIDA
SAN SALVADOR,2439
EL SALVADOR
TEL: 503 226 0137

Pre-carriage by          Place of Receipt
008E
ASIAN STAR          QINGDAO   CY
Ocean Vessel   Voy. No.   Port of Loading
44
SOICA          BUSAN
Port of Discharge          Place of Delivery

Brand Description (for the Merchant's reference only)

ACAJUTLA          ACAJUTLA  CY

| Container No. ; Seal No. ; Marks & Nos. | No. of Contai-ners or P'kgs. ; Kind of Packages ; | Description of Goods | Gross Weight (KGS) | Measurement (M3) |
|---|---|---|---|---|
| DUISA<br>CAL HIPO GRAN 70% MIN<br>CIF ACAJUTLA PORT,EL SALVADOR<br>BI 9642/1~1000<br>PO#13355<br>GATU0358755 CN4651490<br>TRLU3746808 CN4651483 | "SHIPPER'S LOAD & COUNT"<br>2 CONTAINERS<br><br><br>1,000 DRUMS | CALCIUM CHLORIDE<br>COMPOUND FOR WATER TREATMENT<br><br>"FREIGHT PREPAID" | 42,800 | 40,000 |

TOTAL NUMBER OF CONTAINERS TWO (2) CONTAINERS ONLY
OR PACKAGES (IN WORDS)

FREIGHT & CHARGES
"FREIGHT AS ARRANGED"

| | Revenue Tons | Rate | Per | Prepaid | Collect |
|---|---|---|---|---|---|

| Ex. Rate | Prepaid at | Payable at | Place of B(s)/L Issue | Dated |
|---|---|---|---|---|
| ICS<br>B/L | QINGDAO<br>Total Prepaid in Local Currency | DESTINATION<br>Number of Original B(s)L<br>THREE (3) | QINGDAO | 04/29/2005<br>NIPPON YUSEN KAISHA |



Belco Resources, Inc.
146 Roundabout Ct.
P.O. Box 8164
Rocky Mount, NC 27804
Tel. (252)442-0700 / Fax (252)442-0787

To Fax No.:
Date:        2/24/05
From:        Sulmar Weaver
Msg. #

## Please deliver to:

Geng Xiaoning

**Company:**                                    **PURCHASE ORDER**
Sinochem Jiangsu Imp. & Exp. Corp

Herewith, Please accept our order for the following in reference to our order number BI.   9617

### RE: Purchase Order Number BI.9617

| Quantity | U/M | Part # | Description | Price | Extended Cost |
|---|---|---|---|---|---|
| 0,000 | kgs | | Calcium Hypochlorite 65% (sodium process) | $1.1350 | $22,700.00 |

## " CORRECTED"

**Packing Information**
0 Kg plastic blue drums with
Belco  labels / markings
P&H
DRUM MARKINGS: Calcium Hypochlorite 65 % (sodium process)
Manufactured for: Belco Resources, Inc.
        PO Box 8164
        Rocky Mount, NC 27804
        Tel: 252-442-0700/ Fax: 252-442-0787
        E-mail: BelcoRes@aol.com / www.BelcoResources.com

**Shipping Instructions:**

**Shipping Marks**
Calcium Hypochlorite 65%
PO# TCCR / MFC-0105-05
BI.9617 / 1-500

**Payment Terms:** Net 60 days B/L date
**Ship Date :**   IMMEDIATELY

**Ship To: **CIF Puerto Quetzal, Guatemala****
**B/L Instructions****
Shipper: Belco Resources, Inc
        P.O. Box 8164
        Rocky Mount, NC 27804
Consignee: To order of shipper
Notify: Compañia Integral de Negocios, S.A.
        Sr. Jorge Antonio Lopez Giron
        Tel: (502) 2434-3997

## Please adhere to the following requirement(s):

1: Please do not include any priced literature with shipment. Do not send any documents with shipment.
NO CHINESE markings, characters or statement of Chinese Origin on drums or any other packaging.
1: Your commercial Invoice, ocean B/L, packing list, certificate of analysis and certificate of insurance are to be sent to our
office after shipment. (146 Roundabout Ct., Rocky Mount, NC 27804)
1: Please arrange for  immediate shipment on first available vessel. Once  available please provide us with shipping details;
ETD, ETA and vessel name.
Kindly confirm acceptance of this purchase order by return fax.
1:

We thank you for your assistance in making this order possible. Should you have any questions, please contact us
at the numbers listed above.

Thank you and best regards.

Sulmar Weaver

Compañía Interoceánica S. A.

**BILL OF LADING: ORIGINAL**

CNI

| SHIPPER/EXPORTER | BOOKING N° BKCNTAO02115 | BILL OF LADING N° CNRU CNTAO04115 |
|---|---|---|
| BELCO RESOURCES,INC.<br>P.O. BOX 8164<br>ROCKY MOUNT,NC 27804 | EXPORT REFERENCES | |

| CONSIGNEE | FORWARDING AGENT-REFERENCES |
|---|---|
| TO ORDER OF SHIPPER | |

| NOTIFY PARTY | ALSO NOTIFY-ROUTING & INSTRUCTIONS |
|---|---|
| COMPANIA INTEGRAL DE NEGOCIOS CITESA S.A. GUATEMALA<br>SR.JORGE ANTONIO LOPEZ GIRON<br>TEL:(502) 2434-3997 | |

| PRE-CARRIAGE BY | PLACE OF RECEIPT | | DESTINATION (for the Merchant's reference only) |
|---|---|---|---|
| | | PUERTO QUETZAL,GUATEMALA | |
| OCEAN VESSEL<br>POS ANGEL V.516E | PORT OF LOADING<br>QINGDAO,CHINA | PORT OF DISCHARGE<br>PUERTO QUETZAL,GUATEMALA | |

| MARKS & NO. CONTAINER & SEAL NO. | N° OF PKGS | PARTICULARS FURNISHED BY SHIPPER<br>DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CAL HIPO<br>65% MIN<br>PO#TCCR/MFC-0105-05<br>BI9617/1-500<br><br>TTNU2164681/8313154 | 500DRUMS | SHIPPER'S LOAD AND COUNT<br><br>CALCIUM CHLORIDE<br>COMPOUND FOR WATER TREATMENT<br><br><br><br><br><br>FREIGHT PREPAID<br>1X20'FCL<br>CY TO CY<br>SAY:FIVE HUNDRED DRUMS ONLY. | 21400KGS | 20CBM |

| FREIGHT & CHARGES | RATE | PER | PREPAID | COLLECT |
|---|---|---|---|---|

SHIPPED ON BOARD
CHINA MARINE SHIPPING AGENCY
SHANDONG COMPANY LIMITED

AS AGENT FOR THE CARRIER OR
B/L TITLE SHOWED(6)

SHIPPED ON BOARD
CHINA MARINE SHIPPING AGENCY
SHANDONG COMPANY LIMITED

AS AGENT FOR THE CARRIER OR
B/L TITLE SHOWED(6)

QINGDAO,CHINA AUG.4TH,2005

THREE

140 Roundabout Ct.
P.O. Box 8164
Rocky Mount, NC 27804
Tel. (252)442-0700 / Fax (252)442-0787

From:   Sulmar Weaver

Msg. #

**Please deliver to:**

Geng Xiaoning

**Company:**
Sinochem Jiangsu I & Corp.

**\*\*PURCHASE ORDER\*\***

Herewith, Please accept our order for the following in reference to our order number Bl.   9664

## RE: Purchase Order Number Bl.9664

| Quantity | U/M | Part # | Description | Price | Extended Cost |
|---|---|---|---|---|---|
| 20 | MT | | Calcium Hypochlorite 65% | $1,260.0000 | $25,200.00 |

## " CORRECTED P.O."

Packing Information
45 Kg Plastic Blue Drums with Belco labels/
P& H

BAG MARKINGS: **Calcium Hypochlorite 65%**

Manufactured for: Belco Resources, Inc.
    PO Box 8164
    Rocky Mount, NC
    Tel: 252-442-0700/ Fax: 252-442-0787
    E-mail: BelcoRes@aol.com / www.BelcoResources.com

Shipping Instructions:
DRUM MARKINGS: **Calcium Hypochlorite 65% Granular with Belco**
label
anufactured for: Belco Resources, Inc.
    PO Box 8164
    Rocky Mount, NC
    Tel: 252-442-0700/ Fax: 252-442-0787

Shipping Marks
Hipoclorito de Calcio  65%
Panama City, Panama
Bl. 9664 / 1-

Payment Terms: Net 60 Days B/L date
Ship Date :   Immediately
Ship to:   \*\*\*CIF Panama\*\*\*
B/L Instructions:
Shipper: Belco Resources, Inc.
    P.O. Box 8164
    Rocky Mount, NC 27804
Consignee: To order of Shipper
Notify: Karina Kam
    Tel: 507 267-6305/07
    Panama.

### Please adhere to the following requirement(s):

1: lease do not include any priced literature with shipment. Your commercial Invoice, ocean B/L, packing list certificate of
    analysis and certificate of insurance are to be sent to our office after shipment.
1: Please arrange for shipment on first available vessel. Once available please provide us with shipping details; ETD, ETA
    and vessel name.
1: Kindly confirm acceptance of this purchase order by return fax.

We thank you for your assistance in making this order possible.  Should you have any questions, please contact us
at the numbers listed above.

Thank you and best regards,

Sulmar Weaver.

# BILL OF LADING

| SHIPPER / EXPORTER (NAME & ADDRESS) | BOOKING No. | BILL OF LADING No. |
|---|---|---|

SHIPPER / EXPORTER (NAME & ADDRESS)

BELCO RESOURCES INC
141 FOUNDATION CT PO BOX 5144
ROCKY MOUNT NC 27804
TEL: 2521440 0700

EXPORT REFERENCES

CONSIGNEE (NAME & ADDRESS)

TO ORDER OF SHIPPER

FORWARDING AGENT F.M.C. No.

PAYMENT OF FREIGHT AND CHARGES AS PER THE TERMS AND
CONDITIONS OF ZIM S BILL OF LADING CLAUSE NUMBER 17

POINT AND COUNTRY OF ORIGIN (FOR MERCHANT'S REFERENCE ONLY)

(B/L NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)

NOTIFY (NAME & ADDRESS)

KARINA RAM
TEL: 507 267 6305/07, PANAMA

REMARKS / EXPORT OR OTHER INSTRUCTIONS

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT OF GOODS * (IF CONTRACTED FOR) | |
| LOADING VESSEL | PORT OF LOADING * | |
| ZIM FLORIDA | XINGANG CHINA | |
| PORT OF DESTINATION * | FINAL DESTINATION * (IF CONTRACTED FOR) | FURTHER ROUTING (AT MERCHANT'S EXPENSE, RISK AND RESPONSIBILITY) |
| COLON | PANAMA CITY | |

* FOR DEFINITION SEE CLAUSE 2

PARTICULARS AS FURNISHED BY SHIPPER

| MKS & NOS. / CONT. NOS. | DESCRIPTION OF GOODS | WEIGHT | MEASUREMENT |
|---|---|---|---|
| CONT GSTU045631 | 1 CNT TOTALY | 21400 00 | 20 000 |
| SEAL 120449 OV00 | E.L.A.C | | |
| HIPOCLORITO | 800DRUMS | | |
| DE CALCIO 65% | CALCIUM CHLORIDE | | |
| PANAMA CITY PANAMA | COMPOUND FOR WATER TREATMENT | | |
| BT 566471-570 | FREIGHT PREPAID | | |

SHIPPED ON BOARD
06 JUL 2005

**ORIGINAL**

| | TOTAL | 21400 00 | 20 000 |

| DETAILS | PER | RATE | AMOUNT | PREPAID | FREIGHT COLLECT |
|---|---|---|---|---|---|

FREIGHT AS ARRANGED

ZIM INTEGRATED SHIPPING SERVICES (CHINA) CO., LTD QIN...

TERMINAL THAP TI

AS AGENT FOR THE CARRIER
ZIM INTEGRATED SHIPPING SERVICES LTD.

AD VALOREM FREIGHT

TOTAL

MERCHANT'S DECLARED VALUE OF GOODS.
If Merchant enters a value, Carriers "package" limitation of liability shall not apply and ad valorem freight will be
charged (See Clause 23)

IN WITNESS whereof the Master or Agent of the said vessel has
signed the number of original Bills of Lading stated below. All of this
tenor and date. If this Bill of Lading is consigned to order, one shall be
surrendered whole delivery and the others as stated void.

| FREIGHT PAYABLE AT | No. OF ORIGINAL B/L ISSUED |
|---|---|

NOTE: Received in apparent good order and condition, unless otherwise stated herein, the shipment on board the means of transportation (vessel,
truck, rail or air) as named herein, the goods or packages or containers said to contain goods specified herein for carriage from the port of loading named
herein or place of receipt of goods as named herein, if contracted for, on a voyage as described and agreed by the Bill of Lading and discharge at the
port of destination or final destination named herein, if contracted for such carriage discharge or delivery being always subject to the terms, exceptions,
limitations, conditions and liberties hereinafter agreed.

Weight, measure, marks, numbers, quality contents and value as declared by Shipper but unknown to the Carrier.
In accepting this Bill of Lading the Merchant expressly accepts and agrees to be bound by all the terms, stipulations, exceptions, limitations, liberties
and conditions stated herein, whether written, printed, stamped or otherwise incorporated on the front and/or reverse side hereof as well as the provisions
of the Carrier's published Tariff Rules, Regulations and Schedules, without exceptions, as fully as if they were all signed by the Merchant, and the
Carrier's undertaking to carry the goods is made on the basis of the Merchant's acceptance and agreements as aforesaid.

PLACE AND DATE OF ISSUE

The Merchant's attention is drawn to the fact that the terms of the Bill of Lading are continued on reverse



146 Roundabout Ct.
Rocky Mount, NC 27804
Tel. (252)442-0700 / Fax (252)442-0787

## Please deliver to:

Geng Xiaoning

## Company:
Sinochem Jiangsu I & E Corp.

**\*\*PURCHASE ORDER\*\***

Herewith, Please accept our order for the following in reference to our order number BI.    9670

## RE: Purchase Order Number BI.9670

| Quantity | U/M | Part # | Description | Price | Extended Cost |
|---|---|---|---|---|---|
| 20 | MT | | Calcium Hypochlorite 70% granular | $1,220.0000 | $24,400.00 |

*Please provide Freight Cost.*

---

**Packing Information**
40 Kg plastic blue drums with
Belco labels / markings
P&H

DRUM MARKINGS: **Calcium Hypochlorite 70%**
Manufactured for: Belco Resources, Inc.
    PO Box 8164
    Rocky Mount, NC 27804
    Tel: 252-442-0700/ Fax: 252-442-0787
    E-mail: BelcoRes@aol.com / www.BelcoResources.com

**Shipping Marks**
Calcium Hypochlorite 70%
Proquirsa
CIF Port Quetzal, Guatemala
BI.9670 / 1-500
REP

**Payment Terms:** 60 days net B/L
**Ship Date :** ASAP

**Ship To:\*\* CIF Puerto Quetzal, Guatemala\*\***
Shipper: Belco Resources, Inc.
    146 Roundabout CT
    PO Box 8164
    Rocky Mount, NC 27804
    Tel:(252)442-0700 Fax:(252)442-0787

**Shipping Instructions:**
DRUM MARKINGS: **Calcium Hypochlorite 70% with Belco Label**
Manufactured for: Belco Resources, Inc.
    PO Box 8164
    Rocky Mount, NC
    Tel: 252-442-0700/ Fax: 252-442-0787
    E-mail: BelcoRes@aol.com /

Consignee: Proquirsa S.a.
    Guatemala, Central America
Notify Party: Proquirsa S.A.
    Sr. Julio Villagran
    Tel: 502-331-8523

## Please adhere to the following requirement(s):

1. Please do not include any priced literature with shipment. Do not send any documents with shipment.
NO CHINESE markings, characters or statement of Chinese Origin on drums or any other packaging.
1. Your commercial Invoice, ocean B/L, packing list certificate of analysis and certificate of insurance are to be sent to our office after shipment.
1. Please arrange for shipment on first available vessel. Once  available please provide us with shipping details; ETD, ETA and vessel name.
Kindly confirm acceptance of this purchase order by return fax.

We thank you for your assistance in making this order possible. Should you have any questions, please contact us at the numbers listed above.

Thank you and best regards;

NYK8457926003

Shipper
BELCO
146 ROUNDABOUT CT, PO BOX 8164
ROCKY MOUNT, NC 27804
TEL: 252 442 07000

**NYK** LINE
NIPPON YUSEN KAISHA

Consignee
PROQUIRSA S.A.
CENTRAL AMERICA
GUATEMALA
TEL: (502)2334 7686
FAX: (502)2334 7686

## BILL OF LADING
## COPY NON-NEGOTIABLE

Notify Party
PROQUIRSA S.A.
SR. JULIO VILLAGRAN
TEL: (502)331 8523

| Pre-carriage by 50W23 | Place of Receipt |
| P&O NEDLLOYD SOUTHAM | QINGDAO    CY |

| Ocean Vessel   047   Voy. No. | Port of Loading |
| SHIMA | BUSAN |

| Port of Discharge | Place of Delivery | Final Destination (for the Merchant's reference only) |
| PUERTO QUETZAL | PUERTO QUETZAL   C.A | |

| Container No. : Seal No.: Marks & Nos. | No. of Contai-ners or Pkgs. : Kind of Packages : Description of Goods | Gross Weight (KGS) | Measurement (M3) |
|---|---|---|---|
| | "SHIPPER'S LOAD & COUNT"<br>1 CONTAINER | | |
| CAL HIPO 70% MIN<br>PROQUIRSA<br>CIF PORT QUETZAL<br>GUATEMALA<br>BI.9670/1-500<br>REP<br><br>NYKU2795733 CN4627015 | CALCIUM CHLORIDE<br>COMPOUND FOR WATER TREATMEN<br>500 DRUMS<br><br>"FREIGHT PREPAID" | 21,400 | 20,000 |
| | ONE (1) CONTAINER ONLY | | |

Particulars furnished by the Merchant

TOTAL NUMBER OF CONTAINERS
OR PACKAGES (IN WORDS)
"FREIGHT & CHARGES ARRANGED"

| | Revenue Tons | Rate | Per | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

| Ex. Rate | Prepaid at QINGDAO | Payable at DESTINATION | Place of B(s)/L. Issue QINGDAO | Dated |
| | Total Prepaid in Local Currency | Number of Original B(s)/L THREE (3) | | |
| ICS B/L | | Laden on Board the Vessel | NIPPON YUSEN KAISHA | |

Belco Resources, Inc.
146 Roundabout Ct.
P.O. Box 8164
Rocky Mount, NC 27804
Tel. (252)442-0700 / Fax (252)442-0787

| To Fax No.: | 86-25-689-0756 |
|---|---|
| Page: | 1 of 1 |
| Date: | 4/6/05 |
| From: | Sulmar Weaver |
| Msg. # | |

## Please deliver to:

Geng Xiaoning

## Company:

Sinochem Jiangsu I & E Corp.

**PURCHASE ORDER**

Herewith, Please accept our order for the following in reference to our order number BI.    9671

## RE: Purchase Order Number BI.9671

| Quantity | U/M | Part # | Description | Price | Extended Cost |
|---|---|---|---|---|---|
| 20 | MT | | Calcium Hypochlorite 70% Granular (sodium process) | $1,250.0000 | $25,000.00 |

***PLEASE ADVISE FREIGHT & FOB VALUE***

### Packing Information

40 kg plastic drums
DRUM MARKINGS: 1) Calcium Hypochlorite 70% Granular
Please include Date of Fabrication, Lot Number, Date of Expiration
Manufactured for: Belco Resources, Inc.
PO Box 8164
Rocky Mount, NC
Tel: 252-442-0700/ Fax: 252-442-0787
E-mail: BelcoRes@aol.com / www.BelcoResources.com

### Shipping Marks

Importadora Quimica del Norte S.A.
BI.9671 / 1-up
PO#

Payment Terms: 60 days B/L
Ship Date : ASAP

Ship To:Ship To:   CIF Sea Caldera, Costa Rica
Importadora Quimica del Norte
**** B/L Instructions ****

### Shipping Instructions:

Shipper: Belco Resources, Inc.
P.O. Box 8164
Rocky Mount, NC 27804
Tel. (252)442-0700 / Fax (252)442-0787

Notify: Cristina Paniagua
Tel: (506)232-8433 (San Jose, Costa Rica)

### Please adhere to the following requirement(s):

☒ : Please arrange for immediate shipment . Once available please advise shipping details, ETD, ETA and vessel name.
Please do not include any priced literature with shipment. Do not send any documents with shipment. NO CHINESE

☒ : markings, characters or statement of Chinese Origin on drums or any other packaging.
Your commercial invoice, along with ocean B/L, packing list, certificate of analysis and insurance certificate are to be sent by

☒ : courier direct to our offices.
Kindly confirm acceptance of this purchase order by return fax.

☒ :

We thank you for your assistance in making this order possible. Should you have any questions, please contact us
at the numbers listed above.

Thank you and best regards,

Delmar Weaver.

NOT NEGOTIABLE UNLESS CONSIGNED "TO ORDER"

B/L No.
LT5006017I

Shipper

BELCO RESOURCES, INC.
146 ROUNDABOUT CT
PO BOX 8164
ROCKY MOUNT, NC27804
TEL:(252)442-0700

AIR SEA WORLDWIDE LOGISTICS LTD.

港捷國際貨運有限公司

as   the   Carrier

HONG KONG

Consignee (if "to Order" so indicate)

IMPORTADORA QUIMICA DEL NORTE
URBANIZACION LAS AMERCIAS
EL CARMEN DE GUADALUPE
SAN JOSE, COSTA RICA

RECEIVED by the Carrier the Goods as specified herein in apparent good order
and condition unless otherwise stated, to be transported to such place as agreed,
authorised or permitted herein and subject to all the terms and conditions
appearing on the front and reverse of this Bill of Lading to which the Merchant
agrees by accepting this Bill of Lading, any local privileges and customs
notwithstanding.

Notify Party (No claim shall attach for failure to notify)

CRISTINA PANIAGUA
TEL:(506)232 8433 (SAN JOSE, COSTA RICA)

The particulars given below are stated by the shipper and the weight, measure,
quantity, condition, contents and value of the Goods are unknown to the Carrier.

For delivery of goods please apply to:
AIR SEA WORLDWIDE COSTA RICA, S.A.
SAN FRANCISCO DE GOICOCHEA (CALLE BLANCOS),DE
LA ESCUELA CLAUDIO CORTEZ,50 METROS AL
OESTE,MANO IZQUIERDA,EN OFICENTRO EL SOLAR,LA
ABADIA,OFICINA #1 Y #2
TEL:(506)257-2690/8234/7536
Fax:(506)256-1428
Cia: Mr JOSE RIZZO

| Pre-Carriage by | Place of receipt | |
| Ocean vessel/Voy. No.  MSC HOBART | 0523A | |
| Port of loading  QINGDAO,CHINA | Port of discharge  PUERTO CALDERA,COSTA RICA | Place of delivery  PUERTO CALDERA,COSTA RICA |

| Container No.      Seal No.  Marks and Numbers | Number of Containers or packages | Kind of packages; description of goods | Gross weight KGS | Measurement CBM |
|---|---|---|---|---|
| IMPORTADORA QUIMICA DEL NORTE S.A. BI.9671/1-500 | 500DRUMS | CALCIUM CHLORIDE COMPOUND FOR WATER TREATMENT  SHIPPER'S LOAD,COUNT & SEAL CY/CY | 21400KGS | 20CBM |
| CRXU1000338/2639518 | | ORIGINAL | | |

SHIPPED ON BOARD

0 4 JUN 2005

FREIGHT PREPAID

SHIPPED ON BOARD

0 4 JUN 2005

Total number of Containers or other
packages or units received by the
Carrier in words)

SAY: ONE (20'GP*1) CONTAINER ONLY.

Freight and charges

LIAONING BRANCH  AIR SEA WORLDWIDE LTD.
QINGDAO BRANCH

Prepaid        Collect

Excess value declaration as per Clause 11.4

In WITNESS whereof one (1) original Bill of Lading has been signed if not
otherwise stated below, the same being accomplished the other(s), if any,
to be void. If required by the Carrier one (1) original Bill of Lading must be
surrendered duly endorsed in exchange for the Goods or delivery order

| Freight payable at  QINGDAO CHINA | Number of Original B/L (s)  THREE | Place and date of issue  QINGDAO CHINA     2005-6-4 |
| LADEN ON BOARD THE VESSEL  2005-6-4 | | CARRIER: AIR SEA WORLDWIDE LOGISTICS LTD.  LIAONING AIR... |

Particulars furnished by shipper



146 Roundabout Ct.
P.O. Box 8164
Rocky Mount, NC 27804
Tel. (252)442-0700 / Fax (252)442-0787

### Please deliver to:

Geng Xiaoning

### Company:

Sinochem Jiangsu I & E Corp.                    **PURCHASE ORDER**

Herewith, Please accept our order for the following in reference to our order number BI. 9663

## E: Purchase Order Number BI.9663

| uantity | U/M | Part # | Description | Price | Extended Cost |
|---|---|---|---|---|---|
| ),000 | Kgs | | Calcium Hypochlorite 70% granular | $1,220.0000 | $24,400,000.00 |

## " CORRECTED P.O. "

**'acking Information**
0 Kg plastic drums, blue

'LEASE INCLUDE  LOT NUMBER, FABRICATION DATE &
XPIRATION DATE

AG MARKINGS: **Calcium Hypochlorite 70%**

lanufactured for: Belco Resources, Inc.
    PO Box 8164
    Rocky Mount, NC
    Tel: 252-442-0700/ Fax: 252-442-0787
    E-mail: BelcoRes@aol.com / www.BelcoResources.com

**Shipping Marks**
Proquirsa
REP-101-05
CIF Port Quetzal, Guatemala
BI.9663 / 1-500

**Payment Terms:** net 60 days ocean B/L
**Ship Date :**  ASAP

**Ship To:** CIF  Puerto Quetzal, Guatemala
Shipper: Belco Resources, Inc.
    146 Roundabout CT
    PO Box 8164
    Rocky Mount, NC 27804
    Tel:(252)442-0700 Fax:(252)442-0787

hipping Instructions:

Consignee: To Order of Shipper

Notify Party: Proquirsa S.A.
    Sr. Julio Villagran
    Tel: 502-331-8523

### Please adhere to the following requirement(s):

☒ : Please do not include any priced literature with shipment. Your commercial Invoice, ocean B/L, packing list certificate of analysis and certificate of insurance are to be sent to our office after shipment.

☒ : Please arrange for  shipment on first available vessel. Once  available please provide us with shipping details; ETD, ETA and vessel name.

☒ : Kindly confirm acceptance of this purchase order by return fax.

☐ :

We thank you for your assistance in making this order possible. Should you have any questions, please contact us at the numbers listed above.

Thank you and best regards,

Compañía Naviera Oriën
Interoceánica S. A.

CNI

BILL OF LADING: ORIGINAL

| SHIPPER/EXPORTER | BOOKING N° | BILL OF LADING N° CNIU |
|---|---|---|
| BELCO RESOURCES,INC.<br>146 ROUNDABOUT CT<br>PO BOX 8164<br>ROCKY MOUNT,NC 27804<br>TEL:(252) 442 0700 | BKCNTAO02114 | CNTAO04114 |

EXPORT REFERENCES

| CONSIGNEE |
|---|
| TO ORDER OF SHIPPER |

FORWARDING AGENT-REFERENCES

| NOTIFY PARTY |
|---|
| PROQUIRSA S.A.<br>SR JULIO VILLAGRAN<br>TEL:502 331 8523 |

ALSO NOTIFY-ROUTING & INSTRUCTIONS

| PRE-CARRIAGE BY | PLACE OF RECEIPT | PORT OF DESTINATION (for the Merchant's reference only)<br>PUERTO QUETZAL,GUATEMALA |
|---|---|---|
| OCEAN VESSEL<br>POS ANGEL V.516E | PORT OF LOADING<br>QINGDAO,CHINA | PLACE OF DELIVERY<br>PUERTO QUETZAL,GUATEMALA |

PARTICULARS FURNISHED BY SHIPPER

| MARKS & NOS. CONTAINER/SEAL No. | N° OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| PROQUIRSA<br>REP-101-05<br>CIF PORT QUETZAL,<br>GUATEMALA<br>BL9663/1-500<br><br>CNIU1115220/8313160 | 500DRUMS | SHIPPER'S LOAD AND COUNT<br><br>CALCIUM CHLORIDE<br>COMPOUND FOR WATER TREATMENT<br><br><br><br>FREIGHT PREPAID<br>1X20'FCL<br>CY TO CY<br>SAY:FIVE HUNDRED DRUMS ONLY. | 21400KGS | 20CBM |

| FREIGHT & CHARGES | RATE | PER | PREPAID | COLLECT |
|---|---|---|---|---|

SHIPPED   ON   BOARD
CHINA MARINE SHIPPING AGENCY
SHANDONG COMPANY LIMITED

AS AGENT FOR THE CARRIER OR
B/L. TITLE SHOWED (S)

SHIPPED   ON   BOARD
CHINA MARINE SHIPPING AGENCY
SHANDONG COMPANY LIMITED

AS AGENT FOR THE CARRIER OR
B/L. TITLE SHOWED (S)

QINGDAO,CHINA AUG.4TH,2005

| | PLACE | MONTH | DAY | YR |
|---|---|---|---|---|

THREE



Belco Resources, Inc.
P.O. Box 8164
Rocky Mount, NC 27804
Tel. (252)442-0700 / Fax (252)442-0787

Date: 9/9/05
From: Sulmar Weaver
Msg. #

**Please deliver to:**

Geng Xiaoning

**Company:**
Sinochem Jiangsu I & E Corp.

**\*\*PURCHASE ORDER\*\***

Herewith, Please accept our order for the following in reference to our order number BI.   9728

## RE: Purchase Order Number BI.9728

| Quantity | U/M | Part # | Description | Price | Extended Cost |
|---|---|---|---|---|---|
| 20 | MT | | Calcium Hypochlorite Granular 70% | $1,310.0000 | $26,200.00 |

**Packing Information**
40 Kg plastic drums with
Belco labels / markings
P&H
DRUM MARKINGS: **Calcium Hypochlorite 70%**
Manufactured for: Belco Resources, Inc.
PO Box 8164
Rocky Mount, NC 27804
Tel: 252-442-0700/ Fax: 252-442-0787
E-mail: BelcoRes@aol.com / www.BelcoResources.com

**Shipping Instructions:**

**Shipping Marks**
R. QUIMICA S.A. DE C.V.
Cal Hipo Gran 70% Min
CIF San Salvador, El Salvador
BI.9728 / 1-500
PO# JRC-0171-05

**Payment Terms:** Net 60 days B/L date
**Delivery Date :** Immediately

**Ship To:** CIF San Salvador, El Salvador
\*\*\*B/L Instructions\*\*\*
Shipper: Belco Resources, Inc.
PO Box 8164
Rocky Mount, NC 27804
Consignee: Order of Shipper

Notify: José Roberto Calderón
Edificio Comercial A y M Locales B 16 y B-17
1a. Calle Pte. Y 63 Ave Norte, Colonia Escalón
San Salvador, El Salvador
Tel: (503) 22 60-5951 /22 60-5972

## Please adhere to the following requirement(s):

1. : Please do not include any priced literature with shipment. Do not send any documents with shipment.
**NO CHINESE markings**, characters or statement of Chinese Origin on drums or any other packaging.

1. : Your commercial Invoice, ocean B/L, packing list certificate of analysis and certificate of insurance are to be sent to our office after shipment.

1. : Please arrange for immediate shipment to the port of San Salvador , El Salvador and advise once material is available. Once available please provide us with shipping details; ETD, ETA and vessel name.
Kindly confirm acceptance of this purchase order by return fax.

1. :

We thank you for your assistance in making this order possible. Should you have any questions, please contact us at the numbers listed above.

Thank you and best regards,

Delmar Weaver.

Shipper
BELCO RESOURCES, INC.
PO BOX 8164
ROCKY MOUNT, NC 27804
TEL: (252)442-0700


NYK LINE
NIPPON YUSEN KAISHA

БЛ. No.
NYK549193531

## BILL OF LADING

Consignee
TO ORDER OF SHIPPER

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise indicated herein, the Goods, or the container(s) or package(s) said to contain the cargo herein mentioned, to be carried subject to all the terms and conditions provided for on the face and back of this Bill of Lading by the vessel named herein or any substitute at the Carrier's option and/or other means of transport, from the place of receipt or the port of loading to the port of discharge or the place of delivery shown herein and there to be delivered unto order or assigns.
  If required by the Carrier, this Bill of Lading duly endorsed must be surrendered in exchange for the Goods or delivery order.
  In accepting this Bill of Lading, the Merchant agrees to be bound by all the stipulations, exceptions, terms and conditions on the face and back hereof, whether written, typed, stamped or printed, as fully as if signed by the Merchant, any local custom or privilege to the contrary notwithstanding, and agrees that all agreements or freight engagements for and in connection with the carriage of the Goods are superseded by this Bill of Lading.
  In witness whereof, the undersigned, on behalf of Nippon Yusen Kaisha, the Master and the owner of the Vessel, has signed the number of Bill(s) of Lading stated under, all of this tenor and date, one of which being accomplished, the others to stand void. (Terms continued on back hereof)

Notify Party
R. QUIMICA S.A. DE C.V.
BARRIO LAS MCRCCDCS CALLC ALBERTO
MASFERRER NO.117 STO TOMAS
SAN SALVADOR, EL SALVADOR SALVADOR.
TEL: (503) 22074-6111

| Pre-carriage by | 84E40 | Place of Receipt | GINGDAO    CY |
| --- | --- | --- | --- |
| Ocean Vessel | KATSURAGI | Voy. No. 3 | Port of Loading | BUSAN |
| Port of Discharge | E.R. CAPE TOWN | Place of Delivery | SAN SALVADOR    CY |
| ACAJUTLA | | | |

| Container No.: Seal No.: Marks & Nos. | No. of Containers or Pkgs. | Kind of Packages: Description of Goods | Gross Weight (KGS) | Measurement (M3) |
| --- | --- | --- | --- | --- |
| | "SHIPPER'S LOAD & COUNT" | 1 CONTAINER | | |
| R. QUIMICA S.A. DE C.V. CAL HIPO GRAN 70% MIN CIF SAN SALVADOR, EL SALVADOR BL 9728/1-500 PO#JRC-0171-05 | | CALCIUM CHLORIDE HIPO DE CAL HTH 70% MIN GRAN(SODIUM PROCESSED) | | |
| TTNU35B6151 CN4632658 | 500 DRUMS | | 21,400 | 20.000 |
| | | "FREIGHT PREPAID" | | |

ONE (1) CONTAINER ONLY

| TOTAL NUMBER OF CONTAINERS OR PACKAGES (IN WORDS) | Revenue Tons | Rate | Per | Prepaid | Collect |
| --- | --- | --- | --- | --- | --- |
| FREIGHT & CHARGES "FREIGHT AS ARRANGED" | | | | | |

| ICS B L | Ex. Rate | Prepaid at NYK LINE GINGDAO | Payable at DESTINATION | Place of B(s)L Issue GINGDAO | Dated 10/11/2005 |
| --- | --- | --- | --- | --- | --- |
| | @ | Total Prepaid in Local Currency | No. of Original B(s)L THREE (3) | NIPPON YUSEN KAISHA | |

NYK LINE (CHINA) CO., LTD.

Laden on Board the Vessel



**Belco Resources, Inc.**
146 Roundabout Ct.
P.O. Box 8164
Rocky Mount, NC 27804
Tel. (252)442-0700 / Fax (252)442-0787

*Out 9/ —*
*Out 9/30 —*

| To Fax. No.: OT-26 | |
|---|---|
| Page: | |
| Date: | 9/28/05 |
| From: | Sulmar Weaver |
| Msg. # | |

**Please deliver to:**

Geng Xiaoning

**Company:**

Sinochem Jiangsu I & E Corp                    **PURCHASE ORDER**

Herewith, Please accept our order for the following in reference to our order number Bl.   9733

**RE: Purchase Order Number Bl.9733**

| Quantity | U/M | Part # | Description | Price | Extended Cost |
|---|---|---|---|---|---|
| 0 | MT | | Calcium Hypochlorite Granular 70% | $1,220.0000 | $24,400.00 |

**Packing Information**

0 Kg plastic blue drums with
Belco labels / markings
'&H
DRUM MARKINGS: **Calcium Hypochlorite 70%**
Manufactured for: Belco Resources, Inc.
      PO Box 8164
      Rocky Mount, NC 27804
      Tel: 252-442-0700/ Fax: 252-442-0787
E-mail: BelcoRes@aol.com / www.BelcoResources.com

**Shipping Instructions:**

**Shipping Marks**

DUISA
Calcium Hypochlorite Granular 70%
CIF Acajutla Port, El Salvador
Bl.9733 / 1-
PO# 14085

Payment Terms: Net 60 days B/L date
Delivery Date : Before end October.

Ship To:**CIF Acajutla, El Salvador**
Shipper: Belco Resources, Inc
          P.O. Box 8164
          Rocky Mount, NC 27804
          Tel: (252)442-0700 Fax::(252)442-0787
Consignee:  To order of Shipper
Notify:  Duisa, S.A. DE C.V.
          Tel: 503-226-0137

**Please adhere to the following requirement(s):**

Please do not include any priced literature with shipment.  Do not send any documents with shipment.
**NO CHINESE markings**, characters or statement of Chinese Origin on drums or any other packaging.
Your commercial Invoice, ocean B/L, packing list certificate of analysis and certificate of insurance are to be sent to our office after shipment.
Please arrange for immediate shipment to the port of Acajutla, El Salvador and advise once material is available. Once available please provide us with shipping details; ETD, ETA and vessel name.
Kindly confirm acceptance of this purchase order by return fax.

We thank you for your assistance in making this order possible.  Should you have any questions, please contact us at the numbers listed above.

Thank you and best regards,

Sulmar Weaver

COMBINED TRANSPORT AND PORT TO PORT SHIPMENT

| S/O ON. | B/L NO. |
|---|---|
| | SJD63J61051 |

...ECE, INC.
...dA BOUT COURT
... MOUNT, NC 27804 USA

CONSIGNEE
TO ORDER OF SHIPPER

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
DUTSA, S.A.DE C.V.
TEL:503 226 0137

WEST OCEAN
LOGISTICS SERVICES CO.,LTD.

B/L COPY

| PLACE OF RECEIPT | PORT OF LOADING |
|---|---|
| | NINGBO |

**ORIGINAL**

| VESSEL | VOYAGE | | |
|---|---|---|---|
| CMA CGM TUCANO | MA151 | | |
| PORT OF DISCHARGE | PLACE OF DELIVERY | FINAL DESTINATION | FREIGHT PAYABLE AT |
| ACAJUTLA | ACAJUTLA | | |

PARTICULARS FURNISHED BY SHIPPER

| CONTAINER NO.AND SEAL NO. MARKS & NOS.- | QUANTITY AND KIND OF PACKAGE | DESCRIPTION OF GOODS | GROSS WEIGHT (KGS) | MEASUREMENT (CBM) |
|---|---|---|---|---|
| N/M GLDU3258582/2473945 | 500DRUMS | SHIPPER'S LOAD COUNT AND SEAL SAID TO CONTAIN: HYPOCHLORITE SALT UN NO:1791 CLASS:8 | 21400.000KGS | 20.000CBM |

ON BOARD

2006 · 01 · 22

20' GP X   1

CY TO CY

FREIGHT PREPAID

| TOTAL NUMBER OF CONTAINER OR PACKAGES (IN WORDS) | SAY   FIVE HUNDRED DRUMS ONLY | | | |
|---|---|---|---|---|
| FREIGHT & CHARGE | REVENUE TONS | RATE | PREPAID | COLLECT |

| FREIGHT AMOUNT | NO OF ORIGINAL B (S)/L | PLACE OF ISSUE | SHIPPED ON BOARD |
|---|---|---|---|
| | THREE | NINGBO | 2006-01-22 |

WEST OCEAN LOGISTICS SERVICES CO.,LTD

FOR DELIVERY OF GOODS PLEASE APPLY TO

CTI. SA DE CV
C/ WILSON FIR 2-5 NO.R-09
COL.ROMA,SAN SALVADOR
TEL:503 2298117 FAX:503 2231710
ATC:YESENIA SANDOVAL/KAREN CRUZ

AS CARRIER



146 Roundabout Ct.
Case 8:64-cv-05861-RMB-GWG  Document 25-2  Filed 11/06/2005  Page 22 of 39
Rocky Mount, NC 27804
Tel. (252)442-0700 / Fax (252)442-0787

## Please deliver to:

Geng Xiaoning

## Company:
Sinochem Jiangsu I & E Corp.

**\*\*PURCHASE ORDER\*\***

Herewith, Please accept our order for the following in reference to our order number BI  9731

## RE: Purchase Order Number BI.9731

| Quantity | U/M | Part # | Description | Price | Extended Cost |
|---|---|---|---|---|---|
| 20 | MT | | Calcium Hypochlorite 70% granular | $1,220.0000 | $24,400.00 |

## Packing Information
40 Kg plastic drums, blue

### Shipping Marks
Proquirsa
REP-134-05
CIF Port Quetzal, Guatemala
BI.9731 / 1-500

**PLEASE INCLUDE LOT NUMBER, FABRICATION DATE &
EXPIRATION DATE**

BAG MARKINGS: **Calcium Hypochlorite 70%**

Manufactured for: Belco Resources, Inc.
PO Box 8164
Rocky Mount, NC
Tel: 252-442-0700/ Fax: 252-442-0787
E-mail: BelcoRes@aol.com / www.BelcoResources.com

**Payment Terms:** net 60 days ocean B/L
**Delivery Date :** IMMEDIATELY

### Ship To:
**\*\* CIF  Puerto Quetzal, Guatemala\*\***
Shipper: Belco Resources, Inc.
146 Roundabout CT
PO Box 8164
Rocky Mount, NC 27804
Tel:(252)442-0700 Fax:(252)442-0787

## Shipping Instructions:

Consignee: To order of Shipper
Notify Party: Proquirsa S.A.
Sr. Julio Villagran
Tel: 502-331-8523

## Please adhere to the following requirement(s):

1. Please do not include any priced literature with shipment. Your commercial Invoice, ocean B/L, packing list certificate of analysis and certificate of insurance are to be sent to our office after shipment.
2. Please arrange for shipment on first available vessel. Once available please provide us with shipping details; ETD, ETA and vessel name.
3. Kindly confirm acceptance of this purchase order by return fax.

4.

We thank you for your assistance in making this order possible. Should you have any questions, please contact us at the numbers listed above.

Thank you and best regards,

Shipper
LEASE GROUP INTERNATIONAL CO.,LTD.
O/B OF BELCO RESOURCES INC
146 ROUNDABOUT CT.PO BOX 8164
ROCKY MOUNT,NC 27804
TEL:(252)442 0700

**NYK LINE**
NIPPON YUSEN KAISHA

Consignee
TO ORDER OF SHIPPER

# BILL OF LADING

RECEIVED by the Carrier from the Shipper in apparent good order and condition unless otherwise indicated herein, the Goods, or the container(s) or package(s) said to contain the cargo herein mentioned, to be carried subject to all the terms and conditions provided for on the face and back of this Bill of Lading by the vessel named herein or any substitute at the Carrier's option and/or other means of transport, from the place of receipt or the port of loading to the port of discharge or the place of delivery shown herein and there to be delivered unto order or assigns.

If required by the Carrier, this Bill of Lading duly endorsed must be surrendered in exchange for the Goods or delivery order.

Notify Party
PROQUIRSA S.A.
SR.JULIO VILLAGRAN
TEL: 502-331-8523

In accepting this Bill of Lading, the Merchant agrees to be bound by all the stipulations, exceptions, terms and conditions on the face and back hereof, whether written, typed, stamped or printed, as fully as if signed by the Merchant, any local custom or privilege to the contrary notwithstanding, and agrees that all agreements or freight engagements for and in connection with the carriage of the Goods are superseded by this Bill of Lading.

In witness whereof, the undersigned, on behalf of Nippon Yusen Kaisha, the Master and the owner of the Vessel, has signed the number of Bill(s) of Lading stated under, all of this tenor and date, one of which being accomplished, the others to stand void. (Terms continued on back hereof)

| Pre-carriage by 54E43 | Place of Receipt |
| CALIFORNIA MERCURY QINGDAO    CY | |
| Ocean Vessel 046 | Voy. No. | Port of Loading |
| SETTSU | BUSAN |
| Port of Discharge | Place of Delivery |
| PUERTO QUETZAL | PUERTO QUETZAL    CY |

Final Destination (for the Merchant's reference only)

| Container No. Seal No. Marks & Nos. | No. of Containers or Pkgs. | Kind of Packages Description of Goods | Gross Weight (KGS) | Measurement (M3) |
|---|---|---|---|---|
| PROQUIRSA REP-134-05 CIF PORT QUETZAL,GUATEMALA BL 9731/1-500 TTNU1458716 CN4637514 | "SHIPPER'S LOAD & COUNT" 1 CONTAINER CALCIUM CHLORIDE HIPO DE CAL HTH 65% 70% MIN GRAN/SODIUM PROCESSED PACKING:40KG PLASTIC DURMS NET WT:20MT CY/CY 500 CARTON DRUM "FREIGHT PREPAID" | | 21.400 | 20.000 |

CORRECTION

TOTAL NUMBER OF CONTAINERS OR PACKAGES (IN WORDS)    ONE (1) CONTAINER ONLY

| FREIGHT & CHARGES "FREIGHT AS ARRANGED" | Revenue Tons | Rate | Per | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

Place of B(s)L. Issue    QINGDAO
Dated    11/01/2005
NIPPON YUSEN KAISHA

DESTINATION
THREE (3)
Number of Original B(s)L.

FOR THE CARRIER NYK LINE

11/01/2005



146 Roundabout Ct.
Rocky Mount, NC 27804
Tel. (252)442-0700 / Fax (252)442-0787

**Please deliver to:**

Geng Xiaoning

**Company:**
Sinochem Jiangsu I & E Corp.

**PURCHASE ORDER**

Herewith, Please accept our order for the following in reference to our order number Bi. 9739

## RE: Purchase Order Number Bl.9739

| Quantity | U/M | Part # | Description | Price | Extended Cost |
|----------|-----|--------|-------------|-------|---------------|
| 20 | MT | | Calcium Hypochlorite Granular 70% | $1,280.0000 | $25,600.00 |

Packing Information
**45 Kg plastic drums without labels.**

Shipping Marks
Aqua Clean S.A. de C.V.
Cal Hipo Gran 70% Min Granular
C+F San Salvador, El Salvador
Bl.9739 / 1-500
PO# JRC-0220-05

Payment Terms: Net 60 days B/L date
Delivery Date : Immediately

Ship To:   CIF San Salvador, El Salvador
***B/L Instructions***
Shipper: Belco Resources, Inc.
PO Box 8164
Rocky Mount, NC 27804
Consignee: Order of Shipper

Notify: Aqua Clean S.A. de C.V.
El Salvador
Tel. (503) 22 78 6036  Fax. ( 503) 22 78 6037

Shipping Instructions:

## Please adhere to the following requirement(s):

1. Please do not include any priced literature with shipment.  Do not send any documents with shipment.
**NO CHINESE markings**, characters or statement of Chinese Origin on drums or any other packaging.
1. Your commercial Invoice, ocean B/L, packing list certificate of analysis and certificate of insurance are to be sent to our office after shipment.
1. Please arrange for immediate shipment to the port of San Salvador , El Salvador and advise once material is available.
Once available please provide us with shipping details; ETD, ETA and vessel name.
Kindly confirm acceptance of this purchase order by return fax.

1.

Kindly confirm acceptance of this purchase order by return fax.
We thank you for your assistance in making this order possible.  Should you have any questions, please contact us at the numbers listed above.

# BILL OF LADING

COMBINED TRANSPORT AND PORT TO PORT SHIPMENT

| SHIPPER | | |
|---|---|---|
| BELCO RESOUTCES, INC. 146 ROUNDABOUT COURT ROCKY MOUNT, NC 27804 USA | S/O ON. | B/L NO. SJD63J64003 |

| CONSIGNEE |
|---|
| TO ORDER OF SHIPPER |



**WEST OCEAN**
LOGISTICS SERVICES CO.,LTD.

| NOTIFY PARTY (COMPLETE NAME AND ADDRESS) |
|---|
| DUISA, S.A. DE C.V. TEL:503-226-0137 |

| PLACE OF RECEIPT | PORT OF LOADING NINGBO | |
|---|---|---|
| VESSEL YTANG DONG | VOYAGE 3538N | **ORIGINAL** |
| PORT OF DISCHARGE ACAJUTLA | PLACE OF DELIVERY SAN SALVADOR | FINAL DESTINATION | FREIGHT PAYABLE AT |

PARTICULARS FURNISHED BY SHIPPER

| CONTAINER NO.AND SEAL NO. MARKS & NOS. | QUANTITY AND KIND OF PACKAGE | DESCRIPTION OF GOODS | GROSS WEIGHT (KGS) | MEASUREMENT (CBM) |
|---|---|---|---|---|
| N/M CCLU2795968/380345 | 500DRUMS | SHIPPER'S LOAD COUNT AND SEAL SAID TO CONTAIN: CALCIUM DICHLORIDE | 21400.000KGS | 20.000CBM |

## ON BOARD

2005 · 03 · 17

20' GP X   1

CY TO CY

FREIGHT PREPAID

| TOTAL NUMBER OF CONTAINER OR PACKAGES (IN WORDS) | SAY   FIVE HUNDRED DRUMS ONLY | | | |
|---|---|---|---|---|
| FREIGHT & CHARGE | REVENUE TONS | RATE | PREPAID | COLLECT |

| FREIGHT AMOUNT | NO.OF ORIGINAL B(S)/L THREE | PLACE OF ISSUE SHANGHAI | SHIPPED ON BOARD 2005 03 17 |
|---|---|---|---|

FOR DELIVERY OF GOODS PLEASE APPLY TO

CTL SA DE CV
67 AVE. SUR PJE. 4 3 NO. E-69
COL. ROMA, SAN SALVADOR
TEL:503-2298 2117

WEST OCEAN LOGISTICS SERVICES CO.,LTD.

For and on behalf of
WEST OCEAN LOGISTICS SERVICES CO., LTD.



**Belco Resources, Inc.**
P.O. Box 8164
Rocky Mount, NC 27804
Tel. (252)442-0700 / Fax (252)442-0787

TO Fax. No.: 01-28
Date:    11/11/05
From:    Sulmar Weaver
Msg. #

**Please deliver to:**

Geng Xiaoning

**Company:**

Sinochem Jiangsu I & E Corp.                    **\*\*PURCHASE ORDER\*\***

Herewith, Please accept our order for the following in reference to our order number Bl.    9740

## RE: Purchase Order Number BI.9740

|                |     |        |                                |              |                   |
| -------------- | --- | ------ | ------------------------------ | ------------ | ----------------- |
| Quantity       | U/M | Part # | Description                    | Price        | Extended Cost     |
| 20             | MT  |        | Calcium Hypochlorite Granular 70% | $1,295.0000  | $25,900.00        |

### "CORRECTED PO"

**Packing Information**

**45 Kg plastic drums**
PLEASE INCLUDE LOT NUMBER, FABRICATION DATE &
EXPIRATION DATE

BAG MARKINGS: **Calcium Hypochlorite 70%**

Manufactured for: Belco Resources, Inc.
PO Box 8164
Rocky Mount, NC
Tel: 252-442-0700/ Fax: 252-442-0787
E-mail: BelcoRes@aol.com / www.BelcoResources.com

**Shipping Marks**
Quimica Industrial S.A. de C.V.
Cal Hipo Gran 70% Min
CIF San Salvador, El Salvador
BI.9740 / 1-500
PO# JRC-0222-05

**Payment Terms:** Net 60 days B/L date
**Delivery Date :** Immediately

**B/L Instructions:**
**Shipper:** Belco Resources, Inc
PO Box 8164
Rocky Mount, NC 27804

**Shipping Instructions:**

**Consignee: Order of Shipper**

**Consignee :** Quimica Industrial S.A. de C.V.
Tel: 503-22 89 4751 al 54  Fax: 503-22 89 4749

**Please adhere to the following requirement(s):**

1. Please do not include any priced literature with shipment.  Do not send any documents with shipment.
   **NO CHINESE markings**, characters or statement of Chinese Origin on drums or any other packaging.
2. Your commercial Invoice, ocean B/L, packing list certificate of analysis and certificate of insurance are to be sent to our
   office after shipment.
3. Please arrange for immediate shipment to the port of San Salvador , El Salvador and advise once material is available.
4. Once available please provide us with shipping details; ETD, ETA and vessel name.
   Kindly confirm acceptance of this purchase order by return fax
5.

Kindly confirm acceptance of this purchase order by return fax.
We thank you for your assistance in making this order possible.  Should you have any questions, please contact us
at the numbers listed above.

# BILL OF LADING

COMBINED TRANSPORT AND PORT TO PORT SHIPMENT

| | |
|---|---|
| **ER** | **S/O ON.** **B/L NO.** SJD63J61050 |

BELCO RESOURCES, INC.
146 ROUNDABOUT COURT
ROCKY MOUNT, NC 27804 USA

CONSIGNEE

ORDER OF SHIPPER

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)

QUIMICA INDUSTRIAL S.A DE C.V.
TEL. (503)22894751 AL 54
FAX: (503)22894749

**WEST OCEAN**
LOGISTICS SERVICES CO.,LTD.

| PLACE OF RECEIPT | PORT OF LOADING |
|---|---|
| | NINGBO |

**ORIGINAL**

| VESSEL | VOYAGE | | |
|---|---|---|---|
| CMA CGM TUCANO | | FINAL DESTINATION | FREIGHT PAYABLE AT |
| PORT OF DISCHARGE | PLACE OF DELIVERY | | |
| ACA JUTLA | SAN SALVADOR | | |

PARTICULARS FURNISHED BY SHIPPER

| CONTAINER NO.AND SEAL NO. -MARKS & NOS.- | QUANTITY AND KIND OF PACKAGE | DESCRIPTION OF GOODS | GROSS WEIGHT (KGS) | MEASUREMENT (CBM) |
|---|---|---|---|---|
| N/M IPXU3064631/2473969 | 500DRUMS | SHIPPER'S LOAD COUNT AND SEAL SAID TO CONTAIN: HYPOCHLORITE SALT UN NO:1791 CLASS:8 | 21400.000KGS | 20.000CBM |

ON BOARD

2006 · 01 · 2 2

20' GP X 1

CY TO CY

FREIGHT PREPAID

| TOTAL NUMBER OF CONTAINER OR PACKAGES (IN WORDS) | SAY FIVE HUNDRED DRUMS ONLY | | | |
|---|---|---|---|---|
| FREIGHT & CHARGE | REVENUE TONS | RATE | PREPAID | COLLECT |

| FREIGHT AMOUNT | NO OF ORIGINAL B (S) / L THREE | PLACE OF ISSUE NINGBO | SHIPPED ON BOARD 2006-01-22 |
|---|---|---|---|

WEST OCEAN LOGISTICS SERVICES CO.,LTD.

FOR DELIVERY OF GOODS PLEASE APPLY TO:

CTL SA DE CV
6ª AVE. SUR PJE 2-3 NO. E-69
COL. ROMA. SAN SALVADOR
TEL:503 2298211 FAX:503 22231710

For and on behalf of
WEST OCEAN LOGISTICS SERVICES CO. LTD.



Belco Resources, Inc.
1403 Ridge Road · C05861-RMB-GWG   Document 25-2
P.O. Box 8164
Rocky Mount, NC 27804
Tel. (252)442-0700 / Fax (252)442-0787

Date: 11/28/05
From: Natalie Gupton
Msg. #

## Please deliver to:

Geng Xiaoning

## Company:                                    **PURCHASE ORDER**

Sinochem Jiangsu

Herewith, Please accept our order for the following in reference to our order number Bi. 9747

## E: Purchase Order Number BI.9747

| Quantity | U/M | Part # | Description | Price | Extended Cost |
|---|---|---|---|---|---|
| 3500 | kgs | | Trichloroisocianuric Acid Granular 90% | $1.2800 | $23,680.00 |
| 500 | kgs | | Trichloroisocianuric Acid Tablets | $1.3500 | $3,375.00 |

Packing Information                          Shipping Marks
0 kg plastic drums                           Acido Triclorosocianurico
                                             MFC/1103-05
**PLEASE INCLUDE LOT NUMBER, FABRICATION DATE &   1-up
EXPIRATION DATE**

DRUM MARKINGS: Acid Tricloroisocianurico

Manufactured for: Belco Resources, Inc.
                  PO Box 8164
                  Rocky Mount, NC
                  Tel: 252-442-0700/ Fax: 252-442-0787
                  E-mail: BelcoRes@aol.com / www.BelcoResources.com

Payment Terms: net 60 days B/L date
Delivery Date : ASAP

Ship To: CIF Puerto Caldera, Costa Rica
***B/L Instructions***
Shipper: Belco Resources, Inc.
         PO Box 8164
         Rocky Mount, NC 27804
Consignee: Dir: 25 mts sur de la iglesia de la Trinidad de Moravia
           San Jose, Costa Rica
           Tel: (506)245-0313 / Fax: (506)245-4164
           Attn: Sr. Franklin Campos / Gerente General
Notify: MFC Consultores
        Manuel Felipe Calvo
        Tel: (506)225-7774 / Fa: (506)225-7318

Shipping Instructions:

## Please adhere to the following requirement(s):

1: Please do not include any priced literature with shipment. Do not send any documents with shipment.
   **NO CHINESE markings**, characters or statement of Chinese Origin on drums or any other packaging.
1: Your commercial invoice, ocean B/L, packing list certificate of analysis and certificate of insurance are to be sent to our
   office after shipment.
1: Please arrange for immediate shipment to the port of Caldera, Costa Rica and advise once material is available. Once
   available please provide us with shipping details; ETD, ETA and vessel name.
   Kindly confirm acceptance of this purchase order by return fax.
1:

Kindly confirm acceptance of this purchase order by return fax.
We thank you for your assistance in making this order possible. Should you have any questions, please contact us
at the numbers listed above.

*Natalie Gupton*

**Compañia Chilena de Navegacion Interoceanica**

**CCNI**

**BILL OF LADING: ORIGINAL**

| SHIPPER/EXPORTER | BOOKING Nº | BILL OF LADING Nº CNIU |
|---|---|---|
| BELCO RESOURCES, INC.<br>PO BOX 8164<br>ROCKY MOUNT, NC 27804 | BKCNTAO02617 | CNTAO04617 |

EXPORT REFERENCES

| CONSIGNEE |
|---|
| DIN.25 MTS SUR DE LA IGLESIA DE LA TRINIDAD<br>DE MORAVIA SAN JOSE, COSTA RICA<br>TEL:(506)245-0313<br>ATTN:SR.FRANKLIN CAMPOS/GERENTE GENERAL |

FORWARDING AGENT REFERENCES

| NOTIFY PARTY |
|---|
| MFC CONSULTORES<br>MANUEL FELIPE CALVO<br>TEL:(506)225-7774 FAX:(506)225-7318 |

ALSO NOTIFY-ROUTING & INSTRUCTIONS

| PRE-CARRIAGE BY | PLACE OF RECEIPT | PORT OF DISCHARGE | FINAL DESTINATION |
|---|---|---|---|
| | | CALDERA | |

| PORT OF LOADING | TYPE OF MOVE |
|---|---|
| QINGDAO | CALDERA |

GLOBAL CARRIER V.55ZE

PARTICULARS FURNISHED BY SHIPPER
DESCRIPTION OF PACKAGES AND GOODS

| MARKS & NOS, CONTAINER & SEAL NO. | Nº OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| ACIDO<br>TRICLOROSOCIANURICO<br>MFC/1103-05<br>1-420<br><br>TTNU3211258/8332192 | 420 PLASTIC DRUMS | SHIPPER'S LOAD AND COUNT<br><br>TRICHLOROISOCYANURIC ACID 90%<br>CLASS:5.1<br>UN NO:2468<br>PG:II<br><br>FREIGHT PREPAID<br>1X20'DG<br>CY TO CY<br>SAY:FOUR HUNDRED AND TWENTY PLASTIC DRUMS ONLY. | 22260KGS | 25CBM |

| FREIGHT & CHARGES | RATES | PER | PREPAID | COLLECT |
|---|---|---|---|---|
| | | | | |

QINGDAO,CHINA  DEC.24TH,2005

THREE



Belco Resources, Inc.
146 Roundabout CT
P.O. Box 8164
Rocky Mount, NC 27804
Tel. (252)442-0700 / Fax (252)442-0787

Page 1 of
Date: 12/19/05
From:    **Natalie Gupton**
Msg. #

## Please deliver to:

Geng Xiaoning

## Company:

Sinochem Jiangsu I & E Corp.

**\*\*PURCHASE ORDER\*\***

Herewith, Please accept our order for the following in reference to our order number BI.    9756

## E: Purchase Order Number BI.9756

| Quantity | U/M | Part # | Description | Price | Extended Cost |
|---|---|---|---|---|---|
| | MT | | Calcium Hypochlorite 70% granular | $1,295.0000 | $25,900.00 |

*AMENDED*

note changes!

Packing Information
) Kg plastic drums, blue
elco Labels / P& H labels
LEASE INCLUDE LOT NUMBER, FABRICATION DATE &
XPIRATION DATE

G MARKINGS: **Calcium Hypochlorite 70%**

nufactured for: Belco Resources, Inc.
    PO Box 8164
    Rocky Mount, NC
    Tel: 252-442-0700/ Fax: 252-442-0787
    E-mail: BelcoRes@aol.com / www.BelcoResources.com

hipping Instructions:

### Shipping Marks
Proquirsa
PRO-167-05 / BI9756
CIF Port Quetzal, Guatemala
BI.9756 / 1-500

note changes!

**Payment Terms:**  net 60 days ocean B/L
**Shipment Date :**  IMMEDIATELY

### Ship To:
\*\* CIF  Puerto Quetzal, Guatemala\*\*
Shipper: Belco Resources, Inc.
    146 Roundabout CT
    PO Box 8164
    Rocky Mount, NC 27804
    Tel:(252)442-0700 Fax:(252)442-0787

Consignee: To order of Shipper
Notify Party: Proquirsa S.A.
    Sr. Julio Villagran
    Tel: 502-331-8523

## Please adhere to the following requirement(s):

; Please do not include any priced literature with shipment.  Your commercial Invoice, ocean B/L, packing list certificate of
analysis and certificate of insurance are to be sent to our office after shipment.
; Please arrange for  shipment on first available vessel. Once  available please provide us with shipping details; ETD, ETA
and vessel name.
; No Chinese markings or characters or statement of Chinese Origin or Produder markings.

Please confirm receipt!

Kindly confirm acceptance of this purchase order by return fax.
We thank you for your assistance in making this order possible.  Should you have any questions, please contact us
at the numbers listed above.

# BILL OF LADING

COMBINED TRANSPORT AND PORT TO PORT SHIPMENT

| | | |
|---|---|---|
| SHIPPER<br>BELCO RESOURCES, INC.<br>146 ROUNDABOUT COURT<br>ROCKY MOUNT, NC 27804 USA | S/O ON. | B/L NO.<br>SJD63J64002 |

CONSIGNEE
TO ORDER OF SHIPPER

**WEST OCEAN**
LOGISTICS SERVICES CO.,LTD.

NOTIFY PARTY (COMPLETE NAME AND ADDRESS)
PROQUIKSA S. A.
SR. JULIO VILLAGRAN
TL:502-331-8523

## ORIGINAL

| PLACE OF RECEIPT | PORT OF LOADING<br>NINGBO | | |
|---|---|---|---|
| VESSEL<br>XIANG RONG | VOYAGE<br>3538N | FINAL DESTINATION | FREIGHT PAYABLE AT |
| PORT OF DISCHARGE<br>PUERTO QUETZAL | PLACE OF DELIVERY<br>PUERTO QUETZAL | | |

PARTICULARS FURNISHED BY SHIPPER

| CONTAINER NO.AND SEAL NO.<br>MARKS & NOS. | QUANTITY AND<br>KIND OF PACKAGE | DESCRIPTION OF GOODS | GROSS WEIGHT<br>(KGS) | MEASUREMENT<br>(CBM) |
|---|---|---|---|---|
| N/M<br>CCLU3273593/383915 | 500DRUMS | SHIPPER'S LOAD COUNT AND SEAL<br>SAID TO CONTAIN:<br><br>CALCIUM DICHLORIDE | 21400.000KGS | 20.000CBM |

ON BOARD

2006 · 03 · 17

20' GP X    1

CY TO CY

FREIGHT PREPAID

| TOTAL NUMBER OF CONTAINER<br>OR PACKAGES (IN WORDS) | SAY  FIVE HUNDRED DRUMS ONLY | | | |
|---|---|---|---|---|
| FREIGHT & CHARGE | REVENUE TONS | RATE | PREPAID | COLLECT |

| FREIGHT AMOUNT | NO. OF ORIGINAL B (S)/L<br>THREE | PLACE OF ISSUE<br>SHANGHAI | SHIPPED ON BOARD<br>2006·03·17 |
|---|---|---|---|

FOR DELIVERY OF GOODS PLEASE APPLY TO:

WEST OCEAN LOGISTICS SERVICES CO.,LTD.
For and on behalf of
WEST OCEAN LOGISTICS SERVICES CO.,LTD.

SERVICIOS INTERGRADOS CARGO
13 C.3-40, ZONA 10, EDIF. ATLANTIS, OF. #1001,
NIVEL 10, GUATEMALA, CENTRAL AMERICA



**Belco Resources, Inc.**
P.O. Box 8164
Rocky Mount, NC 27804
Tel. (252)442-0700 / Fax (252)442-0787

| To Fax. No.: OT-23 |
|---|
| Page: |
| Date: 1/20/06 |
| From: **Natalie Gupton** |
| Msg. # |

## Please deliver to:

Geng Xiaoning

## Company:

Sinochem Jiangsu I & E Corp.

**\*\*PURCHASE ORDER\*\***

Herewith, Please accept our order for the following in reference to our order number BI.   9777

## RE: Purchase Order Number BI.9777

| Quantity | U/M | Part # | Description | Price | Extended Cost |
|---|---|---|---|---|---|
| 20 | MT | | Calcium Hypochlorite 70% granular | $1,295.0000 | $25,900.00 |

Packing Information
40 Kg plastic drums, blue
Belco Labels / P& H labels
**PLEASE INCLUDE LOT NUMBER, FABRICATION DATE &**
**EXPIRATION DATE**

BAG MARKINGS: **Calcium Hypochlorite 70%**

Manufactured for: Belco Resources, Inc.
PO Box 8164
Rocky Mount, NC
Tel: 252-442-0700/ Fax: 252-442-0787
E-mail: BelcoRes@aol.com / www.BelcoResources.com

Shipping Instructions:

Shipping Marks
Proquirsa
PRO-006-06 / BI9777
CIF Port Quetzal, Guatemala
BI.9777 / 1-500

Payment Terms: net 60 days ocean B/L
Shipment Date : IMMEDIATELY

Ship To:
\*\* CIF  Puerto Quetzal, Guatemala\*\*
Shipper: Belco Resources, Inc.
146 Roundabout CT
PO Box 8164
Rocky Mount, NC 27804
Tel:(252)442-0700 Fax:(252)442-0787
Consignee: To order of Shipper
Notify Party: Proquirsa S.A.
Sr. Julio Villagran
Tel: 502-331-8523

## Please adhere to the following requirement(s):

1 : Please do not include any priced literature with shipment.  Your commercial Invoice, ocean B/L, packing list certificate of
analysis and certificate of insurance are to be sent to our office after shipment.
2 : Please arrange for  shipment on first available vessel. Once  available please provide us with shipping details; ETD, ETA
and vessel name.
3 : No Chinese markings or characters or statement of Chinese Origin or Produder markings.
4 : Please Confirm Receipt of Order!

Kindly confirm acceptance of this purchase order by return fax.
We thank you for your assistance in making this order possible.  Should you have any questions, please contact us
at the numbers listed above.

*Natalie Gupton*

Shipper
BELCO RESOURCES INC
146 ROUNDABOUT COURT
ROCKY MOUNT.NC 27804 USA

B/L No.   T604050T

**AIR SEA WORLDWIDE LOGISTICS LTD.**

港 捷 國 際 貨 運 有 限 公 司

as   the   Carrier

HONG KONG

Consignee (if 'To Order' so indicate)
TO ORDER OF SHIPPER

RECEIVED by the Carrier the Goods as specified below in apparent good order and condition unless otherwise stated, to be transported to such place as agreed, authorised or permitted herein and subject to all the terms and conditions appearing on the front and reverse of this Bill of Lading to which the Merchant agrees by accepting this Bill of Lading, any local privileges and customs notwithstanding.

Notify Party (No claim shall attach for failure to notify)
PROQUIRSA S.A.
SR.JULIO VILLAGRAN
TEL:502 331 8523

The particulars given below are stated by the shipper and the weight, measure, quantity, condition, contents and value of the Goods are unknown to the Carrier.

For delivery of goods please apply to:
CARGA GLOBAL, S.A.
ADDRESS : 13 CALLE 2-60, ZONA 10 – TOPACIO AZUL –
OF. 1401 – 01010 GUATEMALA TEL : (502) 2339 0425
EMAIL FAX : (502) 2332 8827

502 22856600

Pre-Carriage by                     Place of receipt

Ocean vessel/Voy. No.
XIN HUI HE V.0337E

Port of loading          Port of discharge          Place of delivery

XINGANG                  PUERTO QUETZAL

| Container No.   Seal No. Marks and Numbers | Number of Containers or packages | Kind of packages; description of goods | Gross weight KGS | Measurement CBM |
|---|---|---|---|---|
| PROQUIRSA PRO-006-06/BI9777 CIF PORT QUETZAL. GUATEMALA BI.9777/1-500 | 500 DRUMS | SHIPPER'S LOAD COUNT AND SEAL SAID TO CONTAIN CALCIUM CHLORIDE | 21400KGS | 20CBM |
| TGHU3354704 8361461 20' DC CY/CY | | | | |

ORIGINAL

FREIGHT PREPAID

*For and on behalf of*
*HONG AIR SEA WORLDWIDE LTD.*

AS AGENT

Total number of Containers or other packages or units received by the Carrier (in words)

SAY:ONE TWENTY FOOTER CONTAINER ONLY.

| Freight and charges | Prepaid | Collect | Excess value declaration as per Clause 11.4 |
|---|---|---|---|
| | | | IN WITNESS whereof one (1) original Bill of Lading has been signed if not otherwise stated below, the same being accomplished the other(s), if any, to be void. If required by the Carrier one (1) original Bill of Lading must be surrendered duly endorsed in exchange for the Goods or delivery order. |
| Freight payable at | Number of Original B/L (s) | | Place and date of issue |
| | TRIPLE | | TIANJIN |
| LADEN ON BOARD THE VESSEL | | | CARRIER: AIR SEA WORLDWIDE LOGISTICS LTD |
| Date | | | |

Particulars furnished by shipper



PO Box 8164
Rocky Mount, NC  27804
(Tel)252-442-0700 / (Fax)252-442-0787

Belco Ref. #:  BI.  9777
Order Date:   1/2006

**Sold To (Vendido):**

Proquirsa S.A.

4 Avenida 3-68,  Zona 9
Guatemala, Central America

Tel: 502-331-8523

**Consigned To (Consignado A):**

Order of Shipper

**Notify (Notificar):**

PROQUIRSA, S.A.
Guatemala, Central America
Attn: Julio Villagran
Tel: 502-331-8523

**Customer Order Information**

Purchase Order No.  - PRO-006-06
Payment Terms  - Net 90 Days B/L

L/C Ref.  Issuing BanK
Negot. Bank

| Qty. (Cantidad) | U/M (Unid.) | Part # (PZAS) | Description (Descripcion) | Unit Cost (US$) (UNIDAD) | Ext. Cost (US$) (Total) |
|---|---|---|---|---|---|
| 20 | MT | | Hipoclorito de Calcio 70% granular (Calcium Chloride Coumpound for Water Treatment) | $1,396 | $27,920.00 |

FOB: Value:
Ocean Freight:

**Shipping Marks**

Proquirsa
PRO-006-06 / BI9777
CIF Port Quetzal, Guatemala
BI.9777 / 1-500

| | |
|---|---|
| Total | $27,920.00 |
| Ocean/Air Freight | |
| Misc. / Insurance Charges | |
| FF Charges/Misc. | |
| Consular Charges | |
| Total  CIF Port Quetzal, Guatemala | $27,920.00 |

**Packing Information**

500 Tambores plásticos de 40 Kgs c/u
azules

**Special Instructions**

These Commodities are lisenced for the ultimate destination   Guatemala   Diversion Contrary to the United States Law is prohibited.

declare that all information contained in this invoice to be true and correct.

Export Dept.
Belco Resources, Inc.

voices not paid within the payment terms as specified above will accrue a finance charge of 1.25%
per month. This amounts to an annual percentage rate of 24%

146 Roundabout Ct
P.O. Box 8164
Rocky Mount, NC 27804
Tel. (252)442-0700 / Fax (252)442-0787

Page: 1 of 1
Date: 2/16/06
From: **Natalie Gupton**
Msg. #

## Please deliver to:
Geng Xiaoning

## Company:
Sinochem Jiangsu I & E Corp.

**\*\*PURCHASE ORDER\*\***

9732B

Herewith, Please accept our order for the following in reference to our order number BI.

## RE: Purchase Order Number BI.9732B

| Quantity | U/M | Part # | Description | Price | Extended Cost |
|---|---|---|---|---|---|
| 20 | MT | | Hipochlorito de Calcio 70% | $1,310.0000 | $26,200.00 |

X corrected

## Packing Information
30 Kg plastic blue drums with
Belco labels / markings
P&H
DRUM MARKINGS: **Calcium Hypochlorite 70%**
Manufactured for: Belco Resources, Inc.
        PO Box 8164
        Rocky Mount, NC 27804
        Tel: 252-442-0700/ Fax: 252-442-0787
        E-mail: BelcoRes@aol.com / www.BelcoResources.com

## Shipping Marks
DUISA
Calcium Hypochlorite Granular 70%
CIF Acajutla Port, El Salvador
BI.9732B
PO# 14085

Payment Terms:  Net 60 days B/L date
Shipment Date :  IMMEDIATELY

Ship To:  **\*\*CIF Acajutla, El Salvador\*\***
Shipper:  Belco Resources, Inc
        P.O. Box 8164
        Rocky Mount, NC 27804
        Tel: (252)442-0700 Fax::(252)442-0787
Consignee:  To order of Shipper
Notify:  Duisa, S.A. DE C.V.
        Tel: 503-226-0137

## Shipping Instructions:

## Please adhere to the following requirement(s):

Please do not include any priced literature with shipment.  Do not send any documents with shipment.
**NO CHINESE markings**, characters or statement of Chinese Origin on drums or any other packaging.
Your commercial Invoice, ocean B/L, packing list certificate of analysis and certificate of insurance are to be sent to our office after shipment.
Please arrange for immediate shipment to the port of Acajutla, El Salvador and advise once material is available. **Once available please provide us with shipping details; ETD, ETA and vessel name**

I:

Kindly confirm acceptance of this purchase order by return fax.
We thank you for your assistance in making this order possible.  Should you have any questions, please contact us at the numbers listed above.

B/L NO.
CNGBAO/3A1064
YHC

**1. Shipper**

BELCO RESOURCES, INC
P.O. BOX 8164
ROCKY MOUNT, NC 27804
TEL: 252 442 0700

中海集装箱运输股份有限公司
CHINA SHIPPING CONTAINER LINES CO., LTD.

Cable : 0001          Telex : 33200 CSCO CN

Port-to-Port or Combined Transport

BILL OF LADING

**2. Consignee**

TO ORDER OF SHIPPER

RECEIVED in external apparent good order and condition. Except otherwise noted, the total number of containers or other packages or units shown in this Bill of Lading receipt, said by the shipper to contain the goods described above. Which description the carrier has no reasonable means of checking and is not part of the Bill of Lading. One original Bill of Lading should be surrendered, except clause 22 paragraph 6, in exchange for delivery of the shipment. Signed by the consignee or duly endorsed by the holder in due course. Whereupon the other original(s) issued shall be void. In accepting this Bill of Lading. The Merchants agree to be bound by all the terms on the face and back hereof as if each had personally signed this Bill of Lading.

WHEN the Place of Receipt of the Goods an inland point and is so named herein, any notation of "ON BOARD" "SHIPPED ON BOARD" or words to like effect on this Bill of Lading shall be deemed to mean on board the truck, trail car, air craft or other inland conveyance (as the case may be), performing carriage from the Place of Receipt of the Goods to the Port of Loading.

SEE clause 4 on the back of this Bill of Lading (Terms continued on the back hereof. Read Carefully)

**3. Notify Party** (Carrier not to be responsible for failure to notify)

DUISA, S.A. DE C.V.
TEL: 503 226 0137

| 4. Pre-carriage by* | | 5. Place of Receipt* | |
| --- | --- | --- | --- |
| 6. Ocean Vessel   Voy.No.   XIANG PING   2380N | | 7. Port of Loading   NINGBO | |

**ORIGINAL**

| 8. Port of discharge   ACAJUTLA | 9. Place of Delivery*   ACAJUTLA | 10. Final Destination (of the goods-not the ship) |
| --- | --- | --- |

| 11. Marks & Nos. container seal No. | 12. No. of containers or P'kgs. | 13. Kind of Packages : Description of Goods | 14. Gross Weight kgs | 15. Measurement |
| --- | --- | --- | --- | --- |
| DUISA CIF ACAJUTLA PORT, EL SALVADOR BL 9732B PO # 14085 | 500 DRUMS | SHIPPER'S LOAD, COUNT & SEAL SAID TO CONTAIN B/L FREIGHT AS AGREED  CALCIUM CHLORIDE | 21400 KGS  1X20'GP  CY-CY FREIGHT PREPAID   CCLU2731407/608564/20'GP | 20 CBM |
| | | 16. Description of Contents for Shipper's Use Only (CARRIER NOT RESPONSIBLE) | | |

*Particulars Furnished by the Merchants*

| 17. TOTAL NO. CONTAINERS OR PACKAGES (IN WORDS) | SAY FIVE HUNDRED(500)DRUMS ONLY. |
| --- | --- |

| 18. FREIGHT & CHARGES | 19. Revenue Tons | 20. Rate | 21. Per | 22. Prepaid | 23. Collect |
| --- | --- | --- | --- | --- | --- |
| | | | | | |

中海集装箱运输浙江有限公司
CHINA SHIPPING CONTAINER LINES CO., LTD.(ZHEJIANG)

ON BOARD
(2)

REMARSA EL SALVADOR, S.A.
79 AVENIDE SUR Y CALLE CUSCATLAN
EDIFICIO PLAZA CRISTAL, LOCAL 2-11,
COL. ESCALON, SAN SALVADOR,
EL SALVADOR, CENTRO AMERICA
TEL: 503 2298-5333
FAX: 503 7209-5487

| 25. Prepaid at | 26. Payable at | 27. Place and Date of Issue |
| --- | --- | --- |
| | | JUN 15 2006 |
| 28. Total prepaid in | 29. No. of Original B(s)/L   THREE | Signed for the Carrier   CHINA SHIPPING CONTAINER LINES CO., LTD. |

DATE JUN 15 2006

EXHIBIT G



146 Roundabout Ct.
Rocky Mount, NC 27804
Tel. (252)442-0700 / Fax (252)442-0787

**Please deliver to:**
Geng Xiaoning

**Company:**                                    **\*\*PURCHASE ORDER\*\***
Sinochem Jiangsu I & E Corp.

Herewith, Please accept our order for the following in reference to our order number BI.  9885

## RE: Purchase Order Number BI.9885

| Quantity | U/M | Part# | Description | Price | Extended Cost |
|---|---|---|---|---|---|
| 25.965 | MT | | Hipoclorito de Calcio 70% granular (Calcium Chloride for Water Treatment) | $1,350.0000 | $35,052.75 |

Packing Information
45 Kg plastic drums, white
Belco Labels / P& H labels
**PLEASE INCLUDE LOT NUMBER, FABRICATION DATE & EXPIRATION DATE**

BAG MARKINGS: **Calcium Hypochlorite 70%**

Manufactured for: Belco Resources, Inc.
       PO Box 8164
       Rocky Mount, NC
       Tel: 252-442-0700/ Fax: 252-442-0787
       E-mail: BelcoRes@aol.com / www.BelcoResources.com

Shipping Instructions:
**Embarcado en un Reefer de 40'**

Shipping Marks
Proquirsa
CIF Port Quetzal
BI.9885/ 1-577
PRO-012-07

Payment Terms:  net 60 days ocean B/L
Shipment Date :  IMMEDIATELY

Ship To:
\*\* CIF  Puerto Quetzal, Guatemala\*\*
Shipper: Belco Resources, Inc.
       PO Box 8164
       Rocky Mount, NC 27804
       Tel:(252)442-0700 Fax:(252)442-0787
Consignee: Productos Quimicos Representaciones, S.A.
       T:502-2474-5760 / F:502-2474-5761
Notify Party: Proquirsa S.A.
       Sr. Julio Villagran
Tel: 502-2474-5760 / Fax: 502-2474-5761

## Please adhere to the following requirement(s):

☒ Please do not include any priced literature with shipment. Your commercial invoice, ocean B/L, packing list certificate of analysis and certificate of insurance are to be sent to our office after shipment.

☒ Please arrange for shipment on first available vessel. Once available please provide us with shipping details; ETD, ETA and vessel name.

☒ No Chinese markings or characters or statement of Chinese Origin or Produder markings.

3: Please advise   ETA/ETD

Kindly confirm acceptance of this purchase order by return fax.
We thank you for your assistance in making this order possible. Should you have any questions, please contact us at the numbers listed above.

# MAERSK LINE

**BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT**

B/L No: 550707649

| | |
|---|---|
| Booking No. | 550707649 |
| Export references | |

**Shipper**
BELCO RESOURCES, INC.
PO BOX 8164 ROCKY MOUNT,
NC 27804
TEL : 252 442 0700

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

**Consignee** (negotiable only if consigned "to order", "to order of a named Person or "to order or bearer")
PRODUCTOS QUIMICOS
REPRESENTACIONES, S.A.
TEL : 502 2474 5760

**Notify Party** (see clause 22)
PROQUIRSA S.A. ST. JULIO
VILLAGRAN
TEL : 502 2474 5760

Place of Receipt. Applicable only when document used as Multimodal Transport B/L (see clause 1)

| Vessel (see clause 1 + 19) | Voyage No. |
|---|---|
| MAERSK DUBROVNIK | 0703 |

| Port of Loading | Port of Discharge |
|---|---|
| SHANGHAI | PUERTO QUETZAL |

Place of Delivery. Applicable only when document used as Multimodal Transport B/L. (see clause 1)

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 1 Container Said to Contain 577 DRUMS | 27465.200 KGS | 40.0000 CBM |

CALCIUM HYPOCHLORITE
CLASS:5.1 UN NO:2880
PACKAGE TYPE:II
TEMP:10'C
AIR VENT:80CBM/H VENT:80CBM/H.
40RHX1,
SAY FIVE HUNDRED AND SEVENTY SEVEN DRUMS ONLY
Mark&Nos.:
CIF PORT QUETZAL
B1:9885/1-577
PRO-012-07

**ORIGINAL**

MWCU5229320 CN7054845 40 REEF 9'6 577 DRUMS 27465.200 KGS 40.0000 CBM
Temperature: 10.0 C
IMO Class: 5.1
UN Number: 2880
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT

Goods shipped in refrigerated container(s) set at shipper's requested carriage
temperature as per above.

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier (see clause 14)

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

| Carrier's Receipt (see clause 1 and 14). Total number of containers or packages received by Carrier. | Place of Issue of B/L |
|---|---|
| 1 container(s) | Shanghai |

| Number & Sequence of Original B(s)/L. | Date of Issue of B/L |
|---|---|
| 3/THREE | 2007-02-12 |

| Declared Value (see clause 7.3) | Shipped on Board Date |
|---|---|
| | 2007-02-07 |

SHIPPED, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein, the total number or quantity of Containers or other packages or units indicated in the box entitled "Carrier's Receipt" for carriage from the Port of Loading (or the Place of Receipt, if mentioned above) to the Port of Discharge (or the Place of Delivery, if mentioned above), such carriage being always subject to the terms, rights, defences, provisions, conditions, exceptions, limitations, and liberties hereof (INCLUDING ALL THOSE TERMS AND CONDITIONS ON THE REVERSE HEREOF NUMBERED 1-26 AND THOSE TERMS AND CONDITIONS CONTAINED IN THE CARRIER'S APPLICABLE TARIFF) and the Merchant's attention is drawn in particular to the Carrier's liberties in respect of on deck stowage (see clause 18) and the carrying vessel (see clause 19). Where the bill of lading is non-negotiable the Carrier may give delivery of the Goods to the named consignee upon reasonable proof of identity and without requiring surrender of an original bill of lading. Where the bill of lading is negotiable, the Merchant is obliged to surrender one original, duly endorsed, in exchange for the Goods. The Carrier accepts a duty of reasonable care to check that any such document which the Merchant surrenders as a bill of lading is genuine and original. If the Carrier complies with this duty, it will be entitled to deliver the Goods against what it reasonably believes to be a genuine and original bill of lading, and to be discharged of its obligations to deliver the Goods, even if the Goods are delivered to someone not entitled to them, and the Carrier will be under no liability for so doing. In witness whereof, the Carrier or its agent has signed the number of original Bills of Lading stated herein whether written, printed, stamped or otherwise, all of this tenor and date, and whenever one original Bill of Lading has been surrendered all other Bills of Lading shall be void. IN WITNESS WHEREOF the number of original Bills of Lading stated on this side have been signed and wherever one original Bill of Lading has been surrendered any others shall be void.

Signed for the Carrier A.P. Moller - Maersk A/S trading as Maersk Line