# EXHIBIT A

Case 1:07-cv-05861-RMB-GWG    Document 27-2    Filed 11/28/2007    Page 1 of 5



# U.S. Environmental Protection Agency
## Substance Registry System

Recent Additions | Contact Us

EPA Home > SoR > SRS > Search > Substance

SRS Home
SoR Home

Other Numbers | Synonyms | Regulatory Resources | Other Sources | GROUP/Component | Related Links | Download

Introduction
Search
Contact Us

# Calcium hypochlorite



SoR Resources
 Recent Additions
 Upcoming Events
 Newsletter
 Presentations
 Registries
 Registration
 Subscription
 Site Map
 FAQs
 Help
 Glossary
 Administration

| | |
|---|---|
| EPA Source Name: | ChemIDStd |
| Systematic Name: | Hypochlorous acid, calcium salt |
| Systematic Source Name: | CAS-9CI |
| CAS Number: | 7778-54-3 |
| Classification: | Chemical |
| Molecular Formula: | Ca.2ClHO |
| Molecular Weight: | 145 |

## Other Numbers

This section provides other identifiers associated with this substance, including former CAS numbers, incorrectly used CAS numbers, and retired EPA Identifiers.

104381-95-5 (CAS Registry **Former CAS Number**) 129904-51-4 (CAS Registry **Former CAS Number**) 1332-17-8 (CAS Registry **Former CAS Number**) 56172-56-6 (CAS Registry **Former CAS Number**) 8031-48-9 (CAS Registry **Former CAS Number**)

## SMILES Notation

[Ca](OCl)OCl

## Synonyms

| Name |
|---|
| Hypochlorous acid, calcium salt |
| Calcium hypochlorite |
| HTH dry chlorine |
| Sentry |
| Bleaching powder |
| Calcium oxychloride |
| Chloride of lime |
| HTH |
| CCU |
| Calcium hypochloride |

| |
|---|
| Calcium hypochlorate |
| Calcium chlorohypochlorite |
| Calcium hypochlorite, hydrated mixture, with not less than 5.5% but not more than 10% water |
| Calcium hypochlorite mixture, dry, with more than 10% but not more than 39% available chlorine |
| Calcium hypochlorite mixture, dry, with more than 39% available chlorine (8.8% available oxygen) |

## Regulatory Resources

This section provides a list of regulations applicable to this chemical and other regulatory information such as chemical name listed in the regulation, name status, comments, regulation acronym, the regulation identifier, reason for the regulation, effective date, and withdrawn date.

| Acronym | Name | Status | Alternate ID | Reason for Regulation | Effective Date | End Date | Comment |
|---|---|---|---|---|---|---|---|
| CERCLA | Calcium hypochlorite | | | Hazardous Waste | | | |
| CWA 311 | Calcium hypochlorite | | | Hazardous Substance | 03/13/78 | | |
| TSCA Inv | Hypochlorous acid, calcium salt | | | Chemical in Commerce | | | |
| SARA 110 | Calcium hypochlorite | | | Tox Profile | 10/17/91 | 11/17/97 | Deleted from Revised Priority List in 1992, restored in 1995, and deleted in 1997. |
| FIFRA-Inerts | Calcium hypochlorite | | | | | | List 3 |

## Other Sources

This section provides a list of other sources of synonyms that contain data about this chemical substance, including literature references and databases.

| Acronym | Name | Status | Alternate ID | Comment |
|---|---|---|---|---|
| CAS-9CI | Hypochlorous acid, calcium salt | Systematic | | |
| CUS02 | Hypochlorous acid, calcium salt | | | |
| ATSDR | Hypochlorous acid, calcium salt | | | |
| HSDB | Calcium hypochlorite | | | |

| | | | | |
|---|---|---|---|---|
| ChemIDStd | Calcium hypochlorite | EPA Registry | | |
| NJ-RTK-HS | Calcium hypochlorite | | | |
| CUS94 | Hypochlorous acid, calcium salt | | | |
| ERNS | Calcium hypochlorite | | View | |
| ERNS | Sentry | Product Name | View | |
| ERNS | HTH dry chlorine | | View | |
| CERCLIS3 | Calcium hypochlorite | | | |
| GCES | Calcium hypochlorite | | | |
| CORR | Calcium hypochlorite | | | |
| OPPIN | Calcium hypochlorite | | View | |
| TSCATS | Hypochlorous acid, calcium salt | | | |
| ECOTOX | Calcium hypochlorite | | | |
| ECOTOX | Chloride of lime | | | |
| ECOTOX | HTH | | | |
| ECOTOX | Calcium hypochlorate | | | |
| ECOTOX | CCU | | | |
| ECOTOX | Calcium oxychloride | | | |
| ECOTOX | Bleaching powder | | | |
| ECOTOX | Hypochlorous acid, calcium salt | | | |
| ECOTOX | Calcium chlorohypochlorite | | | |
| ECOTOX | Calcium hypochloride | | | |
| CAMEO | Calcium hypochlorite mixture, dry, with more than 10% but not more than 39% available chlorine | | View | |
| CAMEO | Calcium hypochlorite, hydrated mixture, with not less than 5.5% but not more than 10% water | | View | |
| CAMEO | Calcium hypochlorite | | View | |
| CAMEO | Bleaching powder | Ambiguous | View | |
| CAMEO | Calcium hypochlorite mixture, dry, with more than 39% available chlorine (8.8% available oxygen) | | View | |
| HPVIS | Hypochlorous acid, calcium salt | | | |

## Group/Component

None

## Related Links

The following list includes links related to the selected metadata item. A link may lead to resources within the SRS, to another site within EPA, or go to a site outside EPA. A link may be another Web site or a document. For additional information on links to external Web sites, see SoR Disclaimer. Additional information about the source of the Related

Links can be found by clicking on the acronym or by selecting Help from the left-hand menu.

| Link | Acronym |
|---|---|
| NJ RTK Hazardous Substance Fact Sheet EXIT Disclaimer (.pdf) | NJ-RTK-HS |
| TSCATS Low Detail Report (.html) | TSCATS |

## Download

This section allows you to dynamically create a download file of the above information. Click on the radial button next to Formats for the download file, and click the Begin Download button.

**Formats:** ⦿ Text Report ○ Oracle (SQL*Loader) ○ Comma Separated (Microsoft Access, Excel)



Please note file creation may take a few moments. *Users of Microsoft Internet Explorer Version 3 and all versions of AOL's browser prior to 5.0 are unable to use the download capability. Please contact us specifying your download request and options, and we will e-mail you the file.*

EPA Home | Privacy and Security Notice | Contact Us

Last updated on Wednesday, February 1st, 2006
URL: http://www.epa.gov/srs/