# EXHIBIT B

Zim Integrated Shipping Services, Ltd. v. Belco Resources, Inc. et al
07-cv-05861
Zim Integrated Shipping Services, Ltd. Chinese Offices

|    | City Name | Agency Name | Address |
|----|-----------|-------------|---------|
| 1. | Bejing (B) | Zim Logistics (China) Co. Ltd. Bejing Branch | Unit 3125b, South Tower, Bejing Kerry Center No. 1, Guanghua Road, Chao Yang District Beijing 100020 China |
| 2. | Chongqing (Sc) | Zim Logistics (China) Co. Ltd. Chongqing Branch | Metropolitan Tower No. 68, Zhourong Road, Room 2302, Chongqing China 400010 |
| 3. | Dalian (Ln) | Zim Integrated Shipping Services (China) Ltd Dalian Branch | Room 3, 28th Floor, Rainbow Building, 23 Renmin Road, Zhongshan District Dalian - Liaoning Province Peoples Republic of China |
| 4. | Fuzhou (Fj) | Zim Integrated Shipping Services (China) Ltd Fzhou Branch | Unit 2503, Worldwide Plaza, 158 Wusi Road, Fuzhou 350003 Fuzhou China |
| 5. | Guangzhou (Gd) | Zim Logistics (China) Co. Ltd/Guangzhou Branch, As Agents For: Zim Integrated Shipping Services Co. Ltd. | Room 12a, 12/Fl. San Xin Plaza, 33 Huangpu Avenue West, Guangzhou 510620 People's Republic of China |
| 6. | Hangzhou (Zj) | Zim Integrated Shipping Services (China) Ltd. Hangzhou Rep. Office | Room 1706, No.3 Tower Zhongda Plaza 310 Zhongshan North Road, Hangzhou, 310003 P.R. China |
| 7. | Lianyungang (Js) | Zim Integrated Shipping Services (China) Co. Ltd. Lianyungang Representative Office | Room 302, 3rd Floor Shipping Co. Ltd Zhong Hua Road, Lianyungang Jiangsu 222042 China |
| 8. | Nanjing (Js) | Zim Logistics (China) Co. Ltd. Nanjing Branch | 23a Floor, Deji Bldg., No. 188 Changjiang Road, Nanjing 210005 Peoples' Republic of China |
| 9. | Ningbo (Zj) | Zim Integrated Shipping Services (China) Ltd Ningbo Branch | 6/F, Pufa Mansion 21 Jiang Xia St. Ningbo 305010 Peoples Republic of China |

| | City Name | Agency Name | Address |
|---|---|---|---|
| 10. | Qingdao (Sd) | Zim Integrated Shipping Services (China) Ltd. Qingdao Branch | Room B506 Fullhope Plaza No.12, Hongkong Middle Road, Qingdao 266071 China |
| 11. | Shanghai (Sh) | Zim Integrated Shipping Services (China) Ltd. China District Office | Room 2701, Raffles City 268 Xizang Rd. (M) Shanghai 200001 P.R. China |
| 12. | Shekou (Gd) | Represented by Zim Integrated Shipping Services (China) Ltd. Shenzhen Branch | Room 1901, Zhuoyue Time Square Yitian Road, Futian District, Shezhen 518048 China |
| 13. | Shunde (Gd) | Shunde Representative Office | Room 602, Hongjian Building, South Fengxiang Road Ronggui, Shunde Foshan City, Guandong Province, P.R. China |
| 14. | Shenzhen (Gd) | Zim Integrated Shipping Services (China) Ltd Shenzhen Branch | Room 1901, Zhuoyue Time Square Yitian Road Futian District Shenzhen 518048 China |
| 15. | Tianjin | Zim Integrated Shipping Services (China) Ltd. Tianjin Branch | 57 Chengdu Road, Heping District, Tianjin 300050 China |
| 16. | Wenzhou (Zj) | Zim Integrated Shipping Services (China) Ltd. Wenzhou Representative Office | Rm No. A-904 Dongfang Garden Building, Liming Zhong Road, Wenzhou 325003 P.R. China |
| 17. | Wuhan (Hb) | Zim Integrated Shipping Services Ltd Wuhan Representative Office | 1402 China Merchants Bank Tower No. 518, Hankou Construction Road, Wuhan 400022 China |
| 18. | Xiamen (Fj) | Zim Integrated Shipping Services (China) Ltd Xiamen Branch | Unit 06-07, 29/Floor, The Bank Centre, No. 189, Xiahe Road, Xiamen 361003 P.R. China |
| 19. | Yingkou (Ln) | Zim Integrated Shipping Services (China) Ltd. Yingkou Representative Office | Room 603, Pevanico Building No. 1, Xingang Road Bayuquan District, Yingkou P.R. China |
| 20. | Zhangjiagang (Js) | Zim Integrated Shipping Services Ltd | Room 6072, Guomao Hotel No.42 Renmin |

|     | City Name | Agency Name | Address |
|-----|-----------|-------------|---------|
|     |           | Zhangjuagang Representative Office | Road(M) Zhangjiagang City, 215600 Peopel'S Republic Of China |
|     |           |             |         |
| 21. | Zhongshan (Gd) | Zim Integrated Shipping Services (China) Ltd Zhongshan Representative Office | Room 401, Annex of Zhongshan International Hotel 142 Zhongshan Yi Road Zhongshan City, Guangdong Province, P.R. China |