UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
ZIM INTEGRATED SHIPPING SERVICES, :
LTD.,
                                                             :
                    Plaintiff,                                    07 CV 5861 (RMB)
                                                             :    ECF CASE
    -against-
                                                             :
BELCO RESOURCES, INC., SINOCHEM
JIANGSU CORPORATION (FORMERLY                :
KNOWN AS SINOCHEM JIANGSU IMPORT &
EXPORT CORPORATION), NANJING                 :
HUABIN FOREIGN TRADE & ECONOMICS
CO. LTD., DRAGONTRANS SHIPPING LTD. :
d/b/a HUABANG INTERNATIONAL, INC.,
SINOTRANS NINGBO INTERNATIONAL              :
FORWARDING AGENCY CO. LTD.,
JOHN DOE 1-10,                                               :

                    Defendants.                              :
------------------------------------------------------------X

### DECLARATION IN SUPPORT OF NANJING HUABIN FOREIGN TRADE & ECONOMICS, CO., LTD'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT

I, Mr. HUANG DAGANG, hereby declare and state as follows in accordance with 28 U.S.C. §1746:

    1.    I am the Chairman of the Board as well as General Manager of Nanjing Huabin Foreign Trade & Economics Co. Ltd. (hereinafter referred to as "Huabin"). I have held this

1

position since January of 2003. In that capacity I am authorized to bind Huabin and I am responsible for all commercial activities of Huabin and I am duly authorized to sign this declaration for and on behalf of Huabin.

2. I submit this Declaration in support of Huabin's Motion to Dismiss this action.

3. I make this Declaration based upon my own personal knowledge and upon information derived from the documents that I believe to be true and accurate.

4. Huabin is a foreign corporation organized and existing under and by virtue of the laws of P.R. China with an office and principal place of business at: 8/F Rui Hua Building, 315 South Zhongshan Road, Nanjing 210001, Jiangsu Province, P.R. China.

5. Huabin was and still is a trading company as well as an export agent, and was hired in this case as export agent to handle the documentation related to exportation of the goods in question. Huabin's sole duty as export agent was the preparation of the documents for shipment and customs clearance purposes, which includes the packing list, invoice and customs declaration. (Copies of these documents are attached as Exhibit "A"). On each of these documents, the goods are described as "hypochlorite salt". Pursuant to the applicable Chinese Tariff Schedule HS Code 28281000, calcium hypochlorite is classified as one type of hypochlorite salt. The total value of the cargo was $25,974 of which Huabin earned 1%, or $259.74, as export agent.

6. All Huabin documents, including any and all documents concerning this

incident, were prepared and executed in China, and where applicable, submitted to the Chinese authorities. All of our corporate documents and the documents relevant to this action are available in China.

7. Most of the documents Huabin produces in its capacity as export agent are in Chinese and will need to be translated from Chinese to English at significant cost.

8. All Huabin employees, including any and all potential witnesses concerning this incident, reside in China.

9. All of Huabin's employees with any knowledge of Huabin's activities in this case are native Chinese, speak Mandarin and, if this case proceeds in this district, will need to testify through an interpreter.

10. Huabin does not maintain an office in New York, does not have any mailing, telephone, telefax or telex facilities in New York, and does not have a New York bank account.

11. Huabin is subject to suit in P.R. China and would appear and defend if the Plaintiff were to commence their action there.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

HUANG DAGANG
Chairman and General Manager

Executed this 27th day of November, 2007 at Nanjing, P.R.China.