# EXHIBIT "A"

Case 1:07-cv-05861-RMB-GWG    Document 29-2    Filed 11/28/2007    Page 1 of 4

南京华宾对外经贸有限公司
**NANJING HUABIN FOREIGN TRADE & ECONOMICS CO.,LTD.**
ADDRESS:8F,315 SOUTH ZHONGSHAN RD NANJING,CHINA

INVOICE NO.: SNJHB76311
DATE: April 26,2007

TO: BELCO RESOURCES,INC.
146 ROUNDABOUT COURT.
ROCKY MOUNT,NC 27804 USA

| MARKS & ART NO. | DESCRIPTIONS OF GOODS | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
|  |  |  |  | CFR BELIZE |
| N/M | HYPOCHLORITE SALT | 19.98MTS | USD1,300.00 | USD25,974.00 |
|  | TOTAL: | 19.98MTS |  | USD25,974.00 |

PACKING IN 45 KG PLASTIC DRUMS
TOTAL PKGS:            444DRUMS

南京华宾对外经贸有限公司
NANJING HUABIN FOREIGN TRADE
& ECONOMICS CO.,LTD.

*[signature]*

南京华宾对外经贸有限公司
NANJING HUABIN FOREIGN TRADE & ECONOMICS CO.,LTD.
ADDRESS:8F,315 SOUTH ZHONGSHAN RD NANJING,CHINA

# PACKING LIST

INVOICE NO.: SNJHB76311
DATE: April 26, 2007

TO: BELCO RESOURCES, INC.
146 ROUNDABOUT COURT.
ROCKY MOUNT, NC 27804 USA

| MARKS & ART NO. | DESCRIPTIONS OF GOODS | QUANTITY | G.W. (KG) | N.W. (KG) | VOLUMN (CBM) |
|---|---|---|---|---|---|
| N/M | HYPOCHLORITE SALT | 19.98MTS | 20,400.00 KGS | 19,980.00 KGS | 20.00 CBM |
| | TOTAL: | 19.98MTS | 20,400.00 KGS | 19,980.00 KGS | 20.00 CBM |

PACKING IN 45 KG PLASTIC DRUMS
TAL PKGS:            444DRUMS

南京华宾对外经贸有限公司
NANJING HUABIN FOREIGN TRADE
& ECONOMICS CO.,LTD.

