# EXHIBIT A

About Sino | Sinochem Global | Sitemap | FAQs | 中文

**SINOCHEM JIANGSU CORPORATION**

SINOCHEM

www.sinochemjiangsu.com

| Home | About us | Dept. | Product | Career | Information | Contact | eRing |

Dept.

- Fine Chemicals Division
- Pharmaceuticals Divisin
- Chemicals Division
- Imports Division
- Engineering Materials Division
- R&D Center

## Co-operating Sincerity is our principle

### Chemical division

The division is for chemical products export; it has been engaged in professional operations of chemical resources, chemical intermediates, agrochemicals, colorants and performance chemicals, etc. In the past 30 years, its turnover has accumulated over one billion USD. It mainly deals in chemical resources, colorants and agrochemicals to meet various requirements by different clients. Every unit of this division is trying to take advantage of opportunities in the best possible way, and to better understand and meet a wide range of expectations and deals. If an agreement is signed, it will give you fully satisfaction.

The main business of Chemical Resources Dept. is of phosphorous chemicals and derivatives, tungsten-molybdenum and rare earth products, fluorides, food additives, sensitive materials, surface treatment and water disposal products, etc. At present, it has established close and sound partnerships with customers from Europe, America, Japan, Australia and some other developed countries, and it has also established contacts with those from Korea, South Africa and the Middle East. Based on the current situation, South Africa and East Europe market will be explored in an active way. During the business development, it insists that the customers are the core interest and market needs are the guidance, to form strategic alliances based on long-term partnerships. For key products and important customers, it dedicates to set up a long-term cooperative framework, so as to upgrade the quality of the products. Meanwhile, it also continuously adjusts its products structure to solidify and incubate its core products, and to actively develop high-tech and high value-added products in chemical resources.

The main business of Colorant Chemicals Dept. is involved with fine chemicals and its intermediates,

colorants and related performance chemicals. By combining several decades of experience and knowledge, this section has already built a mature and qualified professional team which is the fundamental basis for its continuous development. At the same time, it focuses on R&D for business development to satisfy various customer's needs from different markets. The Dept. has a wide and far-reaching impact in the chemical fields such as colorants and other related fine chemicals. By laying emphasis on strategic cooperation with customers both home and abroad, and through the innovations of marketing, production and business operations, it can take up an advantageous position in the competition.

The main business of Agrochemicals Dept. is the import and export of pesticides and their intermediates, and since they have stepped into this field for long term, they have won good reputation in the pesticides field. The business expansion has been presented global, and it has helped many manufacturers to obtain pesticides registration permits in many countries. We have our own manufacturing base, and have set up long-term cooperation with first class manufacturers and institutes both home and abroad. By having their own IPR it's able to develop various new products and pesticide intermediates. The Dept. is based on the concept of creating high values for our customers and to provide value-added services as well as qualified goods with our partners in a most efficient and precise manner.

**Chemical Products Profile:**

Phosphorous chemicals and derivatives, tungsten, molybdenum and rare earth products, fluorides, food additives, sensitive materials, surface treatment and water disposal products, etc.
Chemical intermediates, fine chemicals, dyestuffs and pigments, coating and industrial resins, Nano Coating Materials, photo initiators, etc.
Fungicides, herbicides, rodenticides, plant growth regulators, etc.

Copyright(C)2005, Sinochem Jiangsu Corporation All Rights Reserved.
Designed by ChemNet.com   CCN   Supported by Hi2000