# EXHIBIT B

中化江苏公司
SINOCHEM JIANGSU CORPORATION

Home | Sitemap | SINOCHEM Global |

Home | About Us | Businesses | Our Lab & Facilities | Quality Assurance | Philosophy | Corporate Citizenship | Job & Career

Search

**| About Us**

Company Profile
President's Message
Management Team
Structure
Corporate History



About Us



Current position —> Home — About Us — Company Profile

## Company Profile

Sinochem Jiangsu Corporation (Sinochem Jiangsu) is one of the key subsidiaries of Sinochem Corporation (Sinochem), which is one of the largest companies in the "Fortune 500". It is mainly engaged in the import and export business of chemicals, pharmaceuticals and other items. It's commodities are being exported to more than 80 countries and regions in the world.

Sinochem Jiangsu is accredited with ISO9001:2000 certification. For many years, Sinochem Jiangsu has constantly emphasized that the core of its business is to maximize of customers' benefits. The corporation has achieved high reputation in the field of international trading by offering top quality and personalized services for our customers.

During the long-term development of Sinochem Jiangsu, the corporation has established the strategic alliance partnerships with both up- and-down-stream customers all over the world. In the meantime, the corporation will speed up improvements in its operation and management functions. Supported by the Enterprise Resource Planning(ERP), the corporation has been optimizing its operation flow continuously. By setting up pharmaceuticals, fine chemicals, basic chemicals, imports and petrochemicals divisions, Sinochem Jiangsu has opened the way for development of a series of products and for the specialized marketing commodities by its trade and industry driven by R&D.

Sinochem Jiangsu warmly welcomes customers both at home and abroad, so as to benefit both customers and itself and create glorious achievements.

--Jump To--  [Goto]  Search



SINOCHEM Global

Contact Us

Catalog Download

Sinochem Jiangsu Corporation

Copyright© 1996 - 2006 Sinochem Jiangsu Corporation
Designed by 71nc.com

A Sinochem member company

Contact Us | FAQs | Legal Statement