# EXHIBIT C



**SINOCHEM CORPORATION**

| Make Us Your Homepage | Add to Favorite |  Wednesday, January-09-2008

| Home | About SINOCHEM | Business Overview | Brand Building | Listed Company | Press Room | Philosophy | Social Responsibility | Careers |

Location   Home   SINOCHEM Global   South America and North America

- China
- Asia & Oceania
- Europe & Africa
- North & South America

» Search

Search by Business
Search by Products
Search by Brands
Company Website

2006 Annual Reports
2006 Corporate Citizenship Report
Online Broadcasting

• South America and North America

**South America and North America**

→ SINOCHEM AMERICAN HOLDINGS, INC.
→ CRS RESOURCES (ECUADOR) LDC
→ SINOCHEM (U.S.A.),INC.
→ SINOCHEM REPRESENTATIVE OFFICE IN CUBA

SINOCHEM Worldwide | Contact us | Subscription | FAQs | Legal Statement | Site Map

SINOCHEM CORPORTION,ALL RIGHTS RESERVED    Please use IE(1024×768) to have better views