# EXHIBIT D

Sinochem Corporation > Business Overview > Chemicals > Details

Page 1 of 2

| Home | About SINOCHEM | Business Overview | Brand Building | Listed Company | Press Room | Philosophy | Social Responsibility | Care

Chinese | Make Us Your Homepage | Add to Favorite | Tuesday, January-08-2008



SINOCHEM CORPORATION

**Business Overview**

- Energy
- Agricultural
- Chemicals
- Financial Services
- Real Estate
- Other Business

Chemicals

Location  Home  Business Overview  Chemicals  Details

## SINOCHEM (U.S.A.), INC.

Established in 1982, Sinochem (U.S.A.), Inc. is the backbone trading subsidiary of Sinochem Corporation in the US. Over the years, the company has been engaged in the international trade of plastic particle, distribution of fine chemicals, custom synthesis of pharmaceutical intermediates. In 2006, Sinochem USA Inc. started to marketing the "Jincool" brand refrigerant R-134a in the United States.

**Business scope**

**Plastics**

The sales of polyethylene, polypropylene resin and BASF engineering plastics made in North America, South America, Europe and Southeast Asia in the Chinese market and the sales of BOPP film and polyethylene packaging bags made in China in the US and South America. As one of the investors, Sinochem (USA) Inc. is also the most important distributor TITAN which is the largest polyethylene and polypropylene manufacturer in Southeast Asia in the Chinese market.

**Fine chemicals & pharmaceutical intermediates**

The seamless supply channel between Chinese producers and US end users. We serve pharmaceutical, agrochemical and chemical industries with high performance specialty chemicals and logistic solutions.

**Search**


 Search by Business------
 Search by Products
 Search by Brands
 Company Website------

 2006 Annual Reports

 2006 Corporate Citizenship Report

Sinochem Corporation > Business Overview > Chemicals > Details

Page 2 of 2



Online Broadcasting

**Animal Nutrition & Feed additives**

Focusing on Vitamin supplements for North America's animal nutrition and feed premix producers. We provide whole supply chain management for our clients.

**Refrigerant and Fluorochemical**

Sinochem has intergrated Chinese strong upstream raw material feedstock supply to secure the strongest positon within the fluorochemical industry. State of art production lines and R&D centers in China will position Sinochem as a leading company committed to fluorochemicals. Refrigerant R-134a under the Jincool Brand is the first product commercially available for the marketplace. Sinochem USA Inc. is organizing a dynamic marketing program to serve the US OEM and Automobile aftermarket industries.

Method of contact

Address   1330 Post Oak Boulevard, Suite 2500, Houston, TX 77056, USA
Tel       001-713-686-0700
Fax       001-713-686-6801
E-mail    Plastics: lufb@sinochem-usa.com
          Fine chemicals & pharmaceutical intermediates    wujun@sinochem-usa.com
          Animal Nutrition and Feed Additives   wujun@sinochem-usa.com, jon.gillaspie@sinochem-usa.com
          Refrigerant and Fluorochemical    wujun@sinochem-usa.com, mfmarshall@sinochem-usa.com

SINOCHEM Worldwide  |  Contact us  |  Subscription  |  FAQs  |  Legal Statement  |  Site Map

SINOCHEM CORPORTION,ALL RIGHTS RESERVED    Please use IE(1024×768) to have better views