# EXHIBIT E

# NYS Department of State

## Division of Corporations

**Entity Information**

---

Selected Entity Name: SINOCHEM (U.S.A.), INC.

Selected Entity Status Information

**Current Entity Name:** SINOCHEM (U.S.A.), INC.
**Initial DOS Filing Date:** DECEMBER 16, 1982
**County:** NEW YORK
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
SINOCHEM (U.S.A.), INC.
1330 POST OAK BLVD.
SUITE 2500
HOUSTON, TEXAS, 77056-3026

**Chairman or Chief Executive Officer**
LINMIN GU
1330 POST OAK BLVD.
SUITE 2500
HOUSTON, TEXAS, 77056-3026

**Principal Executive Office**
SINOCHEM (U.S.A.), INC.
1330 POST OAK BLVD.
SUITE 2500
HOUSTON, TEXAS, 77056-3026

**Registered Agent**
NONE

NOTE: New York State does not issue organizational identification numbers.

Search Results          New Search

Division of Corporations, State Records and UCC Home Page    NYS Department of State Home Page