# EXHIBIT F

Home | Sitemap | SINOCHEM Global |


SINOCHEM JIANGSU CORPORATION

| Home | About Us | Businesses | Our Lab & Facilities | Quality Assurance | Philosophy | Corporate Citizenship | Job &



**I About Us**

Company Profile

President's Message

Management Team

Structure

Corporate History

Current position —> Home — About Us — Management Team

## Management Team



Products search [Search]

--Jump To-- [Goto]



 SINOCHEM Global
 Contact Us
 Catalog Download

Sinochem Jiangsu Corporation

President:Mr. Gu Linmin(center)   (click here to read more)

Vice President:Mr. Tian Dan(second from right)   (click here to read more)
Vice President:Mr. Wang Shujie(first from right)   (click here to read more)
Vice President:Mr. Shi Jianbo(second from left)   (click here to read more)
Vice President:Mr. Wu Xiaodong(first from left))   (click here to read more)

**Mr. Gu Linmin President**

Mr. Gu Linmin holds the Chemical Master's degree from Hangzhou University.

From July 1987 to January 2000, Mr. Gu worked as the salesperson, department manager and Sinochem Ningbo Corporation and was once the president in Ningxing Corporation in Australia. president of Sinochem America Corporation and Sinochem (U.S.A.),INC. in February 2000 and wa of Sinochem Jiangsu Corporation since May 2004. Mr. Gu has worked for 20 years in internation developed rich business management expertise and strong business leadership.

**Mr. Tian Dan Vice President**

Mr. Tian graduated from the Chemical Industry Department of Inner Mongolia University of Techonl Over more than 20 years of working for Sinochem Jiangsu Corporation, Mr. Tian was once the exp department manager and vice president. With rich international business and petrifaction experienc attained great reverence in the company. At present Mr. Tian is in charge of the Investment, Ri Management Department, R&D and Jiangsu Chemstar industries Co., Ltd.

**Mr. Wang Shujie Vice President**

Mr. Wang graduated from Nanjing Normal University and later received MBA from Nanjing Universi Mr. Wang began his career in Sinochem Jiangsu Corporation since 1986 and was engaged i preject management in pharmaceutical and chemical area. He was once the export salesper manager, assistant president and vice president. With rich marketing management experiences, he deep understanding of the development trends and characteristics of the international administration theory and practices. At present Mr. Wang is in charge of Pharmaceuticals and Division.

**Mr. Shi Jianbo Vice President**

Mr. Shi graduated from East China Normal University.

Mr. Shi Jianbo served in Sinochem since 1992, took the position as manager of administrativ Sinochem Corporation, Sinochem International Industry CO and Sinochem Fertilizer Company L later resigned when taking the position of the Helingeer county magistrate of Huhehaote of Province. In October 2004, he resumed the position of vice president of Sinochem Jiangsu Corpo human resource and business management experiences, at present he is in charge of Chemic Division, Shanghai Luodian Chemical Warehouse, Party Discipline Examination Team.

### Mr. Wu Xiaodong Assistant President

Mr. Wu graduated from Chemical Department of Nanjing University.

Over the more than 10 years of working for Sinochem Jiangsu Corporation, Mr. Wu was salesperson, department manager, division general manager and Assistant President. He has unic marketing management, team building and expending business. At present Mr. Wu is in charge of and Agrochemicals Division.

 A Sinochem member company

Copyright© 1996 2006 Sinochem Jiangsu Corporation
Designed by 71nc.com

Contact Us | FAQs | Legal Statement