# EXHIBIT G

# NYS Department of State

## Division of Corporations

### Entity Information

Selected Entity Name: SINOCHEM AMERICA ASSET MANAGEMENT LIMITED

Selected Entity Status Information

**Current Entity Name:** SINOCHEM AMERICA ASSET MANAGEMENT LIMITED
**Initial DOS Filing Date:** DECEMBER 09, 2004
**County:** NEW YORK
**Jurisdiction:** BAHAMA ISLANDS
**Entity Type:** FOREIGN BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
LISA C. CLEMENTE
CLEMENTE CAPITAL, INC.
575 MADISON AV., 8TH FL.
NEW YORK, NEW YORK, 10019

**Registered Agent**
NONE

NOTE: New York State does not issue organizational identification numbers.

Search Results          New Search

Division of Corporations, State Records and UCC Home Page    NYS Department of State Home Page