# EXHIBIT H



About Sino | Sinochem Global | Sitemap | FAQs | 中文



Home | About us | Dept. | Product | Career | Information | Contact | eRing

# Welcome to......

## SINOCHEM JIANGSU



Sinochem Jiangsu Corporation (Sinochem Jiangsu) is one of the key subsidiaries of Sinochem Corporation (Sinochem), which is one of the largest companies in the "Fortune 500". It mainly engages in the import and export of commodities such as chemical resources, pesticide, dyestuff and pigment; plastics and petrochemicals; active pharmaceutical ingredients and its intermediates; nutraceuticals and biochemicals, food additives; preparations and medical equipments; textile and light industrial products, electromechanical products. Its annual business turnover is over US$200 millionand its commodities are being exported to more than 80 countries and regions in the world.



**Products Search**

Select: --Products List--
Input:

[ Search ]   Manager

**Company News** > > > >



. Sinochem Registered Great Performance in 2005  01-03-2006

. Sinochem Participated in Canton Fair  19-12-2005

. Sinochem joined the Oil Forum and Energy Roundtable  19-12-2005

>>> more...

[ Search ]

---

Copyright(C)2005, Sinochem Jiangsu Corporation All Rights Reserved.
Designed by ChemNet.com   CCN   Supported by Hi2000

 A Sinochem Member Company

About Sino | Sinochem Global | Sitemap | FAQs | 中文


**SINOCHEM JIANGSU CORPORATION**

SINOCHEM

Home · About us · Dept. · Product · Career · Information · Contact · eRing

About us
Introduction
CEO's Message
Structure
Manage System

www.sinochemjiangsu.com

## Professional Service is our Promise

### Product

| Chemical Raw Materials | Colorant Chemicals and Performance Chemicals |
| Pesticides | Food Additive |
| Nutraceuticals | Pharmaceuticals |
| Specialty Chemicals | Pharmaceutical intermediates |
| Imported plastics | Pharmaceutical Finished Products |
| Imported rubber | Imported cosmetics |
| Diversified products | Imported petroleum oil |
| Special Meterials | |

Copyright(C)2005, Sinochem Jiangsu Corporation All Rights Reserved.
Designed by ChemNet.com   CCN   Supported by Hi2000

About Sino | Sinochem Global | Sitemap

中化江苏公司
SINOCHEM JIANGSU

SINOCHEM

Home    About us    Dept.    Product    Career    Information    Conta

About us

Introduction

CEO's Message

Structure

Manage System

Co-operating sincerity is our principle

## Product

- Chemical Raw Materials
  - Film Products
  - Food Additives
  - Molybdenum and Tungsten Products
  - NATURAL COLOR
  - NUTRITION ENHANCERS
  - Other Chemicals
  - Pharmaceutical Intermediate
  - Phosphorous products
  - Rare Earth
  - Surface treatment Products
  - SWEETNERS
  - Water Treatment Products

Copyright(C)2003, Sinochem Jiangsu Import & Export Corporation All Rights Reserved.
Member of ChemNet.com    CCN    Supported by Hi2000



About Sino | Sinochem Global | Sitemap

中化江苏公司
SINOCHEM JIANGSU

SINOCHEM

Home | About us | Dept. | Product | Career | Information | Conta

www.sinochemjiangsu.com

About us
Introduction
CEO's Message
Structure
Manage System

## Product

| No. | Product name | CAS No. | More |
|---|---|---|---|
| 001 | Amino Trimethylene Phosphonic Acid(ATMP) | | |
| 002 | 1-Hydroxyethylidene-1,1-diphosphonic Acid(HEDP) | | |
| 003 | 2-Phosphonobutane-1,2,4-Tricarboxylic Acid (PBTC) | | |
| 004 | Tetrakis Hydroxymethyl Phosphonium Sulfate (THPS) | | |
| 005 | Sodium Dichloroisocyanurate | | |
| 006 | Isocyanuric Acid | | |
| 007 | Trichloroisocyanuric Acid | | |
| 008 | Calcium Hypochlorite | | |
| 009 | Calcium Hypochlorite | | |
| 010 | Bronopol | | |
| 011 | 2,2-Dibromo-3-Nitrilopropion Amide | | |
| 012 | Calcium Hypophosphite | | |
| 013 | Cupric Pyrophosphate | | |
| 014 | Polyphosphoric Acid | | |
| 015 | Phosphorous Acid | | |
| 016 | Sodium Hypophosphite | | |
| 017 | Monosodium Phosphate | | |
| 018 | Disodium Phosphate | | |
| 019 | Trisodium Phosphate | | |
| 020 | Sodium Tripolyphosphate | | |

About 34 records found Showing 1 -- 20 of 34 Previous Next 1 2



About Sino | Sinochem Global | Sitemap

Home   About us   Dept.   Product   Career   Information   Contact

About us
Introduction
CEO's Message
Structure
Manage System

## Product

**Product Name:** Calcium Hypochlorite

[ Cas Number ]

[ Structure Formula ]

[ Specification ]
65% Min. Granular(Calcium Process)

[ Description ]

[ Contact ]

Copyright(C)2003, Sinochem Jiangsu Import & Export Corporation All Rights Reserved.
Member of ChemNet.com   CCN   Supported by Hi2000

http://sinochem.chemnet.com/en/product/00000032.html   12/31/2007





Copyright(C)2003, Sinochem Jiangsu Import & Export Corporation All Rights Reserved.
Member of ChemNet.com    CCN   Supported by Hi2000