> Rule B allows for 2 options to the garnishee. An order of the Court selecting 1 option does not appear necessary.
>
> SO ORDERED:
> Date: 1/23/08
> /s/ Richard M. Berman
> Richard M. Berman, U.S.D.J.

**MILLER & WRUBEL P.C.**
ATTORNEYS
250 PARK AVENUE
NEW YORK, NEW YORK 10177-0699
(212) 336-3500

**MEMO ENDORSED**

FACSIMILE
(212) 336-3555

January 23, 2008

**BY HAND**

Hon. Richard M. Berman
United States District Judge
United States Courthouse
40 Centre Street, Courtroom 706
New York, NY 10007

Re: *Zim Integrated Shipping Services, Ltd. v. Belco Resources, Inc., et al.*, No. 07-civ-5861 (RMB)(GWG)

Dear Judge Berman:

We represent UBS AG ("UBS"), a garnishee that has been served with process of maritime attachment and garnishment pursuant to Supplemental Rule B, in this action. Funds of defendant Sinochem Jiangsu Corporation at UBS, in the amount of $9,440.00, have been attached.

Pursuant to Rule B(3)(a) of the Supplemental Rules, UBS may deposit the attached funds into the registry of this Court. To facilitate this deposit with the Clerk, UBS requests that the Court enter the enclosed Order. (An original of the Order has been submitted to the Orders and Judgments Clerk.)

Plaintiff's counsel has informed us that plaintiff does not oppose entry of this Order. Copies of the enclosed order have been sent to counsel for the defendants that have appeared in this action.

Respectfully submitted,

Charles R. Jacob III

cc: Olivier D. L. DuPont, Esq.
(Counsel for Plaintiff – by e-mail w/o encl.)