

**Lovells**

Lovells LLP
590 Madison Avenue
New York NY 10022
Tel: +1 212 909 0600
Fax: +1 212 909 0660

February 4, 2008

**MEMO ENDORSED**

> The Court will extend if the reply (unlike the brief in chief) is really "joint," as in integrated (without sacrificing individual arguments). It is commonly done but requires more effort than went into the joint brief.
>
> SO ORDERED:
> Date: 2/5/08
> Richard M. Berman, U.S.D.J.

Hon. Richard Berman
United States District Judge
United States District Court
for the Southern District of New York
500 Pearl St., Room 650
New York, NY 10007

Re:   ZIM INTEGRATED SHIPPING SERVS., LTD. V. BELCO RESOURCES, INC. ET AL., CASE NO. 07-CIV-5861(RMB)

Your Honor:

We represent Sinochem Jiangsu Corporation ("Sinochem Jiangsu"), one of the defendants in the above-captioned case filed by plaintiff Zim Integrated Shipping Services, Ltd. ("Zim"). We are writing to request an extension of time of two (2) weeks to file reply papers in support of Sinochem Jiangsu's motion to dismiss Zim's complaint and to vacate Zim's prayer for a Rule (B) attachment.

According to your Order dated December 19, 2007, Sinochem Jiangsu's reply brief is due on Friday, February 8, 2008. We have spoken with counsel for all of the parties that have appeared (restricted or otherwise). Plaintiff Zim consents to Sinochem Jiangsu's request, and defendants Nanjing Huabin Foreign Trade & Economics Co. and Belco Resources, Inc., consent and ask for similar scheduling.

As you will recall, your Order dated December 19, 2007 was in response to Zim's letter request for additional time to file its opposition papers, because Zim was encountering difficulties locating people situated overseas. In addition to extending Zim's time to file its opposition papers, Your Order also extended the defendants' time to file their reply papers from January 18, 2008 to February 8, 2008.

At this time, we are encountering similar difficulties reaching the proper personnel in China to respond to Zim's allegations, due to the impact of the week-long celebration of the Chinese New

Lovells LLP is a limited liability partnership registered in England and Wales with registered number OC323639. Registered office and principal place of business Atlantic House, Holborn Viaduct, London EC1A 2FG. The word "partner" is used to refer to a member of Lovells LLP, or an employee or consultant with equivalent standing and qualifications.

Lovells LLP and its affiliated businesses have offices in: Alicante Amsterdam Beijing Brussels Chicago Dubai Düsseldorf Frankfurt Hamburg Ho Chi Minh City Hong Kong London Madrid Milan Moscow Munich New York Paris Prague Rome Shanghai Singapore Tokyo Warsaw    Associated offices: Budapest Zagreb

Lawyers(USA) Solicitors Rechtsanwalte Avocats Advocaten Notarissen Avvocati Abogados

Hon. Richard Berman                    2                    February 4, 2008

Year. We are also concerned by reports of severe weather conditions taking place in China, and how these developments could further limit our access to information and personnel. This request for an extension will have no impact on other deadlines in this litigation.

Respectfully submitted,

Edward T. Schorr

cc: Hon. Judge Gabriel W. Gorenstein
Vincent M. DeOrchis, Esq.
William R. Bennett, III, Esq.
Lauren Cozzolino Davies, Esq.

*Lovells*