# DeOrchis & Partners, LLP

| Florida Office: | Attorneys at Law and Proctors in Admiralty | New Jersey Office: |
|---|---|---|
| 8751 W. Broward Blvd., Ste. 203<br>Ft. Lauderdale, FL 33324<br>(954) 652-0100 | 61 Broadway, 26th Floor<br>New York, New York 10006-2802 | 1495 Morris Avenue<br>Union, NJ 07083<br>(973) 467-4740 |
| Connecticut Office:<br>24 Hoyt Street<br>Stamford, CT 06905<br>(203) 323-9120 | Telephone: (212) 344-4700<br>Facsimile: (212) 422-5299<br>www.methelex.com | Massachusetts Office:<br>2355 Main Street, P.O. 186<br>S. Chatham, MA 02659<br>(508) 432-2121 |



January 8, 2008

**BY HAND DELIVERY**

Judge Richard M. Berman
United States District Court
Southern District of new York
40 Centre Street, Courtroom 706
New York, NY 10007

**MEMO ENDORSED**
p2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-11-08

Re:   Zim Integrated Shipping Services, Ltd. v. Belco Resources, Inc. et al.
      Southern District of New York, 07 Civ. 5861 (RMB)(GWG)

Dear Judge:

We are attorneys representing plaintiff Zim Integrated Shipping Services, Ltd., in connection with the above referenced action and we are writing you to request the authorization to file the declaration of Dragontrans Shipping Services, Ltd., ("Dragontrans"), a defendant located in China who has not yet appeared or otherwise pleaded, in support of plaintiff's opposition to defendants Sinochem Jiangsu Corporation and Nanjing Huabin Foreign Trade & Economics Co., Ltd.'s motion to dismiss on grounds of *forum non conveniens*.

Although requested in early January, we only received last Monday a declaration under penalty of perjury from Mr. Robin Du, Dragontrans' General Manager located in Ningbo, China, in support of Plaintiff's opposition to the motion to dismiss. In his declaration, Mr. Du offers to make himself available to testify in the United States before this Court and further offers to disclose all documents in his possession in relation to the booking of the cargo subject to this litigation. Attached please find a true and accurate copy of Mr. Du's declaration.

This declaration may certainly affect the defendants' *forum non conveniens* analysis to the extent one of the Chinese defendants, a key prospective witness, offers to testify in this Court and perceives this U.S. court as an adequate forum to adjudicate this matter.

We would like to be authorized to file Mr. Du's declaration so as to afford the defendants an opportunity to respond to it in their reply papers due on February 22, 2008, after this Court granted last Wednesday the defendants' request for a two week extension of time to file their reply.

Letter to Judge Berman
*February 8, 2008*
*Page 2 of 2*

      We thank Your Honor for his attention in this matter.

                             Respectfully submitted,

                             Olivier D. L. DuPont

<u>By Facsimile and E-mail</u>:

TO:    Lovells, LLP
         Attn: Edward Schorr, Esq., Hillel Parness, Esq. and Derek J. Craig, Esq.
         590 Madison Avenue
         New York NY 10022
         Tel: (212)-909-0600
         Fax: (212)-909-0660
         *Attorneys for Sinochem Jiangsu Corporation*

TO:    Bennett, Giuliano, McDonnell & Perrone
         Attn: William R. Bennett, III, Esq.
         225 West 34th Street
         Suite 402
         New York, NY 10122-0402
         Tel: (646) 328-0120
         Fax: (646) 328-0121
         *Attorneys for Belco Resources, Inc.*

TO:    Tisdale & Lennon, LLC
         Attn: Thomas L. Tisdale, Esq.
         11 West 42nd St., Suite 900
         New York, NY 10036
         Tel: (212) 354-0025
         Fax: (212) 869-0067
         *Attorneys for Nanjing Huabin Foreign Trade & Economics Co., Ltd.*

> We need a certified translation of the dictation.
>
> SO ORDERED:
> Date: 2/11/08
> Richard M. Berman, U.S.D.J.

W:\1236-689\Corres\Let Judge Berman 020708.doc

2