# DeOrchis & Partners, LLP

| Florida Office: | Attorneys at Law and Proctors in Admiralty | New Jersey Office: |
|---|---|---|
| 8751 W. Broward Blvd., Ste. 203 | 61 Broadway, 26th Floor | 1495 Morris Avenue |
| Ft. Lauderdale, FL 33324 | New York, New York 10006-2802 | Union, NJ 07083 |
| (954) 652-0100 | | (973) 467-4740 |

| Connecticut Office: | | Massachusetts Office: |
|---|---|---|
| 24 Hoyt Street | Telephone: (212) 344-4700 | 2355 Main Street, P.O. 186 |
| Stamford, CT 06905 | Facsimile: (212) 422-5299 | S. Chatham, MA 02659 |
| (203) 323-9120 | www.marinelex.com | (508) 432-2121 |

February 27, 2008



**BY HAND DELIVERY**

The Honorable Richard M. Berman
United States District Court
Southern District of New York
40 Centre Street, Room 650
New York, NY 10007

**MEMO ENDORSED p2**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/27/08

Re:   Zim Integrated Shipping Services, Ltd. v. Belco Resources, Inc. et al.
      Southern District of New York, 07 Civ. 5861 (RMB)(GWG)

Dear Judge Berman:

    We represent plaintiff Zim Integrated Shipping Services, Ltd. in the above captioned matter. We write to seek leave to file a sur-reply in opposition to the joint motion of defendants Sinochem Jiangsu Corporation ("Sinochem"), Nanjing Huabin Foreign Trade and Economics Co., Ltd., ("Huabin") and Belco Resources, Inc., ("Belco") to dismiss and to vacate plaintiff's complaint and prayer for a maritime attachment and garnishment.

    Defendants Sinochem, Huabin and Belco filed last Friday their joint reply brief. In their new brief, the defendants raise for the first time several issues of law and factual allegations which were not argued in their originating motion and which plaintiff would like to address in a sur-reply.

    More specifically, in further support of their motion to dismiss on grounds of Rule 12(b)(6) and *forum non conveniens*, Defendants Sinochem and Huabin set forth for the first time in their reply brief that:

(1) an action was commenced in China in January 2008 by a defendant which has not appeared; this new fact would allegedly support their motion on grounds of *forum non conveniens* and would further allegedly undermine the declaration of another defendant, Dragontrans Shipping Services, Ltd., in support of plaintiff's opposition to their motion *(See* Reply Brief, pages 6 and 8);

(2) their elaborated tally of the number of potential U.S. cargo claimants sued by plaintiff in the second related action docketed 07 Civ 6500 would allegedly indicate that the U.S. defendants represent only a small fraction of the overall number of shippers and defendants *(See* Reply Brief, pages 6-7); this tally is inconsistent with the law and the number of actual or represented claimants against Zim as indicated in the declaration of Thomas Willoughby in support of plaintiff's opposition;

Letter to Judge Berman
*February 27, 2008*
*Page 2 of 2*

(3) a line of cases about "unattributed statements made by agents" would allegedly render the pleadings deficient under Rule 9(b) *(See* Reply Brief, page 3);

(4) the Supreme Court's decision in *Phillips Petroleum v. Shutts* (violation of the Due Process Clause) would allegedly say something different than what plaintiff argued in its opposition brief *(See* Reply Brief, page 4).

Finally, defendant Belco invokes a new legal argument in support of its motion for *vacatur* of the Rule B attachment by alleging that plaintiff would have already obtained sufficient security *(See* Reply Brief, pages 9-10).

We seek leave of the Court to file a sur-reply of no more than three (3) pages to respond to these new arguments raised for the first time by the defendants in their reply brief.

Respectfully submitted,

Vincent M. DeOrchis

Encl.

CC:  Via e-mail
Lovells, LLP, *Attorneys for Sinochem Jiangsu Corporation.*
Bennett, Giuliano, McDonnell & Perrone, LLP, *Attorneys for Belco Resources, Inc.*
Tisdale Law Offices, LLC, *Attorneys for Nanjing Huabin Foreign Trade & Economics Co., Ltd.*

W:\1236-689\Corres\Let Judge Berman re sur-reply 022708.doc

---

Application Granted.

SO ORDERED
Date: 2/27/08   Richard M. Berman
Richard M. Berman, U.S.D.J.