UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ZIM INTEGRATED SHIPPING SERVICES, LTD.,

                            Plaintiff,

- against -

BELCO RESOURCES, INC., SINOCHEM JIANGSU CORPORATION (FORMERLY KNOWN AS SINOCHEM JIANGSU IMPORT & EXPORT CORPORATION), NANJING HUABIN FOREIGN TRADE & ECONOMICS CO., LTD., DRAGONTRANS SHIPPING LTD. d/b/a HUABANG INTERNATIONAL, INC., SINOTRANS NINGBO INTERNATIONAL FORWARDING AGENCY CO., LTD., JOHN DOE 1-10,

                           Defendants.
-------------------------------------------------------------X

**ECF FILED**

Case No. 07-civ-5861 (RMB)

**NOTICE OF**
**VOLUNTARY DISMISSAL**

      Plaintiffs ZIM INTEGRATED SHIPPING SERVICES, LTD., through its attorneys, DeOrchis & Partners, LLP, therefore and hereby file a notice of dismissal *without prejudice* pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure as against defendant Dragontrans Shipping Ltd. d/b/a Huabang International, Inc., no answer or motion for summary judgment having been filed by said defendant at the time of this filing.

Dated:  New York, New York
          March 6, 2008

**DeORCHIS & PARTNERS, LLP**
Attorneys for Plaintiffs


By:   s/Olivier D. L. DuPont_____
Vincent M. DeOrchis (VMD-6515)
William E. Lakis (WL-9355)
Olivier D. L. DuPont (OD-2817)
61 Broadway, 26th Floor

New York, New York  10006-2802
(212) 344-4700
Our File:  1236-689

W:\1236-689\Legals\Voluntary Dismissal\Voluntary dismissal Dragontrans 030608.odld.doc