UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ZIM INTEGRATED SHIPPING SERVICES,
LTD.,

                                Plaintiff,

        - against -

BELCO RESOURCES, INC., SINOCHEM
JIANGSU CORPORATION (FORMERLY
KNOWN AS SINOCHEM JIANGSU IMPORT &
EXPORT CORPORATION), NANJING
HUABIN FOREIGN TRADE & ECONOMICS
CO., LTD., DRAGONTRANS SHIPPING LTD.
d/b/a HUABANG INTERNATIONAL, INC.,
SINOTRANS NINGBO INTERNATIONAL
FORWARDING AGENCY CO., LTD.,
JOHN DOE 1-10,

                                Defendants.
-------------------------------------------------------------X

**MEMO ENDORSED**

**ECF FILED**

Case No. 07-civ-5861 (RMB)

**NOTICE OF
VOLUNTARY DISMISSAL**

        Plaintiffs ZIM INTEGRATED SHIPPING SERVICES, LTD., through its attorneys,

DeOrchis & Partners, LLP, therefore and hereby file a notice of dismissal *without prejudice*

pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure as against defendant

Dragontrans Shipping Ltd. d/b/a Huabang International, Inc., no answer or motion for

summary judgment having been filed by said defendant at the time of this filing.

Dated:  New York, New York
        March 6, 2008

**DeORCHIS & PARTNERS, LLP**
Attorneys for Plaintiffs

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/7/08

By:   s/Olivier D. L. DuPont
Vincent M. DeOrchis (VMD-6515)
William E. Lakis (WL-9355)
Olivier D. L. DuPont (OD-2817)
61 Broadway, 26th Floor

SO ORDERED:

RICHARD M. BERMAN U.S.D.J.

3/7/08