DEORCHIS & PARTNERS, LLP
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700

*Attorneys for Plaintiff*
*Zim Integrated Shipping Services, Ltd.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ZIM INTEGRATED SHIPPING SERVICES, LTD.,

        Plaintiff,   Case No. 07-civ-5861 (RMB)

  - against -

BELCO RESOURCES, INC., SINOCHEM   **NOTICE OF MOTION**
JIANGSU CORPORATION (FORMERLY KNOWN
AS SINOCHEM JIANGSU IMPORT & EXPORT
CORPORATION), NANJING HUABIN FOREIGN
TRADE & ECONOMICS CO., LTD.,
DRAGONTRANS SHIPPING LTD. d/b/a
HUABANG INTERNATIONAL, INC.,
SINOTRANS NINGBO INTERNATIONAL
FORWARDING AGENCY CO., LTD.,
JOHN DOE 1-10,

        Defendants.
-------------------------------------------------------------X

  PLEASE TAKE NOTICE that Plaintiff, ZIM INTEGRATED SHIPPING SERVICES, LTD. ("Zim") will, by its attorneys DeOrchis & Partners, LLP, upon the accompanying Memorandum of Law and Exhibits thereto move this Court before the Honorable Richard M. Berman on October 1, 2004, for an Order reversing the Court's Order & Decision entered on May 5, 2008, insofar as it dismisses the second and third causes of action of Zim's second amended complaint.

  PLEASE TAKE FURTHER NOTICE that you shall serve any answering memoranda within seven (7) days after service of the moving papers pursuant to the Court's endorsed order.

Dated: New York, New York
    May 15, 2008

          D<small>E</small>ORCHIS, & PARTNERS, LLP
          Attorneys for Plaintiff
          Zim Integrated Shipping Services, Ltd.


          By:___s/_____
             Vincent M. DeOrchis (VMD-6515)
             Olivier D. L. DuPont (OD-2817)
             61 Broadway, 26th Floor
             New York, New York  10006-2802
             (212) 344-4700
             Our File:  1236-689


TO:    Bennett, Giuliano, McDonnell & Perrone, LLP
        *Attorneys for BELCO RESOURCES, INC.*
        Attn: William R. Bennett, III, Esq.
        225 West 34th Street
        Suite 402
        New York, NY 10122-0402
        Tel: (646) 328-0120
        Fax: (646) 328-0121

TO:    Tisdale Law Offices, LLC
        *Attorneys for NANJING HUABIN FOREIGN TRADE & ECONOMICS CO., LTD.*
        Attn: Thomas L. Tisdale, Esq., Lauren C. Davies, Esq.
        11 West 42nd St., Suite 900
        New York, NY 10036
        Tel: (212) 354-0025
        Fax: (212) 869-0067

TO:    Lovells, LLP
        *Attorneys for SINOCHEM JIANGSU CORPORATION*
        Attn: Edward Schorr, Esq., Hillel Parness, Esq.
        590 Madison Avenue
        New York NY 10022
        Tel: (212)-909-0600
        Fax: (212)-909-0660