# DeOrchis & Partners, LLP

| Florida Office: | Attorneys at Law and Proctors in Admiralty | New Jersey Office: |
|---|---|---|
| 8751 W. Broward Blvd., Ste. 203 | 61 Broadway, 26th Floor | 1495 Morris Avenue |
| Ft. Lauderdale, FL 33324 | New York, New York 10006-2802 | Union, NJ 07083 |
| (954) 652-0100 | | (973) 467-4740 |
| Connecticut Office: | Telephone: (212) 344-4700 | Massachusetts Office: |
| 24 Hoyt Street | Facsimile: (212) 422-5299 | 2355 Main Street, P.O. 186 |
| Stamford, CT 06905 | www.marinelex.com | S. Chatham, MA 02659 |
| (203) 323-0120 | | (508) 432-2121 |

May 14, 2008




**MEMO ENDORSED**

**BY HAND DELIVERY**

The Honorable Richard M. Berman
United States District Court
Southern District of New York
40 Centre Street, Room 650
New York, NY 10007

Re:   Zim Integrated Shipping Services, Ltd. v. Belco Resources, Inc. et al.
      <u>Southern District of New York, 07 Civ. 5861 (RMB)(GWG)</u>

Dear Judge Berman:

We represent plaintiff Zim Integrated Shipping Services, Ltd., in the above captioned matter and we are writing to request a pre-motion conference to move for reconsideration of the Decision & Order entered on May 5, 2008, in the above captioned matter.

Our client has now instructed us to ask the Court to reconsider its ruling dismissing plaintiff's second and third causes of action of its second amended complaint (*See* Order & Decision, pp. 7-8). We believe that the Court has overlooked the law of the Second Circuit on the notice of intent to plead a foreign law pursuant to Fed. R. Civ. P. 44.1, and the fact that plaintiff did include a new "Third Cause of Action" (*See* Second Amended Complaint, ¶¶ 58-64) pleading alternative bodies of law by specifically invoking the provisions of 46 U.S.C. § 1304(6) of COGSA and "international conventions" or "similar applicable international conventions" (*See* Second Amended Complaint, ¶¶ 54, 59 and 61) in accordance with the Second Circuit Court of Appeals in <u>Rationis Enterprises Inc. of Panama v. Hyundai Mipo Dockyard Co., Ltd.</u>, 426 F.3d 580, 585 (2d Cir. 2005).

Letter to Judge Berman
*May 14, 2008*
*Page 2 of 2*

    We also would like to draw the attention of the Court on the expiration of the ten (10) days to file a motion for reconsideration under Local Rule 6.3 on May 15, 2008.

                                                       Respectfully submitted,

                                                       Vincent M. DeOrchis

CC:    <u>Via e-mail</u>
        Lovells, LLP, *Attorneys for Sinochem Jiangsu Corporation.*
        Bennett, Giuliano, McDonnell & Perrone, LLP, *Attorneys for Belco Resources, Inc.*
        Tisdale Law Offices, LLC, *Attorneys for Nanjing Huabin Foreign Trade & Economics Co., Ltd.*

W:\1236-689\Corres\Let Judge Berman 051408.doc

> No need for a conference + Pl can go ahead + file. Def will have 1 week to respond. Counsel may submit letter briefs if they wish.
>
> SO ORDERED
> Date: 5/14/08
> Richard M. Berman, U.S.D.J.