UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZIM INTEGRATED SHIPPING SERVICES, LTD.,<br>                Plaintiff,<br><br>- v. -<br><br>BELCO RESOURCES, INC., SINOCHEM JIANGSU CORPORATION (FORMERLY KNOWN AS SINOCHEM JIANGSU IMPORT & EXPORT CORPORATION), NANJING HUABIN FOREIGN TRADE & ECONOMICS CO., LTD., DRAGONTRANS SHIPPING LTD. d/b/a HUABANG INTERNATIONAL, INC., SINOTRANS NINGBO INTERNATIONAL FORWARDING AGENCY CO., LTD., JOHN DOE 1-10,<br>                Defendants. | 07 CIV 5861 (RMB) (GWG)<br><br>DISCLOSURE OF INTERESTED PARTIES PURSUANT TO <u>FED. R. CIV. P. 7.1</u> |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Sinochem Jiangsu Corporation ("Sinochem Jiangsu"), by its attorneys Lovells LLP, certifies that Sinochem Jiangsu is wholly owned by Sinochem Corporation, a state-owned enterprise organized under the laws of the People's Republic of China.

Dated: New York, New York
       May 16, 2008

                                        LOVELLS LLP

                                        By: _____
                                              Edward T. Schorr (ES-0290)
                                              Hillel I. Parness (HP-1638)
                                              Derek J. Craig (DC-0999)

                                        590 Madison Avenue
                                        New York, New York
                                        (212) 909-0600

                                        *Attorneys for Defendant Sinochem Jiangsu Corporation*