# Bennett, Giuliano, McDonnell & Perrone, LLP

| **New Jersey Office:** | 494 8th Avenue, 7th floor | **Florida Office:** |
|---|---|---|
| 201 Littleton Road | New York, New York 10001 | 6615 West Boynton Beach Blvd. |
| P.O. Box 513 | | No. 351 |
| Morris Plains, NJ 07950 | **Telephone:** (646) 328-0120 | Boynton Beach, FL 33437 |
| Tel. (973) 387-0486 | **Telefax:** (646) 328-0121 | Tel. (561) 337-8816 |
| Fax (973) 796-2884 | www.bgmplaw.com | Fax. (561) 337-4653 |

William R. Bennett, III, *Partner*
wbennett@bgmplaw.com

May 27, 2008

Judge Richard M. Berman
United States District Court
Southern District of New York
40 Centre Street, Courtroom 706
New York, New York 10007

      Re:   Zim American Integrated Shipping Services Ltd.
             v. Belco Resources, Inc. et al.
             **Docket No.:**   07 Civ. 5861 (RMB) (GWG)
             **Our File:**     D687

Dear Judge Berman:

      We represent defendant Belco Resources, Inc. ("Belco"), in the above-captioned matter. We write to advise that we join in defendant Sinochem's motion in opposition to plaintiff's motion for reconsideration.

Respectfully submitted,

William R. Bennett, III

/bm

cc:   DeOrchis, Weiner & Partners, LLP
      Attorneys for ZIM AMERICAN INTEGRATED
        SHIPPING SERVICES LTD.
      Attn:  Vincent DeOrchis, Esq.
      61 Broadway, 26th Floor
      New York, NY 10006-2802
      Tel.:   (212) 344-4700
      Fax:   (212) 422-5299

Lovells LLP
Attorneys for SINOCHEM JIANSU CORPORATION
Attn:   Edward T. Schorr
590 Madison Avenue
New York, NY 10022
Tel.:   (212) 909-0600
Fax:    (212) 909-0660

Tisdale & Lennon, LLC
Attorneys for NANJING HUABIN FOREIGN TRADE &
 ECONOMICS CO., LTD.
Attn:   Lauren C. Davies, Esq.
11 West 42nd Street, Suite 900
New York, NY 10036
Tel.:   (212) 354-0025
Fax:    (212) 869-0067

HUABANG INTERNATIOAL, INC. d/b/a DRAGONTRANS
SHIPPING LTD.
Attn:   Mr. Robin Du, General Manager
8F Centre Commercial Building (Room B-33)
54 Dashani Street
Ningbo, Zhejiang Province
P.R.C.
Tel.:   +86 (0) 574 8719 6068
Fax)    +86 (0) 574 8719 6058

SINOTRANS NINGBO INTERNATIONAL FORWARDING
AGENCY CO., LTD.
69 Jie Fang South Road
5th Floor Sinotrans Mansion
Ningbo, Zhejiang Province
P.R.C.
Tel.:   011-86-574-87321070
Fax:    011-86-574-87321309