11 WEST 42ND STREET, SUITE 900  
NEW YORK, NY 10036  
(212) 354-0025  
FAX: (212) 869-0067  

TL@TISDALE-LAW.COM


# TISDALE
## LAW OFFICES, LLC

*New York, NY · Southport, CT*

10 SPRUCE STREET  
SOUTHPORT, CT 06890  
(203) 254-8474  
FAX: (203) 254-1641  

WWW.TISDALE-LAW.COM

May 27, 2008

**_Via ECF_**  
Honorable Richard M. Berman  
United States District Court  
Southern District of New York  
40 Centre St., Courtroom 706  
New York, NY 10007

      Re:    **Zim Integrated Shipping Services Ltd. v. Nanjing Huabin Foreign Trade & Economics Co. Ltd., et al.**  
             **Docket No.: 07 Civ. 5861**  
             **Our File No.: 06-99-1725**

Dear Judge Berman:

      We represent Defendant Nanjing Huabin Foreign Trade & Economics Co., Ltd., in the above-captioned matter. We write to advise that we join in Defendant Sinochem's Motion in Opposition to Plaintiff's Motion for Reconsideration.

                                           Respectfully submitted,

                                           Lauren C. Davies

mt

cc:    **_Via ECF_**  
       Vincent DeOrchis  
       William Bennett  
       Edward Schorr