# DeOrchis & Partners, LLP

*Florida Office:*
8751 W. Broward Blvd., Ste. 203
Ft. Lauderdale, FL 33324
(954) 652-0100

*Connecticut Office:*
24 Hoyt Street
Stamford, CT 06905
(203) 323-9120

*Attorneys at Law and Proctors in Admiralty*

61 Broadway, 26th Floor
New York, New York 10006-2802

Telephone: (212) 344-4700
Facsimile: (212) 422-5299
www.marinelex.com

*New Jersey Office:*
1495 Morris Avenue
Union, NJ 07083
(973) 467-4740

*Massachusetts Office:*
2355 Main Street, P.O. 186
S. Chatham, MA 02659
(508) 432-2121



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/03/08

May 29, 2008

**BY HAND DELIVERY**

The Honorable Richard M. Berman
United States District Court
Southern District of New York
40 Centre Street, Room 650
New York, NY 10007

**MEMO ENDORSED** MAY 30 2008

Re: Zim Integrated Shipping Services, Ltd. v. Belco Resources, Inc. et al.
    Southern District of New York, 07 Civ. 5861 (RMB)(GWG)

Dear Judge Berman:

We represent plaintiff Zim Integrated Shipping Services, Ltd., in the above captioned matter. We respectfully request the authorization to file a two (2) page reply brief to address Defendant Sinochem Jiangsu Corporation's opposition to Zim's motion for reconsideration of the Decision & Order entered on May 5, 2008.

More precisely, in opposition to point III of Zim's motion brief, Defendant Sinochem Jiangsu Corporation intentionally modifies the question of law raised by Zim ("sanction for failure to give notice of intent to raise foreign law", *See* Br. page 11) into a distinct and irrelevant question ("sanction for failure to state claims under foreign law", *See* Opp. Br. page 8). We request the authorization to rebut Defendant Sinochem Jiangsu Corporation's attempt to mislead the Court.

Respectfully submitted,

Olivier D. L. DuPont

Letter to Judge Berman
*May 29, 2008*
*Page 2 of 2*

CC: <u>Via e-mail</u>
  Lovells, LLP, *Attorneys for Sinochem Jiangsu Corporation.*
  Bennett, Giuliano, McDonnell & Perrone, LLP, *Attorneys for Belco Resources, Inc.*
  Tisdale Law Offices, LLC, *Attorneys for Nanjing Huabin Foreign Trade & Economics Co., Ltd.*

W:\1236-689\Corres\Let Judge Berman 052908.doc

> Application Granted.
> Submit by 6/9/08.
>
> SO ORDERED:
> Date: 6/3/08
> [signature] Richard M. Berman, U.S.D.J.