UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ZIM INTEGRATED SHIPPPING, et al.,                PRETRIAL ORDER

       -v-                                                                       07 Civ. 5861(RMB)(GWG)

BELCO RESOURCES, et al.,
-----------------------------------------------------------------x
ZIM INTEGRATED SHIPPING SERVICES LTD.  x

       -v-                                                                       07 Civ. 6500 (RMB)(GWG)

PRODIUMPORT EMPRESA IMPORTADORA
Y COMERCIALZADORA, et al.,
-----------------------------------------------------------------x
CARRIBBEAN RETAIL VENTURES INC.,

       -v-                                                                       07 Civ. 6873 (RMB)(GWG)

ZIM INTEGRATED SHIPPING SERVICES LTD.
-----------------------------------------------------------------x

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

      The Court is in receipt of a three letters dated August 13 from plaintiff and Sinochem Jiangsu Corporation. These letters make plain that the parties are not successfully communicating with each other. As an initial matter, Mr. Craig is directed to telephone Mr. DuPont forthwith to see if they can resolve any of the discovery issues between their clients.

      In addition, the Court orders that a conference call, to be arranged by plaintiff, take place with <u>all</u> parties on the line to determine if they can resolve the disputes raised in plaintiff's letter.[1] If, following this call, discovery disputes remain, any party is free to write a letter pursuant to paragraph 2.A of this Court's Individual Practices.

      The Court will extend the discovery deadline to the extent necessary. Mr. DuPont is directed to fax or e-mail a copy of this Order to all parties forthwith.

---

[1] If by noon on Friday August 15, the parties have not agreed on the time and date of such a call, they shall each send their schedules to the Court by fax <u>by 3:00 p.m. on August 15</u>. The schedule shall show, for each business day in the period August 18 through August 29, any block of time for which counsel is unavailable between 7:00 a.m. and 7:00 p.m., with the reason for the unavailability. The Court will thereafter set a time for their conference call.

SO ORDERED.

Dated: New York, New York
       August 14, 2008

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge