UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ZIM INTEGRATED SHIPPPING, et al.,      PRETRIAL ORDER

   -v-                                    07 Civ. 5861(RMB) (GWG)

BELCO RESOURCES, et al.,
------------------------------------------------------------x
ZIM INTEGRATED SHIPPING SERVICES LTD.  x

   -v-                                    07 Civ. 6500 (RMB)(GWG)

PRODIUMPORT EMPRESA IMPORTADORA
Y COMERCIALZADORA, et al.,
------------------------------------------------------------x
CARRIBBEAN RETAIL VENTURES INC.,

   -v-                                    07 Civ. 6873 (RMB)(GWG)

ZIM INTEGRATED SHIPPING SERVICES LTD.
------------------------------------------------------------x

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

     The conference call among the parties referenced in the Court's order of August 14, 2008 will take place on <u>Tuesday, August 19, 2008 at 10:00 a.m.</u>  Each party is directed to fully investigate each of the topics raised in Mr. DuPont's letter of August 14, 2008 so that they will be prepared to negotiate in good faith in accordance with Fed. R. Civ. P. 37 (a)(1).  Mr. DuPont shall arrange the call and is directed to fax or e-mail a copy of this Order to all parties forthwith.

     In the future, any attorney receiving a phone message from any other attorney on this case shall return such attorney's telephone call, or arrange for it to be returned if the attorney is unavailable, that day or the next business day.  In the future, the parties will be expected to cooperate with each other in the scheduling of conference calls.  Any failure to do so will result in sanctions.

     SO ORDERED.

Dated: New York, New York
          August 15, 2008

                                                  GABRIEL W. GORENSTEIN
                                                United States Magistrate Judge