USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

ZIM INTEGRATED SHIPPING, et al.,

       -v.-

BELCO RESOURCES, et al.,

ORDER OF CONSOLIDATION

07 Civ. 5861(RMB) (GWG)

----------------------------------------------------------------x

ZIM INTEGERATED SHIPPING SERVICES LTD.

       -v-

PODIUMPORT EMPRESA IMPORTADORA
Y COMERCIALZADORA, et al.,

07 Civ. 6500 (RMB)(GWG)

----------------------------------------------------------------x

CARRIBBEAN RETAIL VENTURES INC.,

       -v-

ZIM INTEGRATED SHIPPING SERVICES LTD

07 Civ. 6873 (RMB)(GWG)

----------------------------------------------------------------x

MIDLAND RESOURCES HOLDING LTD,

       -v-

BELCO RESOURCES et al.,

08 Civ. 6428 (RMB)(GWG)

----------------------------------------------------------------x

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

The case of <u>Midland Resources Holding v. Belco Resources et al.,</u> 08 Civ. 6428 is
hereby consolidated with the cases of <u>Zim Integrated Shipping v. Belco Resources,</u> 07 Civ. 5861,
<u>Zim Integrated Shipping Services Ltd. v. Prodiumport Empresa Importadora,</u> 07 Civ. 6500, and
<u>Carribbean Retail Ventures v. Zim Integrated Shipping Services Ltd.,</u> 07 Civ. 6873, for all pre-
trial purposes:

      SO ORDERED.

      Dated:  New York, New York
          August 29, 2008

GABRIEL W. GORENSTEIN
United States Magistrate Judge