CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ZIM INTEGRATED SHIPPING SERVICES, LTD, :
:
:
Plaintiff,                  :      07-CV-5861
:
v.                          :
:
BELCO RESOURCES, INC., SINOCHEM         :
JIANGSU CORPORATION (FORMERLY           :
KNOWN AS SINOCHEM JIANGSU IMPORT &      :
EXPORT CORPORATION), NANJING HUABIN     :
FOREIGN TRADE & ECONOMICS CO., LTD.,    :
DRAGONTRANS SHIPPING LTD. d/b/a         :
HUABANG INTERNATIONAL, INC.,            :
SINOTRANS NINGBO INTERNATIONAL          :
FORWARDING AGENCY CO., LTD., JOHN DOE:
1-10                                    :
:
Defendants.                 :
-------------------------------------------------------------x

**REPORT OF GARNISHEE SOCIÉTÉ GÉNÉRALE NEW YORK BRANCH
TO PLAINTIFF'S MARITIME ATTACHMENT AND GARNISHMENT**

TO THE MARSHALL OF THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK:

Pursuant to Rule B(3)(a) of the Supplemental Rules for Certain Admiralty and

Maritime Claims of the Federal Rules of Civil Procedure and in response to a certain

Order for the Issuance of a Process of Maritime Attachment and Garnishment in the

captioned matter dated September 14, 2007, and served upon Garnishee Societe Generale New York Branch on August 22, 2008, and on various dates thereafter through the date of this report, Garnishee Societe Generale New York Branch hereby states that on such dates of service, it was not indebted to the defendant(s) and did not otherwise have in its possession any property, tangible or intangible, including funds, assets, cash, goods, chattels, credits, effects, debts owed by or owed to the defendant(s) or monies to be paid to discharge a debt owed to the defendant(s), including monies being electronically transferred by, to or for the benefit of the defendant(s).

Dated: North Bergen, New Jersey
　　　　September 12, 2008

　　　　　　　　　　　　　　　　　　　CLARK, ATCHESON & REISERT
　　　　　　　　　　　　　　　　　　　Attorneys for Garnishee
　　　　　　　　　　　　　　　　　　　Societe Generale New York Branch


　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　Richard J. Reisert (RR-7118)
　　　　　　　　　　　　　　　　　　　7800 River Road
　　　　　　　　　　　　　　　　　　　North Bergen, NJ  07047
　　　　　　　　　　　　　　　　　　　Tel: (201) 537-1200
　　　　　　　　　　　　　　　　　　　Fax: (201) 537-1201
　　　　　　　　　　　　　　　　　　　Email:  reisert@navlaw.com



TO:　　CLERK OF THE COURT

　　　　DEORCHIS WIENER & PARTNERS, LLP (Via Email)
　　　　Attorneys for Plaintiff

## VERIFICATION

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK  )

Patricia G. Corley, being duly sworn, deposes and says as follows:

I am a Director and Counsel in the Legal Department of Societe Generale New York Branch. I have reviewed the contents of the foregoing Report of Garnishee Societe Generale New York Branch in response to Plaintiff's Maritime Attachment and Garnishment in docket no. 07-CV-5861 and know the contents thereof and that the same are true to the best of my own knowledge. I base this upon personal knowledge, review of Societe Generale New York Branch's files, and communications with relevant employees of the Bank.

Patricia G. Corley

Sworn to before me on
September 12, 2008.

Notary Public

AGNES M. McLOUGHLIN
Notary Public, State of New York
No. 24-4761446
Qualified in Kings County
Commission Expires November 30, 20__