UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

ZIM INTEGRATED SHIPPING SERVICES LTD.,

                                Plaintiff,

                  - against -

BELCO RESOURCES, INC., et al.,

                                Defendants.

------------------------------------------------------------x

07 Civ. 5861 (RMB) (GWG)

**ADMINISTRATIVE ORDER**

       In light of the settlement conference scheduled by Magistrate Judge Gorenstein for December 1, 2009, the conference scheduled before this Court for November 24, 2009 is adjourned to December 14, 2009.

**SO ORDERED**.

Dated: New York, New York
          November 13, 2009

_____
RICHARD M. BERMAN, U.S.D.J.